**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF CONNECTICUT

Case number *(if known)* _____    Chapter ____7____

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Charles B. Chrystal Co Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **13-4996780** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **89 Coachlight Circle**<br>**Prospect, CT 06712** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **New Haven** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Charles B. Chrystal Co Inc.**                                    Case number (*if known*)
          Name

| | |
|---|---|
| **7.** **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor    **Charles B. Chrystal Co Inc.**    Case number *(if known)* _____
　　　　　Name

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

　　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　　　　　　　　　　　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

　　　　Contact name _____

　　　　Phone _____

**▉ Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor  **Charles B. Chrystal Co Inc.**                                         Case number (*if known*)
Name

☐ $50,001 - $100,000                ☐ $10,000,001 - $50 million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000               ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion
■ $500,001 - $1 million             ☐ $100,000,001 - $500 million        ☐ More than $50 billion

Debtor    **Charles B. Chrystal Co Inc.**
Name                                                      Case number (*if known*)

| Request for Relief, Declaration, and Signatures |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 21, 2024**
                MM / DD / YYYY

**X** /s/ Bohdan Prybyla
Signature of authorized representative of debtor

**Bohdan Prybyla**
Printed name

Title    **President**

**18. Signature of attorney**

**X** /s/ George C. Tzepos
Signature of attorney for debtor

Date    **May 21, 2024**
        MM / DD / YYYY

**George C. Tzepos**
Printed name

**Law Offices of George C. Tzepos**
Firm name

**444 Middlebury Road**
**Middlebury, CT 06762**
Number, Street, City, State & ZIP Code

Contact phone    **203-598-0520**    Email address    **zepseven@sbcglobal.net**

**ct00580 CT**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Charles B. Chrystal Co Inc.**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■    *Schedule H: Codebtors* (Official Form 206H)
- ■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐    Amended *Schedule*
- ☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 21, 2024**        X */s/ Bohdan Prybyla*
                                                    Signature of individual signing on behalf of debtor

                                                    **Bohdan Prybyla**
                                                    Printed name

                                                    **President**
                                                    Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name    **Charles B. Chrystal Co Inc.**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*................................................................................................    $ _____ **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................    $ _____ **635.96**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................................    $ _____ **635.96**

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $ _____ **0.00**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................    $ _____ **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$ _____ **550,000.00**

4.    **Total liabilities** ........................................................................................................................
    Lines 2 + 3a + 3b    $ _____ **550,000.00**

**Fill in this information to identify the case:**

Debtor name      **Charles B. Chrystal Co Inc.**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)  _____

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Santander -** | **Checking** | 7536 | $135.96 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $135.96 |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

Debtor    **Charles B. Chrystal Co Inc.**
_____    Case number *(If known)*    _____
Name

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Desktop computer | $0.00 | Comparable sale | $500.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | $500.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

Debtor   **Charles B. Chrystal Co Inc.**                                   Case number *(If known)* _____
_____
         Name

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Claim against lawfirm, Reiley McDeritt Henrich, PC  for allowing default to enter in lawsuit.** | **Unknown** |
| | Nature of claim      **Malpractice** | |
| | Amount requested                    **$0.00** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$0.00** |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor    **Charles B. Chrystal Co Inc.**                              Case number *(If known)* _____
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $135.96 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $635.96 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $635.96 |

**Fill in this information to identify the case:**

Debtor name    **Charles B. Chrystal Co Inc.**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name  **Charles B. Chrystal Co Inc.**

United States Bankruptcy Court for the:  DISTRICT OF CONNECTICUT

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | Acevedo, Yolanda | ☑ Contingent | |
| | | ☑ Unliquidated | |
| | 5810 Sorngf Cabin | ☑ Disputed | |
| | San Antonio, TX 78247 | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☑ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | Adam, Laura eo Lloyd Adam | ☑ Contingent | |
| | Attn: President and/or Officer | ☑ Unliquidated | |
| | Simon Greenstone | ☑ Disputed | |
| | 3760 Kilroy Airport Way | | |
| | Long Beach, CA 90806 | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☑ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | Adams, Jacqueline | ☑ Contingent | |
| | Attn: President and/or Officer | ☑ Unliquidated | |
| | c/o Simon Greenstone | ☑ Disputed | |
| | 3760 Kilroy Airport Way | | |
| | Long Beach, CA 90806 | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☑ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | Adams, Sheri | ☑ Contingent | |
| | | ☑ Unliquidated | |
| | 1007 West Hickory | ☑ Disputed | |
| | Duncan, OK 73533 | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☑ Yes | |

Debtor   **Charles B. Chrystal Co Inc.**                                      Case number (if known) _____
         Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Albasry, Dan, SII to Al Saad,**
**Attn: President and/or Officer**
**Lanier Law Firm**
**535 Madison Avenue**
**New York, NY 10022**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alber, Zachary**

**52 Atladena Drive**
**Pueblo, CO 81005**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alicea, Maria**

**203 West Street**
**Lawrence, MA 01841**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Allder, Daren**
**Attn: President and/or Officer**
**c/o Simon Greenstone**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **SII to Partricia Allder**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Allen, Mary Lois**

**1629 Espanola Avenue**
**Daytona Beach, FL 32117**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Allison, Janis**
**Attn: President and/or Officer**
**C/o Simon Greenstone**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$375,000.00** |
|---|---|---|---|

**Almax LLC**
**Attn: President and/or Officer**
**89 Coachlight Circle**
**Prospect, CT 06712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Managment Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Charles B. Chrystal Co Inc.**                                        Case number (if known) _____
_____
Name

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Ambers, Felicia**

**1820 Cotton Ct**
**Montgomery, AL 36110**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Amerosa, Elaine**

**177 Kranz Road**
**Mexico, NY 13114**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Anderson, Stephen**
**Anderson, Robin**
**867 Uintah Avenue**
**Tooele, UT 84074**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Appleby-Scott, Ann**
**Attn: President and/or Officer**
**C/o Simon Greenstone**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **e/o David Scott**

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Armstrong, Anne**
**Attn: President and/or Officer**
**c/o Simon Greenstone**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Ashby, Doreen**
**Attn: President and/or Officer**
**c/o Simon Greenstone**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☐ No  ■ Yes

---

Debtor    **Charles B. Chrystal Co Inc.** _____    Case number *(if known)* _____
_____ Name

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Ashdown, Janet**
**Attn: President and/or Officer**
**c/o Simon Greenstone**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Ashelford, Susan, S &  John**
**c/o Simon Greenstone**
**Attn: President and/or officer**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Ashoori, Shanaz**

**3912 Turquiose Drive**
**McKinney, TX 75070**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Atkinson, Elizabeth & Russell**
**Attn: President and/or Officer**
**c/o Simon Greenstone Panatier**
**420 Lexington Avenue Ste 2848**
**New York, NY 10170**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Bacsin, Alicia**
**Bacsin, Kenneth**
**6316 South 68th Ave.**
**Laveen, AZ 85339**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Bagley, Patricia & Roger**
**Attn: President and/or Officer**
**c/o Simon Greenstone Panatier**
**420 Lexington Avenue STe 2848**
**New York, NY 10170**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ■ Yes

---

Debtor  **Charles B. Chrystal Co Inc.**                                    Case number (if known) _____

_____
Name

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Baladejo, Maria Tatiana Martin Borst, Jurriaan**
**4896 Grubers Rd**
**New Tripoli, PA 18066**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Ballesteros, Irma B.**
**C/o Frost Law Firm PC**
**Attn: President and/or Officer**
**273 W. 7th St.**
**San Pedro, CA 90731**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Barker, James**
**Attn: President and/or Officer**
**c/o James & Bendon**
**2251 Hidalgo Avenue**
**Los Angeles, CA 90021**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Barker, Maureen**
**e/o Georgina Jane Barker**
**165 Chertsey Road, Addlestone,**
**KT15 2EL, England**
**United Kingdom**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Barker, Shonda**

**38-40 Homestead Park, 1st Fl**
**Newark, NJ 07108**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Barlett, Shawn**
**c/o Simon Greenstone**
**Attn: President and/or Officer**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ■ Yes

---

| Debtor | **Charles B. Chrystal Co Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Barraclough, Susan**
**Attn: President and/or Officer**
**c/o Simon Greenstone**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Barry, Edward**
**c/o Kelley McCauley**
**31 Westboro Road**
**Upton, MA 01568**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bartlett, Deborah**
**c/o Simon Greenstone**
**Attn: President and/or Officer**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bartolo, Mona and Manuel**

**2956 126th Lane NW**
**Minneapolis, MN 55448**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Barton, Harold**
**Barton, Patricia**
**622 Clinton Street**
**Sandusky, OH 44870**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Basili, Gina**

**95 Center Depot Road, Apt. 52,**
**Charlton, MA 01507**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Basser, Carol**

**571 River Ridge**
**McKeesport, PA 15133**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

Debtor    **Charles B. Chrystal Co Inc.**                                    Case number *(if known)* _____
_____
Name

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bast, Donna**

66007 N. Demoss Road
Benton City, WA 99320

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Baylis, Garret**
c/o Simon Greenstone
Attn: President and/or officer
3760 Kilroy Airport Way
Long Beach, CA 90806

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Baylis, Justin**
c/o Simon Greenstone
Attn: President and/or Officer
Long Beach, CA 90806

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Beaudoin, Roger**

70 Old Farm Road
East Longmeadow, MA 01028

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bennett-Turner, Alan**
c/o Simon Greenstone
Attn: President and/or Officer
3760 Kilroy Airport Way
Long Beach, CA 90806

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Berris, Susan W.**
**Berris, Bruce C.**
5675 Dallas Lane N

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| Debtor | **Charles B. Chrystal Co Inc.** | Case number (if known) | |
| | Name | | |

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Berry, Sara**<br>**Attn: President and/or Officer**<br>**c/o Simon Greenstone**<br>**3760 Kilroy Airport Way**<br>**Long Beach, CA 90806** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ■ Yes | |

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Betts, Susan**<br>**Attn: President and/or officer**<br>**Simon Greenstone Panatier**<br>**420 Lexington Avenue Ste 2848**<br>**New York, NY 10170** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ■ Yes | |

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Bezanilla, Bernadette A.**<br>**Bezanilla, Leipoldo G.**<br>**15429 SW 151st Terrace**<br>**Miami, FL 33196** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ■ Yes | |

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Bill, Lorraine**<br>**South, Thomas**<br>**8883 SW 86th Loop**<br>**Ocala, FL 34481** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ■ Yes | |

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Bishop, Olive eo Lloyd Bishop**<br>**Attn: President and/or Officer**<br>**c/o Simon Greenstone**<br>**3760 Kilroy Airport Way**<br>**Long Beach, CA 90806** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ■ Yes | |

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Biswas, Rohan & Jaclyn**<br>**Meirowitz & Wasserberg**<br>**Attn: President and/or Officer**<br>**1040 6th Avenue, 10th Floor**<br>**New York, NY 10018** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ■ Yes | |

Debtor **Charles B. Chrystal Co Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Blue, Kenneth A.**
**Blue, Terri L**
**106 S. Breezy Point Circle**
**Wichita, KS 67201**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Blue, Vertis**

**907 Blue Hill Ave**
**Boston, MA 02124**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Boice, Denise EO Debbie Boice**

**2405 E. Division, Apt. B**
**Mount Vernon, WA 98274**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Bolen, Barbara Ellen (Est. of)**
**Attn: President and/or Officer**
**2865 Alex Lane**
**Tallahassee, FL 32317**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Borthwick, Anne**
**Attn: President and/or Officer**
**c/o Simon Greenstone**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Bowers Jr. , Bernard P.**
**Bowers, Jeanne**
**2675 Leisczs Bridge Road**
**Leesport, PA 19533**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Bowman, Elizabeth**
**750 W 59th Street**
**Casper, WY 82601**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

Debtor     **Charles B. Chrystal Co Inc.**                                      Case number (if known) _____
                    Name

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|-----|-----|-----|

**Bowman, Gary**
750 W. 59th St.
Casper, WY 82601

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|-----|-----|-----|

**Brand, Karen**
**Brand, Ronald**
196 East 75th Street, Apt. 17A
New York, NY 10021

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|-----|-----|-----|

**Brantley, Kelly**

378 Jill Loop
Ruston, LA 71270

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|-----|-----|-----|

**Braun, James M. Jr.**

125 Otto Drive Midway
Midway, GA 31320

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|-----|-----|-----|

**Britt, Dennis**

11137 San Pedro Street
Frisco, TX 75035

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|-----|-----|-----|

**Brooks, Anne and Brooks, David**
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|-----|-----|-----|

**Broughton, Kathleen**

9 Eden Grove  Paignton
Devon TQ 32JL
United Kingdom

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

Debtor    **Charles B. Chrystal Co Inc.**
_____    Case number (if known) _____
Name

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Brown-Lyons, Jayshawn**

**12868 Grove Circle**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Budge, Darryl H., Sr.**

**169 Worcester Street**
**North Grafton, MA 01536**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Burch, Tesa Alaine, SII to Pow**
**Attn: President and/or Officer**
**c/o Meirowitz & Wasserberg**
**1040 6th Avenue, 10th floor**
**New York, NY 10018**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **SII to Dena Vee Powell**

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Burchette, Kimberly**

**774 Antioch Road**
**Sparta, NC 28675**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Burt, Nicholas (Bolt)**

**13 Clay Ponds Gardens**
**London, England W5 4RE**
**United Kingdom**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Bus, Laura**

**1335 Cathedral Lane**
**Orefield, PA 18069**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Byrd, Richard**
**Attn: President and/or Officer**
**170 Ridgemont Road**
**Paducah, KY 42001**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☐ No  ■ Yes

---

Debtor    **Charles B. Chrystal Co Inc.**                                          Case number (if known) _____
_____
Name

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|---|---|---|

**Cagliostro, Michele**
**EO Teresa Domicello**
**215 Berg Rd.**
**Ontario, NY 14519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|---|---|---|

**Cairns, Jodi**
**Attn: President and/or Officer**
**c/o Simon Greenstone**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|---|---|---|

**Calvetti, Aventino**

**207 Hickory Hill Dr.**
**Hattiesburg, MS 39402**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|---|---|---|

**Cameron, Erika**
**c/ The Frost Law Firm**
**Attn: President and/or Officer**
**273 W. 7th Street**
**San Pedro, CA 90731**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|---|---|---|

**Cameron, Jacqueline**
**Attn: President and/or Officer**
**c/o Meirowitz & Wasserberg**
**1040 6th Avenue 10th Floor**
**New York, NY 10018**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|---|---|---|

**Campbell, Lori Lee**
**Estate of Scott Moore**
**Attn: President and/or Officer**
**580 Yates Ford Road**
**Etters, PA 17319**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☐ No  ■ Yes

Debtor    **Charles B. Chrystal Co Inc.**                                    Case number (if known) _____
_____
Name

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Campbell-Wright, Lorna**
**Campbell-Wright, Rodrick**
**1672 East 46th Street**
**Brooklyn, NY 11234**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Cantu, Juan**

**2266 E 2nd Street**
**Roma, TX 78584**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Carter, L. Michael & Kathleen**
**Attn: President and/or Officer**
**c/o Simon Greenstone**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Castelli, Gerlando**
**Attn: President and/or Officer**
**c/o Simon Greenstone**
**3760 Kilroy Airport**
**Long Beach, CA 90806**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Castigan, Irene & Andres**
**Attn: President and/or Officer**
**Simon Greenstone Panatier**
**420 Lexington Ave., STE 2848**
**New York, NY 10170**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Caswell, Adele**
**c/o Simon Greenstone**
**Attn: President and/or Officer**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

Debtor   **Charles B. Chrystal Co Inc.**                                    Case number *(if known)* _____
_____
Name

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Caswell, Mark**
c/o Simon Greenstone
Attn: President and/or Officer
3760 Kilroy Airport Way
Long Beach, CA 90806

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Cavalluzzi, John**

315 Stephan Avenue
Toms River, NJ 08753

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Champion, Jennifer and Alan**
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Chason-Gregory, Amanda**

86 Harry Morrison Road
Crawfordville, FL 32327

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Chelikowsky, Jeanne (Est. of)**
President and/or Officer
1312 Brendel Hill Drive NW
Cedar Rapids, IA 52405

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Chestnutt, Valerie**
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

Debtor  **Charles B. Chrystal Co Inc.**                                    Case number (if known) _____
_____
Name

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|---|---|---|

**Chica, Juan Silva Perez**
**c/o Simon Greenstone**
**Attn: President and/or Officer**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? □ No ■ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|---|---|---|

**Chinnicci, Lorraine**
**e/o Kathleen Hath**
**9312 Cranesbill Court**
**Las Vegas, NV 89149**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? □ No ■ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|---|---|---|

**Cho, Kyung**
**Shin, Sam**
**1 Bridle Path #**
**Port Washington, NY 11056**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? □ No ■ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|---|---|---|

**Ciminelli, Anthony**

**434 Manitoba Street**
**Playa Del Rey, CA 90293**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? □ No ■ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|---|---|---|

**Clark, Jean eo Trevor Clark**
**Attn: President and/or Officer**
**c/o Simon Grenstone**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? □ No ■ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|---|---|---|

**Clawson, Linda**

**13152 4-Star Blvd., Apt 231**
**Austin, TX 78737**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? □ No ■ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|---|---|---|

**Cline, Susan**

**23 Alexandra Way**
**Cape May Court House, NJ 08210**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? □ No ■ Yes

---

Debtor **Charles B. Chrystal Co Inc.** _____ Case number (if known) _____
Name

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Clinton (Riggins), Amanda**

1115 E. Timber Ridge Bend
Kansas, OK 74347

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Colemenero, Margarita**
c/o Dean Omar Branham Shirley
Attn: President and/or Officer
302 N. Market St., #300
Dallas, TX 75202

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Collier, Kevin**
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport
Long Beach, CA 90806

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Conrad, Janet**
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Conti, Carmela (Est. of)**

1506 Caracara Drive
New Bern, NC 28560

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Conway, Thomas P.**

265 Hogsed Rd
Hiawassee, GA 30546

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

Debtor    **Charles B. Chrystal Co Inc.**                                    Case number *(if known)* _____
_____
Name

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Cooke, John**
**Attn: President and/or Officer**
**c/o Simon Greenstone**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Coombes, Heather**
**Attn: President and/or Officer**
**c/o Simon Greenstone**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Cooper, Frederick E., Jr.**

**663 Robinwood Drive Apt. A**
**Imperial, PA 15126**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Cooper, Leslie**
**c/o Simon Greenstone**
**Attn: President and/or Officer**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Cooper, Lilo**
**c/o Simon Greenstone**
**Attn: President and/or Officer**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Cooper, Michelle**

**261 N. Chicago Ave., Apt. 8**
**South Milwaukee, WI 53172**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

Debtor **Charles B. Chrystal Co Inc.**      Case number (if known) _____

Name

| | |
|---|---|
| 3.107 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.      **Unknown**

3.107

**Corin, Paula**
**Simon Greenstone**
**Attn: President and/ or Office**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? □ No ■ Yes

---

3.108   **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.      **Unknown**

**Cornejo, Gilbert**
**Weitz & Luxenberg**
**Attn: President and/or Officer**
**1880 Century Park East #700**
**Los Angeles, CA 90067**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? □ No ■ Yes

---

3.109   **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.      **Unknown**

**Cornejo, Mary**
**Weitz & Luxenberg**
**Attn: President and/or Officer**
**1880 Century Park East #700**
**Los Angeles, CA 90067**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? □ No ■ Yes

---

3.110   **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.      **Unknown**

**Corum, Scott**

**5460 Bushnell Court**
**Flowery Branch, GA 30542**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? □ No ■ Yes

---

3.111   **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.      **Unknown**

**Craft, Cherie**

**5224 Calvada Court**
**White Plains, MD 20695**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? □ No ■ Yes

---

3.112   **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.      **Unknown**

**Crosby, Mary**
**SII David Crosby**
**367 Seneca Road**
**Hornell, NY 14843**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? □ No ■ Yes

---

Debtor **Charles B. Chrystal Co Inc.** _____ Case number *(if known)* _____

      Name

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cross, Margaret M.**
**Attn: President and/or Officer**
**c/o Weitz & Luxenberg**
**1880 Centry Park East, Ste 700**
**Los Angeles, CA 90067**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cubberley, Gladys**

**1715 Sherwood St.**
**Clearwater, FL 33755**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cummings, James**

**20 Hudson St.**
**Falmouth, MA 02540**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cummings, Laurie**

**8580 NW 4th Street**
**Hollywood, FL 33024**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Curtis, Erik (Est of)**
**Attn: President and/or Officer**
**428 Crooked Creek**
**Buda, TX 78610**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Davis, Leslea**
**SII to Joan Monroe**
**716 Edie Road**
**Argyle, NY 12809**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dayal, Gurmit**
**Attn: President and/or Officer**
**c/o Belluck & Fox**
**699 Boylston St., 14th floor**
**Boston, MA 02116**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ■ Yes

---

Debtor **Charles B. Chrystal Co Inc.**        Case number (if known) _____

_____
Name

| 3.120 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Deadman, Jane (eo)**
**Deadman, Anthony**
**94A Bonner Road**
**London England**
**E2 9JU United Kingdom**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☒ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Deal, Michael**

**259 Lincoln Avenue**
**Williamsport, PA 17701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☒ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Decembrino, Richard**

**768 North Wales Rd.**
**North Wales, PA 19454**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☒ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Degado, Ana M.**

**10621 Blue Coral Lane**
**Tampa, FL 33647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☒ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**DeGannett, Paul**

**11 Wilbur Hill Road**
**Carolina, RI 02812**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☒ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Delaney, Josephine**

**13 Clayponds Gardens**
**London, England W5 4RE**
**United Kingdom**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☒ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Deng, Jian Kang**
**Deng, Li Ying**
**2270 East First Street**
**Brooklyn, NY 11223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☒ Yes

---

| Debtor | **Charles B. Chrystal Co Inc.** | Case number (if known) | |
|--------|--------------------------------|------------------------|--|
| | Name | | |

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|-------|-----|-----|-----|

**Denham, Ann**
**Attn: President and/or Officer**
**c/o Simon Greenstone**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|-------|-----|-----|-----|

**Denham, Clive**
**SII to Jennifer Denham**
**6 Ridings Court, Lofthouse**
**Wakefield WF3 3JI**
**United Kingdom**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|-------|-----|-----|-----|

**DeSaussure, Vashti (Est. of)**
**Attn: President and/or Officer**
**800 Concourse Village West, #1**
**Bronx, NY 10451**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|-------|-----|-----|-----|

**Diaz, Jill**
**MRHFM Law Firm**
**Attn: President and/or Officer**
**659 Eagle Road # 28**
**West Orange, NJ 07052**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|-------|-----|-----|-----|

**Diaz, Tammy Evett, SII**
**c/o Kazan McClain**
**Attn: President and/or Officer**
**55 Harris ST., #400**
**Oakland, CA 94607**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|-------|-----|-----|-----|

**Diaz, Walter Nestor**
**c/o Kazan McClain**
**Attn: President and/or Officer**
**55 Harris Street**
**Oakland, CA 94607**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Charles B. Chrystal Co Inc.**        Case number *(if known)* _____

       Name

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Diebolt, Katie and Douglas**
Diebolt, Douglas
NG 5 Lake Cherokee
Longview, TX 75603

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dietzman, Heather**

1907 Mallard Point Circle
Unit B
Waukesha, WI 53186

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dobbs, Sheryl**

11426 Harbour Lights Drive
North Royalton, OH 44133

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Donnatin, John C.**
Attn: President and/or Officer
Dean Omar Branham & Shirley
302 N. Market St., Ste 300
Dallas, TX 75202

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Doonan, Elizabeth**
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dotson, Ronald**

4 Willowdale Court
Montclair, NJ 07042

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☑ Yes

---

Debtor  **Charles B. Chrystal Co Inc.**                                      Case number *(if known)*  _____
         _____
         Name

| 3.139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dove, Rosemary**
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Drayner, Monica**

12 Dove Close
Hythe, Kent England CT21 6RB
United Kingdom

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DuBois, Timothy**

514 N. Water St.
Peru, IN 46970

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dunn, Lou Ann**

988 Reddington Timbers Circle,
Saint Charles, MO 63304

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DVir, Jessica and Jehoshua**
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ebua, Jay, SII to Ebua, Regina**

17 Harrison Street
Lowell, MA 01852

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?  ☐ No  ■ Yes

---

Debtor   **Charles B. Chrystal Co Inc.**   Case number *(if known)* _____
_____
Name

| 3.145 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Edginton, Gail and Stephen**
**Attn: President and/or Officer**
**c/o Simon Greenstone**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _   Is the claim subject to offset? ☐ No ■ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Egert, Ilene G.**
**Sll :ewos Egert**
**2912 Helsinki Circle**
**Hollywood, FL 33026**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _   Is the claim subject to offset? ☐ No ■ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eichler, Jay**

**5290 Fairway Wood Dr., # 4441**
**Delray Beach, FL 33484**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _   Is the claim subject to offset? ☐ No ■ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Elacqua, Ann**

**1776 S. Ogden St.**
**Denver, CO 80210**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _   Is the claim subject to offset? ☐ No ■ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Elmer, Robert H.**

**923 Emery Street**
**Fulton, NY 13069**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _   Is the claim subject to offset? ☐ No ■ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Enciso, Hortensia**

**11668 Norman Montion Drive**
**El Paso, TX 79936**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _   Is the claim subject to offset? ☐ No ■ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**England, Carolyn**
**Attn: President and/or Officer**
**c/o Simon Greenstone**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _   Is the claim subject to offset? ☐ No ■ Yes

---

Debtor   **Charles B. Chrystal Co Inc.**                                    Case number (if known) _____
         Name

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Epstein, Ira J.**

**5258 Calle Real Apt. 2B**
**Santa Barbara, CA 93111**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? □ No ■ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Est.  Luz Virginia Perez Nunez**
**Waters Kraus Paul & Siegel**
**Attn: President and/or Officer**
**3141 Hood St., #700**
**Dallas, TX 75219**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? □ No ■ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Est. of Walter E. Valega**
**c/o MRHFM Law Firm**
**Attn: President and/or Officer**
**659 Eagle Rock Ave.STE 28**
**West Orange, NJ 07052**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? □ No ■ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Estate of Bisceglio, Janice**
**Attn: President and/or Officer**
**26 Fischer Drive, Apt S**
**North Kingstown, RI 02852**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? □ No ■ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Estate of Horanyi, Tanya**
**Attn: President and/or Officer**
**1009 Nordale Ave**
**Dayton, OH 45449**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? □ No ■ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Estate of Jac. M. Bloomberg**
**Attn: President and/or Officer**
**45 Heron Rd**
**Livingston, NJ 07039**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? □ No ■ Yes

Debtor    **Charles B. Chrystal Co Inc.** _____     Case number *(if known)* _____
　　　　　Name

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Estate of John Lawrence**
**c/o Weitz & Luxenberg**
**Attn: President and/or officer**
**1880 Century Park East #700**
**Los Angeles, CA 90067**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Estate of Lorie Baylis**
**c/o Simon Greenstone**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Estate of Teresa P. Pardo**
**MRHFM Law Firm**
**Attn: President and/or Officer**
**659 Eagle Road # 28**
**West Orange, NJ 07052**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Evans, Dolores**
**c/o Kazan McClain**
**Attn: President and/or Officer**
**55 Harris St., $400**
**Oakland, CA 94607**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Evans, Laura**
**Attn: President and/or Officer**
**c/o Simon Greenstone**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Evans-Bowman, Chrystsal**
**c/o Kazan McClain**
**Attn: President and/or Officer**
**55 Harris St., #400**
**Oakland, CA 94607**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset? ☐ No ■ Yes

---

Debtor   **Charles B. Chrystal Co Inc.**
_____   Case number (if known) _____
Name

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Farnsworth, Terri**
c/o MRHFM Law Firm
Attn: President and/or Officer
659 Eagle Rock Ave. STE 28
West Orange, NJ 07052

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Farris, Diane**
SII to John Gallo
3828 Wenlock Court
Virginia Beach, VA 23456

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Feldman-Nagel, Sharon and Chri**
Feldman-Nagel, Christopher
15471 SW 151st St
Miami, FL 33196

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Feldt, Carolyn**
eo Kimberly Dronen
1800 111th Ave. NW, Apt. 104,
Minneapolis, MN 55448

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Fielder, Frazier**

5207 Saundersville Road
Old Hickory, TN 37138

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Filip, Sharon**
Filip, John
308 Magnolia Drive
Vestal, NY 13850

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Firas, Mohammad & Newal**
Attn: President and/or Officer
c/o Lanier Law Firm
535 Madison Avenue
New York, NY 10022

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

Debtor    **Charles B. Chrystal Co Inc.** _____    Case number (if known) _____
Name

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Fish, Janet**
**Attn: President and/or Officer**
**c/o Simon Greenstone**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? □ No ■ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Fitch, John (Est. of)**
**Attn: President and/or Officer**
**7320 E. 62nd Place**
**Tulsa, OK 74133**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? □ No ■ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Fitzpatrick, Patricia**
**eo Richard Fitzpatrick**
**345 New Scotland Avenue**
**Albany, NY 12208**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? □ No ■ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Fogg, Robert**

**17 Antrim Road**
**Hancock, NH 03449**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? □ No ■ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Fon-Ndikum, Tinzim**
**Attn: President and/or Officer**
**c/o Deblase Brown Eyerly, LLP**
**680 S. Sante Fe Avenue**
**Los Angeles, CA 90021**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? □ No ■ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Forbes, Willie**
**c/o Simon Greenstoone**
**Attn: President and/or officer**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? □ No ■ Yes

Debtor  **Charles B. Chrystal Co Inc.** _____  Case number (if known) _____
Name

| | |
|---|---|
| 3.177 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.   **Unknown** |
| **Forster, Albert and Nicola** | ■ Contingent |
| **Attn: President and/or Officer** | |
| **C/O Simon Greenstone** | ■ Unliquidated |
| **3760 Kilroy Airport Way** | |
| **Long Beach, CA 90806** | ■ Disputed |
| | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ |
| Last 4 digits of account number _ | Is the claim subject to offset? □ No ■ Yes |

| | |
|---|---|
| 3.178 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.   **Unknown** |
| **Frissora, Annette  (Est. of)** | ■ Contingent |
| **Attn: President and/or Officer** | |
| **45 Brentwood Drive** | ■ Unliquidated |
| **Holden, MA 01520** | |
| | ■ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** _ |
| Last 4 digits of account number _ | Is the claim subject to offset? □ No ■ Yes |

| | |
|---|---|
| 3.179 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.   **Unknown** |
| **Frizzley, Vikki** | ■ Contingent |
| **Attn: President and/or Officer** | |
| **c/o Levy Konigsberg LLP** | ■ Unliquidated |
| **605 3rd Avenue, 33rd Floor** | |
| **New York, NY 10158** | ■ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** _ |
| Last 4 digits of account number _ | Is the claim subject to offset? □ No ■ Yes |

| | |
|---|---|
| 3.180 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.   **Unknown** |
| **Frost, Richard** | ■ Contingent |
| | |
| **36 Virginia Drive** | ■ Unliquidated |
| **Rochdale, MA 01542** | |
| | ■ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** _ |
| Last 4 digits of account number _ | Is the claim subject to offset? □ No ■ Yes |

| | |
|---|---|
| 3.181 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.   **Unknown** |
| **Galan, Melvin** | ■ Contingent |
| | |
| **59 Clubhouse Circle** | ■ Unliquidated |
| **Melville, NY 11747** | |
| | ■ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** _ |
| Last 4 digits of account number _ | Is the claim subject to offset? □ No ■ Yes |

| | |
|---|---|
| 3.182 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.   **Unknown** |
| **Galloway, Gerard** | ■ Contingent |
| **Galloway, June** | |
| **24 Goldenrod Dr.** | ■ Unliquidated |
| **Charlotte, NC 28237** | |
| | ■ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** _ |
| Last 4 digits of account number _ | Is the claim subject to offset? □ No ■ Yes |

Debtor    **Charles B. Chrystal Co Inc.**
_____    Case number (if known) _____
Name

---

**3.183** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Galloway, Jennifer**
**c/o Simon Greenstone**
**Attn: President and/or Officer**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ■ Yes

---

**3.184** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Garces, Laura**
**c/o Simon Greenstone**
**Attn: President and/or Officer**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ■ Yes

---

**3.185** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Gardener, John and Vivienne**
**Attn: President and/or Officer**
**c/o Simon Greenstone**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ■ Yes

---

**3.186** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Garnes, Rosa and David Rodney**

**4340 NY 6th Street**
**Fort Lauderdale, FL 33317**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ■ Yes

---

**3.187** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Garrett, Linda**

**2247 Earlham Ln.**
**Indianapolis, IN 46231**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ■ Yes

---

**3.188** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Gee, Margaret**
**Attn: President and/or Officer**
**c/o Simon Greenstone**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ■ Yes

---

| Debtor | **Charles B. Chrystal Co Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.189**

**Nonpriority creditor's name and mailing address**

Geittmann, Peter B.

276 Lake Brittany Court
Lake Mary, FL 32746

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

**3.190**

**Nonpriority creditor's name and mailing address**

Gerken, Anna Marie
Attn: President and/or Officer
Dean Omar Branham Shirley LLP
Dallas, TX 75202

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __E/O Andrew Gerken__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.191**

**Nonpriority creditor's name and mailing address**

Gibbs, Elaine
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.192**

**Nonpriority creditor's name and mailing address**

Gilbank, Allison
25 Park Road, Norton, Malton
North Yorkshire Y017 9DZ
United Kingdom

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

**3.193**

**Nonpriority creditor's name and mailing address**

Gilbride, Elyn

6841 Day Drive, Apt. 306
Cleveland, OH 44129

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

**3.194**

**Nonpriority creditor's name and mailing address**

Giroir, Glenda
C/o Dobs & Farinas LLP
Attn: President and/or Officer
302 N. Market St #300
Dallas, TX 75202

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

**3.195**

**Nonpriority creditor's name and mailing address**

Goode-Evans, Dorothy

20 Woodland Drive, Unit 36B
Lowell, MA 01852

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

Debtor    **Charles B. Chrystal Co Inc.** _____    Case number (if known) _____
              Name

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Goodman, Steven**

**3150 Gracefield Rd, Apt. 509,**
**Silver Spring, MD 20904**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? □ No ■ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Gough, Claire**
**Attn: President and/or Officer**
**c/o Simon Greenstone**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? □ No ■ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Granchelli, Georgina**
**Attn: President and/or Officer**
**c/o Cohen Placitella & Roth**
**2001 Market St. #2900**
**Philadelphia, PA 19103**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? □ No ■ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Granillo, Jessica Ibarra**
**c/o MRHFM Law Firm**
**Attn: President and/or Officer**
**659 Eagle Rock Ave., STE 28**
**West Orange, NJ 07052**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? □ No ■ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Gray, Juliet**

**1312 Randle Street**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? □ No ■ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Gray, Kim**

**462A Liberty St., #203**
**Little Ferry, NJ 07643**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? □ No ■ Yes

---

Debtor    **Charles B. Chrystal Co Inc.** _____    Case number *(if known)* _____

Name

---

| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Greenage, William**

**3A Sherwood Forest**
**Wappingers Falls, NY 12590**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Gridley, June**
**Attn: President and/or Officer**
**c/o Simon Greenstone**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Griffith, Richard**

**4237 Belvoir Rd.**
**Marshall, VA 22115**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Grimes-Love, Toni R. (est of)**
**Attn: President and/or Officer**
**417 Teresita Blvd.**
**San Francisco, CA 94127**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Grundfast, David S, II**
**c/o Frost Law Firm, PC**
**Attn: President and/or Officer**
**273 W. 7th Street**
**San Pedro, CA 90731**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Grundfast, Michael**
**c/o Frost Law Firm PC**
**Attn: President and/or Officer**
**273 W. 7th St.**
**San Pedro, CA 90731**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

Debtor    **Charles B. Chrystal Co Inc.**                                    Case number (if known) _____
_____
Name

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Guffey, William**

2260 N. State Road 9
Columbus, IN 47203

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gumpert, Esther**

6 Fourth Road
Great Neck, NY 11021

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gustavo Zepeda and Rosale Zepe**
c/o Simon Greenstone
Attn: President and/or Officer
3769 Kilroy Airport Way
Long Beach, CA 90806

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Guth Cook, Denise**

1412 N. Franklin Avenue
Springfield, IL 62702

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Hagwood, Steven**

10469 Poppy St.
Boise, ID 83704

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Hamilton, Theresa**

1770 29th Street S., Apt. 103
Fargo, ND 58103

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Hammond, Jane and Colin**
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

Debtor    **Charles B. Chrystal Co Inc.**                                    Case number (if known) _____
_____
Name

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Haney, Kunigar**
**c/o Simon Greenstone**
**Attn: President and/or Officer**
**Long Beach, CA 90806**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Haney, Verda**
**Attn: President and/or Officer**
**c/o Dean Omar Branham & Shirle**
**302 N. Market St., STE 300**
**Dallas, TX 75202**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Hardin, Diana  (Deceased)**
**Attn: President and/or Officer**
**11340 South 60th Ct #2**
**Papillion, NE 68133**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Harper, Meredith**
**SII to Charlene Harper**
**10213 Hillside Lane W**
**Hopkins, MN 55305**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Harper, Meredith**
**Attn: President and/or Officer**
**c/o Simon Greenstone**
**3760 kilroy Airport Way**
**Long Beach, CA 90806**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **e/o Christopher Harper**

Last 4 digits of account number _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Harris, Kimberly**

**1860 Halifax St.**
**Emporia, VA 23847**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☐ No  ■ Yes

---

Debtor    **Charles B. Chrystal Co Inc.**                                            Case number (if known) _____
               Name

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Hatcher, Kimberly**
**Attn: President and/or Officer**
**Simmons Hanly Conroy**
**100 N. Pacific Coast Highway**
**El Segundo, CA 90245**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Date(s) debt was incurred _
Last 4 digits of account number _        Is the claim subject to offset? □ No ■ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Haus, Elizabeth (deceased)**
**Attn: President and/or Officer**
**1819 Oakwood Avenue**
**New Ulm, MN 56073**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Date(s) debt was incurred _
Last 4 digits of account number _        Is the claim subject to offset? □ No ■ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Hawkins, Terrance**

**7411 Mead Drive**
**Spring Hill, FL 34606-6000**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Date(s) debt was incurred _
Last 4 digits of account number _        Is the claim subject to offset? □ No ■ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Haynes, Charles E.**

**382 Highway W**
**Walnut Grove, MO 65770**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Date(s) debt was incurred _
Last 4 digits of account number _        Is the claim subject to offset? □ No ■ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Heard, Marlene**
**Attn: President and/or Officer**
**c/o Simon Greenstone Panatier**
**420 Lexington Avenue Ste 2848**
**New York, NY 10170**

□ Contingent
□ Unliquidated
□ Disputed

Basis for the claim: _

Date(s) debt was incurred _
Last 4 digits of account number _        Is the claim subject to offset? ■ No □ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Helmuth, Leland**

**11132 Witmer Road**
**Grabill, IN 46741**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Date(s) debt was incurred _
Last 4 digits of account number _        Is the claim subject to offset? □ No ■ Yes

---

Debtor **Charles B. Chrystal Co Inc.**                              Case number (if known) _____

Name

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Herman, Elaine Aidelia Hickey** | ■ Contingent | |
| | **C/o Dean Omar Branhan Shirley** | ■ Unliquidated | |
| | **Attn: President and/or Officer** | ■ Disputed | |
| | **302 N. Market St. #302** | | |
| | **Dallas, TX 75202** | **Basis for the claim:** _ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? □ No ■ Yes | |

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Herman, Jacob Russell, Sr.** | ■ Contingent | |
| | **c/o Dean Omar Branhan Shirley** | ■ Unliquidated | |
| | **Attn: President and/or Officer** | ■ Disputed | |
| | **302 N. Market St** | | |
| | **Dallas, TX 75202** | **Basis for the claim:** _ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? □ No ■ Yes | |

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Heston, Raymond (Deceased)** | ■ Contingent | |
| | **Attn: President and/or Officer** | ■ Unliquidated | |
| | **2745 E. Grant Ave.** | ■ Disputed | |
| | **Williamstown, NJ 08094** | | |
| | | **Basis for the claim:** _ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? □ No ■ Yes | |

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Hicks, Frank** | ■ Contingent | |
| | **SII to Teresa Hicks** | ■ Unliquidated | |
| | **2284 County Road 386** | ■ Disputed | |
| | **Boaz, AL 35957** | | |
| | | **Basis for the claim:** _ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? □ No ■ Yes | |

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Hidvegi, Mubia** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **7010 SW 102 Court** | ■ Disputed | |
| | **Miami, FL 33173** | | |
| | | **Basis for the claim:** _ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? □ No ■ Yes | |

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Hill, Duane** | ■ Contingent | |
| | **Attn: President and/or Officer** | ■ Unliquidated | |
| | **c/o Simon Greenstone** | ■ Disputed | |
| | **3760 Kilroy Airport Way** | | |
| | **Long Beach, CA 90806** | **Basis for the claim:** _ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? □ No ■ Yes | |

Debtor   **Charles B. Chrystal Co Inc.**                                   Case number (if known) _____
                        Name

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Hilton, Patsy**

**995 Wire Road**
**Dorchester, SC 29437**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Hinkle, Sandra L.**

**937 N. Duke St.**
**York, PA 17404**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Hoeppner, Gerald**

**N67 W28389 Weber Ave**
**Hartland, WI 53029**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Hoffman, Joyce (Est. of)**
**Attn: President and/or Officer**
**1510 Maseno Drive**
**Venice, FL 34292**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Hohing, Winnette**

**101-02 220th St., Queens Villa**
**Queens Village, NY 11429**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Hollifield, Pattie eo Brenda B**
**Attn: President and/or Officer**
**c/o Simon Greenstone**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Holloway, James**

**207 Jackson Street**
**Barnesville, GA 30204**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Charles B. Chrystal Co Inc.**
_____   Case number (if known) _____
         Name

| 3.240 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Houlgate, Karen, SII to Floyd,**
**Attn: President and/or Officer**
**c/o Simon Greenstone**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _          Basis for the claim:  **SII to John Robert Floyd**

Last 4 digits of account number _          Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.241 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**How, Karen**

**828 West Partridge Drive**
**Palatine, IL 60067**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _          Basis for the claim: _

Last 4 digits of account number _          Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.242 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**How, Karen**

**828 West Partridge Drive**
**Palatine, IL 60067**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _          Basis for the claim: _

Last 4 digits of account number _          Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.243 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Howard, Elizabeth**
**Attn: President and/or Officer**
**c/o Dean Omar Branham Shirley**
**302 N. Market St., #300**
**Dallas, TX 75202**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _          Basis for the claim:  **e/o Christopher Lewis**

Last 4 digits of account number _          Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.244 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Hunter, Jacqueline**

**195 Futrell Ridge Court**
**Chapel Hill, NC 27517**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _          Basis for the claim: _

Last 4 digits of account number _          Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.245 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Huntley, Yvonne**
**Attn: President and/or Officer**
**c/o Simon Greenstone**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _          Basis for the claim: _

Last 4 digits of account number _          Is the claim subject to offset?  ☐ No  ■ Yes

---

Debtor **Charles B. Chrystal Co Inc.**
_____   Case number _(if known)_   _____
Name

| | | |
|---|---|---|
| 3.246 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._   **Unknown** |

**Hutchings, Catherine**
**Attn: President and/or Officer**
**c/o Simon Greenstone**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| | | |
|---|---|---|
| 3.247 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._   **Unknown** |

**Huxley, Aleksandra & Howard**
**Attn: President and/or Officer**
**Simon Greenstone Panatier**
**420 Lexington Avenue**
**New York, NY 10170**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| | | |
|---|---|---|
| 3.248 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._   **Unknown** |

**Iacovangelo, Jean**

**10 Autumn Wood**
**Rochester, NY 14624**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| | | |
|---|---|---|
| 3.249 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._   **Unknown** |

**Jack, Mary L.**

**913 Marco Place**
**Venice, CA 90291**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| | | |
|---|---|---|
| 3.250 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._   **Unknown** |

**Jacoby, Lisa**
**Jacoby, William**
**935 Winthrop Drive**
**East Meadow, NY 11554**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| | | |
|---|---|---|
| 3.251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._   **Unknown** |

**James Leblanc**
**16681 Sunburst Lane**
**Huntington Beach, CA 92647**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| | | |
|---|---|---|
| 3.252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._   **Unknown** |

**Jarvis, Patricia**
**1 Rumdewan Crescent**
**Kettlebridge, Cupar KY15 7QN**
**Scotland, United Kingdom**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

Debtor **Charles B. Chrystal Co Inc.** _____   Case number (if known) _____
   Name

| 3.253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Jaurequi, Maria**

**16114 Callahan Street**
**North Hills, CA 91343**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Jeardeau, David A.**
**SII Joyce F. Jeandeau**
**121 Meadow Ridge Lane**
**Madison, WI 53704**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Jersey, Karen M SII to Jerse**
**SII to Jersey, Clarence L**
**626 Swiss Drive**
**Cornwall Bridge, CT 06754**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Jimenez, Luis**
**Attn: President and/or Officer**
**c/o Gianaris Trial Lawyers LLC**
**1 Court Street**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Johnson, Gregory**
**Attn: President and/or Officer**
**c/o Dean Omar Branham Shirley**
**302 N. Market Street #300**
**Dallas, TX 75202**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Johnson, Neil**
**Attn: President and/or Officer**
**c/o Simon Greenstone**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ■ Yes

---

| Debtor | **Charles B. Chrystal Co Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.259 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Johnsone, Elaine**
**Attn: President and/or officer**
**c/o Vogelzang Law**
**401 N. Michigan Avenue Ste 350**
**Chicago, IL 60611**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$175,000.00** |
|---|---|---|---|

**Joseph Rini, Esq.**
**51 Elm Street**
**Suite 420**
**New Haven, CT 06510**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Attorney fees_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jovanovich, Sam**

**N3684 Van Kirk Rd**
**Humbird, WI 54746**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.262 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kalpakoff,  Steve**
**Attn: President and/or Officer**
**Weitz & Luxenberg**
**1880 Centry Park East**
**Los Angeles, CA 90067**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.263 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kalpakoff, Deborah**
**Attn: President and/or Officer**
**Weitz & Luxenberg**
**1880 Centry Park East**
**Los Angeles, CA 90067**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.264 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kantor, Debra & William**
**Attn: President and/or Officer**
**c/o Vogelzang Law**
**401 N. Michigan Avenue Ste 350**
**Chicago, IL 60611**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

Debtor **Charles B. Chrystal Co Inc.**
_____    Case number _(if known)_ _____
Name

| 3.265 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **Unknown** |

Kelz, Robin

106 Barringer Court
West Orange, NJ 07052

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.266 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **Unknown** |

Kemper, Scott
Kemper, Carmen
908 Ivy Glen
Prescott, AZ 86305

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.267 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **Unknown** |

Kemph, Jefferey (eo) Jenifer S
Attn: President and/or Officer
c/o MRHFM Law Firm
659 Eagle Rock Avenue
West Orange, NJ 07052

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **Unknown** |

Kernahan, Louise
Attn: President and/or Officer
c/o Simon Greenhouse
3760 Kilroy Airport Way
Long Beach, CA 90806

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.269 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **Unknown** |

Kershner, Barbara (Est. of)
Attn: President and/or Officer
92 Harris Road NE
Fort Walton Beach, FL 32547

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.270 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **Unknown** |

Keshavarz-Joud, Amir

3212 Pablo Creek Way
Tallahassee, FL 32312

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.271 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **Unknown** |

King, Elizabeth (e/o) Stanley

2551 Hathaway Drive
Cocoa, FL 32926

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

Debtor    **Charles B. Chrystal Co Inc.**                                    Case number *(if known)* _____
_____
Name

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**King, Justin & Martha**
**Attn: President and/or Officer**
**c/o Maune Reichle Hartley Fren**
**777 S. Harbour Island Blvd**
**Tampa, FL 33602**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Date(s) debt was incurred _

Last 4 digits of account number _        Is the claim subject to offset? ☐ No ■ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kinler, Leonard**

**105 Braden Drive**
**Luling, LA 70070**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Date(s) debt was incurred _

Last 4 digits of account number _        Is the claim subject to offset? ☐ No ■ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Klar, Ilona**

**20701 La Barranca Ave.**
**Tehachapi, CA 93561**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Date(s) debt was incurred _

Last 4 digits of account number _        Is the claim subject to offset? ☐ No ■ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Klick III, Paul (Est. of)**
**Attn: President and/or Officer**
**1450 Harbor Sound Drive**
**Longboat Key, FL 34228**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Date(s) debt was incurred _

Last 4 digits of account number _        Is the claim subject to offset? ☐ No ■ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Knight, Julie**
**Attn: President and/or Officer**
**c/o Simone Greenstone**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Date(s) debt was incurred _

Last 4 digits of account number _        Is the claim subject to offset? ☐ No ■ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Knight, Sharon**
**Attn: President and/or Officer**
**c/o Simon Greenstone**
**3760 Airport Way**
**Long Beach, CA 90806**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Date(s) debt was incurred _

Last 4 digits of account number _        Is the claim subject to offset? ☐ No ■ Yes

Debtor **Charles B. Chrystal Co Inc.**                                    Case number *(if known)* _____
_____
Name

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Knox, Anthony (Estate of )**
**Attn: President and/or Officer**
**126 Spearhead Lane**
**Vienna, GA 31092**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Knox, Margaret (Est. of)**
**Attn: President and/or Officer**
**11523 State Highway 37**
**Benton, IL 62812**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Koeberl, Renee**

**718 N 66th Street, Wauwatosa,**
**Benton, IL 62812**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Kopel, Robert eo Cynthia Kelle**

**1620 SW 66th Ave.**
**Boca Raton, FL 33428**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Kral, Janet**

**16496 County Road 10**
**Sleepy Eye, MN 56085**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Kucharski, Robert**

**63 Pavonia Street**
**Buffalo, NY 14207**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Laine, Gherud**

**560 Van Caster Drive**
**Green Bay, WI 54311**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

Debtor　**Charles B. Chrystal Co Inc.**　　　　　　　　　Case number *(if known)* _____
_____
　　　　Name

---

| 3.285 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Laine, Gherud**

**560 Van Caster Drive**
**Green Bay, WI 54311**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.286 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lambert, Charles**
**Attn: President and/or Officer**
**c/o Lanier Law Firm PLLC**
**535 Madison Avenue**
**New York, NY 10022**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.287 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lambert, Whitney**
**Attn: President and/or Officer**
**c/o Lanier Law Firm PLLC**
**535 Madison Avenue**
**New York, NY 10022**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.288 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lamlein, Curtis eo Jean Lamlei**

**54 Mount View Drive**
**Clinton, MA 01510**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.289 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lane, Thurman D.**

**2849 W. Meadowlark Drive, Faye**
**Fayetteville, AR 72704**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.290 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Latterell, Rice, Rebecca**

**1505 S Campbell Trail**
**Sioux Falls, SD 57106**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.291 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lauding, Kathleen**
**eo Elizabeth Ann Lauding**
**102 Cherokee Ct.**
**Waxahachie, TX 75165**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

Debtor   **Charles B. Chrystal Co Inc.**                                    Case number *(if known)* _____
_____
Name

| | |
|---|---|
| 3.292 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
Laughlin, Dennis (Est. of)
**Attn: President and/or Officer**
**705 Jefferson Street South**
**Shakopee, MN 55379**

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _                    Basis for the claim: _

Last 4 digits of account number _              Is the claim subject to offset? ☐ No ■ Yes

---

| 3.293 | **Nonpriority creditor's name and mailing address** |

Lawrence, Jackson
**c/o Weitz & Luxenberg**
**1880 Century Park East #700**
**Los Angeles, CA 90067**

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _                    Basis for the claim: _

Last 4 digits of account number _              Is the claim subject to offset? ☐ No ■ Yes

---

| 3.294 | **Nonpriority creditor's name and mailing address** |

Lawrence, Nancy
**c/o Weitz & Luxenberg**
**Attn: President and/or Officer**
**1880 Century Park East #700**
**Los Angeles, CA 90067**

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _                    Basis for the claim: _

Last 4 digits of account number _              Is the claim subject to offset? ☐ No ■ Yes

---

| 3.295 | **Nonpriority creditor's name and mailing address** |

Lazette, Dianne

**4728 Musselshell Drive**
**New Port Richey, FL 34655**

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _                    Basis for the claim: _

Last 4 digits of account number _              Is the claim subject to offset? ☐ No ■ Yes

---

| 3.296 | **Nonpriority creditor's name and mailing address** |

Lee, Cynthia June

**100 Hulda Park Apt. 118**
**Rochester, NY 14609**

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _                    Basis for the claim: _

Last 4 digits of account number _              Is the claim subject to offset? ☐ No ■ Yes

---

| 3.297 | **Nonpriority creditor's name and mailing address** |

Lee, Gladys eo Linda Reza

**38 Pheasant Road**
**Artesia, NM 88210**

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _                    Basis for the claim: _

Last 4 digits of account number _              Is the claim subject to offset? ☐ No ■ Yes

---

| 3.298 | **Nonpriority creditor's name and mailing address** |

Lee, Kyunh

**17166 NW Gables Creek Ln.**
**Beaverton, OR 97006**

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _                    Basis for the claim: _

Last 4 digits of account number _              Is the claim subject to offset? ☐ No ■ Yes

---

Debtor **Charles B. Chrystal Co Inc.**     Case number *(if known)* _____
<br>_____
<br>Name

---

| 3.299 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lee, Michaeleen**

315 Bel Air Road
Southampton, PA 18966

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.300 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lees, Kathryn and Stephen**
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.301 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Letizia, Joseph**

1020 East Butler Avenue
Vineland, NJ 08361

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.302 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lewis, Barbara & Trevor**
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.303 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Linde, Stuart**
Linde, Eileen
35 Phaetons Drive
Melville, NY 11747

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.304 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Little, Christopher**

585 Prairie Road
Hillsboro, TN 37342

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.305 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Little, Robert**

5687 S.E. Major Way
Stuart, FL 34994

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

Debtor    **Charles B. Chrystal Co Inc.**
_____    Case number *(if known)* _____
Name

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Loconte, Barbarann** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **12 Seba Ave** | ■ Disputed | |
| | **Brooklyn, NY 11229** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ■ Yes | |

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Lodovico, Cynthia** | ■ Contingent | |
| | **Sunrise Senior Living** | ■ Unliquidated | |
| | **2220 Fountain Sq. Dr. #113** | ■ Disputed | |
| | **Lombard, IL 60148** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ■ Yes | |

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Lomax, Kevin P.** | ■ Contingent | |
| | **Attn: President and/or Officer** | ■ Unliquidated | |
| | **c/o Simon Greenstone** | ■ Disputed | |
| | **3760 Kilroy Airport Way** | | |
| | **Long Beach, CA 90806** | Basis for the claim: **SII to Vlesta K. Lomax** | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ■ Yes | |

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Longo, Rosanne** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **277 Seabird Road** | ■ Disputed | |
| | **Myrtle Beach, SC 29579** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ■ Yes | |

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Lorenzo, Richard (Est. of)** | ■ Contingent | |
| | **Attn: President and/or Officer** | ■ Unliquidated | |
| | **228 Woodruff Street** | ■ Disputed | |
| | **Plantsville, CT 06479** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ■ Yes | |

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Lowe, Celia** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **4 Petercole Dr, Bishopsworth** | ■ Disputed | |
| | **Bristol, England BS13 8JP** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ■ Yes | |

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Lozano, Laura** | ■ Contingent | |
| | **Attn: President and/or Officer** | ■ Unliquidated | |
| | **Waters Kraus Paul & Siegel** | ■ Disputed | |
| | **3141 Hood St #700** | | |
| | **Dallas, TX 75219** | Basis for the claim: _ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ■ Yes | |

Debtor   **Charles B. Chrystal Co Inc.**
_____   Case number (if known) _____
Name

| 3.313 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Lozano, Maria**
**Attn: President and/or Officer**
**c/o Dean Omar Branhan Shirley**
**303 N. Market St., #300**
**Dallas, TX 75202**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _          Basis for the claim: _

Last 4 digits of account number _          Is the claim subject to offset? □ No ■ Yes

| 3.314 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Lupton, Johnnie**
**eo Phyllis Johnson**
**9100 Harvest Lane**
**Irvington, AL 36544**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _          Basis for the claim: _

Last 4 digits of account number _          Is the claim subject to offset? □ No ■ Yes

| 3.315 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Lynda Leblanc**
**16681 Sunburst Lane**
**Huntington Beach, CA 92647**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _          Basis for the claim: _

Last 4 digits of account number _          Is the claim subject to offset? □ No ■ Yes

| 3.316 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Machado, Humberto**

**3610 Battersea Road**
**Miami, FL 33133**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _          Basis for the claim: _

Last 4 digits of account number _          Is the claim subject to offset? □ No ■ Yes

| 3.317 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Macron, Marilyn**

**3546 S. Ocean Blvd., Unit 322**
**Palm Beach, FL 33480**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _          Basis for the claim: _

Last 4 digits of account number _          Is the claim subject to offset? □ No ■ Yes

| 3.318 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Mager, Jenifer**
**Attn: President and/or Officer**
**c/o Frost Law Firm PC**
**273 W. 7th Street**
**San Pedro, CA 90731**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _          Basis for the claim: _

Last 4 digits of account number _          Is the claim subject to offset? □ No ■ Yes

| 3.319 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Maloney-Najjar, Kelley**

**66 East Cedar St.**
**Livingston, NJ 07039**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _          Basis for the claim: _

Last 4 digits of account number _          Is the claim subject to offset? □ No ■ Yes

| Debtor | **Charles B. Chrystal Co Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Marabella, John**
Marabella, Kathleen
1409 Durwood Drive
Reading, PA 19609

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Marceau, Deborah  (Est. of )**
Attn: President and/or Officer
12021 31st Place NE
Lake Stevens, WA 98258

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Martin, Gerald**

259 McMahon Drive
Bronson, MI 49028

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Martin, Hilborg**

22500 Everton Ave N., Apt. 104
Forest Lake, MN 55025

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Martin, James P. ( Est. of)**
Attn: President and/or Officer
4013 Ethan Ct
Wilmington, NC 28412

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Martines, Ottavio (Est. of)**
Attn: President and/or Officer
234 Society Hill Blvd.
Cherry Hill, NJ 08002

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Masterson, Leo**

17 Gideon Reynolds Road
Cross River, NY 10518

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

Debtor **Charles B. Chrystal Co Inc.** _____  Case number *(if known)* _____
     Name

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Matsch, Sandra**

N. Maple Street
Ellsworth, WI 54011

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.328 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Matthews, Caroline**
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.329 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Matthews, Karol**
c/o MRHFM Law Firm
659 Eagle Rock Avenue, Ste 28
West Orange, NJ 07052

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.330 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Maute, Tucker D.**

17204 Hidden Estates Circle
Fort Meyers, FL 33900

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.331 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Mays, Latoya eo Lakeya King**

9107 Stansberry Avenue NA
Saint Louis, MO 63134

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.332 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**McAllister, James**
McAllister, Jacki
32597 Long Lake Rd
Richville, MN 56576

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.333 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**McCollum, Beverlee**

11031 Hilltop Ave
Omaha, NE 68164

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

Debtor **Charles B. Chrystal Co Inc.** _____ Case number (if known) _____
Name

| | |
|---|---|
| 3.334 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ **Unknown** |
| **McDonald, Stella** | ■ Contingent |
| | ■ Unliquidated |
| **5408 North Walnut Street** | ■ Disputed |
| **Everett, WA 98205** | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ■ Yes |

| | |
|---|---|
| 3.335 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ **Unknown** |
| **McFarland, Karen** | ■ Contingent |
| | ■ Unliquidated |
| **344 Woodward Avenue** | ■ Disputed |
| **Woodhaven, NY 11421-4000** | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ■ Yes |

| | |
|---|---|
| 3.336 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ **Unknown** |
| **McGuire, Kevin** | ■ Contingent |
| **McGuire, Mary Jane** | ■ Unliquidated |
| **8 Gawain Dr.** | ■ Disputed |
| **Englishtown, NJ 07726** | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ■ Yes |

| | |
|---|---|
| 3.337 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ **$0.00** |
| **McKnight Foster, Carol  (Est)** | ■ Contingent |
| **Attn: President and/or Officer** | ■ Unliquidated |
| **3617 Fleetwood Dr.** | ■ Disputed |
| **Rockford, IL 61101** | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ■ Yes |

| | |
|---|---|
| 3.338 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ **Unknown** |
| **McLoughlin, Carmel** | ■ Contingent |
| | ■ Unliquidated |
| **4333 Katonah Avenue** | ■ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ■ Yes |

| | |
|---|---|
| 3.339 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ **Unknown** |
| **McMahon, Anne** | ■ Contingent |
| **Attn: President and/or Officer** | ■ Unliquidated |
| **c/o Simon Greenstone** | ■ Disputed |
| **3760 Kilroy Airport Way** | |
| **Long Beach, CA 90806** | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ■ Yes |

| | |
|---|---|
| 3.340 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ **Unknown** |
| **McMahon, April** | ■ Contingent |
| | ■ Unliquidated |
| **213 Atlantic Avenue** | ■ Disputed |
| **Buffalo, NY 14212** | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ■ Yes |

Debtor    **Charles B. Chrystal Co Inc.**
_____    Case number (if known) _____
Name

| | |
|---|---|
| 3.341 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.    **Unknown** |
| **McNamee, Mary Catherine** | ■ Contingent |
| **c/o MRHFM** | |
| **Attn: President and/or Officer** | ■ Unliquidated |
| **659 Eagle Rock Ave STE 28** | |
| **West Orange, NJ 07052** | ■ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ■ Yes |

| | |
|---|---|
| 3.342 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.    **Unknown** |
| **Meade, Jody Kay** | ■ Contingent |
| **Attn: President and/or Officer** | |
| **Attn: Simons Hanly Conroy** | ■ Unliquidated |
| **112 Madison Avenue 7th floor** | |
| **New York, NY 10016** | ■ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ■ Yes |

| | |
|---|---|
| 3.343 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.    **Unknown** |
| **Mendoza, Julio, Antonio, Nidi** | ■ Contingent |
| **SII to Lidia Reyes** | |
| **312 Schoellkope Place** | ■ Unliquidated |
| **El Paso, TX 79928** | ■ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ■ Yes |

| | |
|---|---|
| 3.344 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.    **Unknown** |
| **Mendoza, Patra eo Patricia Cru** | ■ Contingent |
| | |
| **24243 Gravel Hill Road** | ■ Unliquidated |
| **Georgetown, DE 19947** | ■ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ■ Yes |

| | |
|---|---|
| 3.345 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.    **Unknown** |
| **Meyer, Carol** | ■ Contingent |
| | |
| **118 Highway U** | ■ Unliquidated |
| **Iberia, MO 65486** | ■ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ■ Yes |

| | |
|---|---|
| 3.346 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.    **Unknown** |
| **Meza, Maria De Lourdes Velasqu** | ■ Contingent |
| **Attn: President and/or Officer** | |
| **C/O Waters Kraus Paul & Siegel** | ■ Unliquidated |
| **3141 Hood St #700** | |
| **Dallas, TX 75219** | ■ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ■ Yes |

| Debtor | **Charles B. Chrystal Co Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.347 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Milford, Louise & Christopher**
**Attn: President and/or Officer**
**c/o Simon Greenstone**
**420 Lexington Avenue STE 2848**
**New York, NY 10170**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.348 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Miller, Ann**

**90 Turtlehead Rd**
**Wilton, CT 06897**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.349 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Miller, Dale (Est. of)**
**Attn: President and/or Officer**
**9677 Pine Point Dr.**
**Arlington, TN 38002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.350 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mirochin, Helen**

**187 Garth Road #2B**
**Scarsdale, NY 10583**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.351 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mize, Johnnie**
**SII to Edward Kier**
**1301 Harbor View Drive**
**Galveston, TX 77550**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.352 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mize, William**
**Mize, Dillie**
**2355 Freestone Ridge Cove**
**Birmingham, AL 35226**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.353 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mizer, Barbara**

**4 Mohawk Lane**
**Hague, NY 12836**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset?  ☐ No  ■ Yes

---

Debtor **Charles B. Chrystal Co Inc.**                                           Case number *(if known)* _____

_____
Name

---

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Mohammad El Abbasi**
**6107 E. Hobart Street**
**Mesa, AZ 85205**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Molyneaux, Yvonne**
**Molyneaux, Andrew**
**10 Nant Y. Nandy Llangefni**
**LL77 7JF Wales**
**United Kingdom**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Moreno, Amelia L.  (Est)**
**Attn: President and/or Officer**
**695 Cottage Avenue E**
**Saint Paul, MN 55106**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Morgan, Colin**
**12 Buddleia Close**
**Preston Downs, Weymouth**
**Dorset DT3 6SG United Kingdom**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Morgan, June Rose**

**174 Rainsong Street**
**Farmington, AR 72730**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Morgan, Sandra**

**811 Adonis Pl.**
**Venice, FL 34292**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Morrison, Carolyn**

**7291 Mustang Drive, Clarkson**
**Clarkston, MI 48346**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ■ Yes

---

| Debtor | **Charles B. Chrystal Co Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.361** | Nonpriority creditor's name and mailing address
**Moss, Susan**

1 Calvert Road
Earleville, MD 21919

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

**3.362** | Nonpriority creditor's name and mailing address
**Mukomela, Gwendolyn J.**
**S11 for Mukomela, Kenneth D.**
**204 Park Ave.**
**Marshall, MN 56258**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

**3.363** | Nonpriority creditor's name and mailing address
**Mullan, Robert**
**Attn: President and/or Officer**
**c/o Simon Greenstone**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

**3.364** | Nonpriority creditor's name and mailing address
**Mullet, Anne Marie**

57607 Boulder Ct
Goshen, IN 46528

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

**3.365** | Nonpriority creditor's name and mailing address
**Muster, Sophia**

70 Hull Hills
Staunton, VA 24401

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

**3.366** | Nonpriority creditor's name and mailing address
**Nasr, Yehia A.**
**Nasr, Deborah**
**2144 E 15th St.**
**Brooklyn, NY 11229**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

**3.367** | Nonpriority creditor's name and mailing address
**Navaretta, Josephine**
**Navaretta, John**
**2165 Casper Drive**
**Lake Havasu City, AZ 86406**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

Debtor   **Charles B. Chrystal Co Inc.**                          Case number (if known) _____
         _____
         Name

| | | |
|---|---|---|
| 3.368 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.     **Unknown** |

**Nicholson, Harold (Est of)**
**Attn: President and/or Officer**
**3619 Roxane Blvd.**
**Sarasota, FL 34235**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| | | |
|---|---|---|
| 3.369 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.     **Unknown** |

**North, Carol**
**Attn: President and/or Officer**
**c/o Simon Greenstone**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| | | |
|---|---|---|
| 3.370 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.     **Unknown** |

**O'Bierne, Cynthia**
**O'Bierne, Paul**
**12 Lanes End**
**Ipswich, MA 10938**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| | | |
|---|---|---|
| 3.371 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.     **Unknown** |

**Oakenfold, Sheila**
**Attn: President and/or Officer**
**c/o Simon Greenstone**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| | | |
|---|---|---|
| 3.372 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.     **Unknown** |

**Owen, John EO Doreen Owen**
**Attn: President and/or Officer**
**c/o Simon Greenstone**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| | | |
|---|---|---|
| 3.373 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.     **Unknown** |

**Padilla, Eric**

**13132 Islamorada Drive**
**Orlando, FL 32837**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| Debtor | **Charles B. Chrystal Co Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Paes, Verginio**
Attn: President and/or Officer
c/o Meirowitz & Wassenberg
1040 6th Avenue
New York, NY 10018

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Page, Joseph**

2507 W. Highway 76
Marion, SC 29571

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Palermo, Evelyn**
eo Louise Iatomoasi
82 Summit Hill Drive
Rochester, NY 14612

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pallotta, Josephine**

151 Prospect Ave.
Maywood, NJ 07607

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pardo, Darren**
MRHFM Law Firm
Attn: President and/or Officer
659 Eagle Road # 28
West Orange, NJ 07052

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pardo, Michael**
MRHFM Law Firm
Attn: President and/or Officer
659 Eagle Road # 28
West Orange, NJ 07052

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

| Debtor | **Charles B. Chrystal Co Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.380 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Parker, Pauline and James**
**Attn: President and/or Officer**
**c/o Simon Greenstone**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.381 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Parr, David**
**SII to Vaughn Eugenia**
**1557 Westwood Ave.**
**Lakewood, OH 44107**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.382 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Payne, Clark**
**Payne, Barbara**
**401 Fairview Ave., Apt. 117**
**Colonia, NJ 07067**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.383 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Penny, Sherry (Est of)**
**Attn: President and/or Officer**
**483 Coleman Cemetery Road**
**Cerro Gordo, NC 28430**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.384 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Perez, Daniela Ossiris Gonzale**
**c/o Waters Kraus Paul & Siegel**
**AttN: President and/ Officer**
**3141 Hood St. # 700**
**Dallas, TX 75219**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.385 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Perez, Jaqueline Stefania Gonz**
**c/o Waters Kraus Paul & Siegel**
**Attn: President and/or Officer**
**3141 Hood St., # 700**
**Dallas, TX 75219**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☑ Yes

---

| Debtor | **Charles B. Chrystal Co Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.386** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Perez, Maria Elena**
**Attn: President and/or Officer**
**c/o Waters Kraus & Paul**
**11601 Wilshire Blvd. Ste 1900**
**Los Angeles, CA 90025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

**3.387** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Perez, Mauricio Jesus Gonzalez**
**c/o Waters Kraus Paul & Siegel**
**Attn: President and/or Officer**
**3141 Hood St., #700**
**Dallas, TX 75219**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

**3.388** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Perkins, Barbara**
**Attn: President and/or Officer**
**c/o Frost Law Firm PC**
**273 W. 7th Street**
**San Pedro, CA 90731**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

**3.389** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Perkins, Barbara**
**Attn: President and/or Officer**
**C/O Simons Hanly Conroy**
**112 Madison Avenue 7th floor**
**New York, NY 10016**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

**3.390** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Perkins, Lorraine**
**Attn: President and/or Officer**
**c/o MRHFM Law Firm**
**659 Eagle Rock Avenue**
**West Orange, NJ 07052**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

**3.391** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Perl, Rosemarie**

**4 Alexander Dr.**
**Farmingdale, NY 11735**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

Debtor    **Charles B. Chrystal Co Inc.**
_____    Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.392 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

**Nonpriority creditor's name and mailing address**

| | | |

---

3.392   **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

**Perrett, Janet**
**Attn: President and/or Officer**
**c/o Simon Greenstone**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __    **Basis for the claim:** __

Last 4 digits of account number __    Is the claim subject to offset? ☐ No ■ Yes

---

3.393   **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

**Perry, Michael**
**Attn: President and/or Officer**
**c/o Kassel McVey**
**1330 Laurel Street**
**Columbia, SC 29202**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __    **Basis for the claim:** __

Last 4 digits of account number __    Is the claim subject to offset? ☐ No ■ Yes

---

3.394   **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

**Pettigrew, Gary (Est. of)**
**Attn: President and/or Officer**
**c/o Belluck & Fox**
**699 Boyston St, 14th floor**
**Boston, MA 02116**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __    **Basis for the claim:** __

Last 4 digits of account number __    Is the claim subject to offset? ☐ No ■ Yes

---

3.395   **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

**Phelen, Marlene Theresa**

**37 Stonebridge Way**
**Berlin, CT 06037**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __    **Basis for the claim:** __

Last 4 digits of account number __    Is the claim subject to offset? ☐ No ■ Yes

---

3.396   **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

**Phillips, David**
**Attn: President and/or Officer**
**c/o MRHFM Law Firm**
**659 Eagle Rock Avenue**
**West Orange, NJ 07052**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __    **Basis for the claim:** __

Last 4 digits of account number __    Is the claim subject to offset? ☐ No ■ Yes

---

3.397   **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

**Phillips, Patricia**
**Attn: President and/or Officer**
**c/o Simon Greenstone**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __    **Basis for the claim:** __

Last 4 digits of account number __    Is the claim subject to offset? ☐ No ■ Yes

---

Debtor    **Charles B. Chrystal Co Inc.**
_____    Case number _(if known)_ _____
Name

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |

**Phipps, Maria**

**1110 North Lakeshore Drive**
**Rockwall, TX 75087**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☒ Yes

---

| 3.399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |

**Pickering, Michelle**
**Attn: President and/or Officer**
**c/o Simon Greenstone**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☒ Yes

---

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |

**Pidge, Pamela (Est. of)**
**Attn: President and/or Officer**
**601 Pheasant Run Drive**
**Riverton, NJ 08077**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☒ Yes

---

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |

**Pitcher, John**

**300 Burning Tree Drive**
**Georgetown, TX 78628**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☒ Yes

---

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |

**Price, Shannon**

**21489 Country Club Road**
**Poteau, OK 74953**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☒ Yes

---

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |

**Prince, Duane**

**1514 Silver Creek Street**
**Alger, MI 48610**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☒ Yes

---

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |

**Pryor, Michael**

**384 Aquaview Drive**
**Shepherdsville, KY 40165**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☒ Yes

---

Debtor    **Charles B. Chrystal Co Inc.**    Case number (if known) _____
                  Name

| 3.405 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Przekop, Charles**

**2510 Lake Michigan Drive, Apt.**
**Grand Rapids, MI 49504**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.406 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Quiroga, Maria**
**Attn: President and/or Officer**
**c/o Weitz & Luxenberg**
**1880 Centry Park East #700**
**Los Angeles, CA 90067**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.407 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Rand, Charlene**

**20 Brookside Drive**
**Bath, ME 04530**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.408 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Randolph, Bernice (Est. of)**
**Attn: President and/or Officer**
**121 L. The Orchard**
**Cranbury, NJ 08512**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.409 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Raso, Angelina**
**e/o Teresa and Frank Raso**
**13 Homestead Street**
**Albany, NY 12203**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.410 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Raso, Teresa & Frank**
**Attn: President and/or Officer**
**c/o Belluck & Fox**
**546 Fifth Avenue, 5th floor**
**New York, NY 10036**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ■ Yes

---

Debtor  **Charles B. Chrystal Co Inc.** _____  Case number (if known) _____
           Name

| 3.411 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Redgewell, David**

24 Upminster Road, Hornchurch,
Essex RM12 6PA
United Kingdom

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

| 3.412 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Reed, Kimberly**

511 Burleson St.
Cedar Hill, TX 75104

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

| 3.413 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Reed, Wesley**
**Reed, Judy**
425 Johnson Road
Penn Yan, NY 14527

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

| 3.414 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rego, John eo Raymond Brown**

2300 Park Lane, Apt. 202
Hollywood, FL 33021

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

| 3.415 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rentko, John**
**SII to Marilyn Rentko**
22 North Hill Road
Colonia, NJ 07067

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

| 3.416 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Reshad, Ghulam**
**eo Mary Reshad**
20 Penn Drive
Huntington Station, NY 11746

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

| 3.417 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Reyes, Jaime**

17824 E. Tennessee Ave.
Aurora, CO 80017

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

Debtor **Charles B. Chrystal Co Inc.**
_____   Case number *(if known)* _____
Name

| 3.418 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Reyes, Joel

21309 Wilmiller Lane
Pflugerville, TX 78660

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

| 3.419 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Reyes-Vasquez, Jose
Reyes-Vasquez, Ramona
643 W. 172nd Street, #23
New York, NY 10032

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

| 3.420 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Rhoades, Bonnie

36 Robert Road
Oswego, IL 60543

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

| 3.421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Richards, Janis S.

4528 Westchester Drive
Waco, TX 76710

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

| 3.422 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Richardson, Karen and Ian
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Richardson, Patricia

24 Stratford Way, Huntington,
York YO32 9YW
United KIngdom

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Richardson, Phillip
Emh, Larry
2980 Croyden Road
Harrisburg, PA 17104

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

Debtor    **Charles B. Chrystal Co Inc.** _____    Case number (if known) _____
                        Name

| | |
|---|---|
| 3.425 | **Nonpriority creditor's name and mailing address** |
| | **Rikkola, James** |
| | |
| | **10537 Maryland Circle** |
| | **Minneapolis, MN 55438** |

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __                    Basis for the claim: __

Last 4 digits of account number __            Is the claim subject to offset? ☐ No ■ Yes

---

| | |
|---|---|
| 3.426 | **Nonpriority creditor's name and mailing address** |
| | **Robbins, Vicki** |
| | |
| | **47 Pine Bluff Ct.** |
| | **Clementon, NJ 08021** |

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __                    Basis for the claim: __

Last 4 digits of account number __            Is the claim subject to offset? ☐ No ■ Yes

---

| | |
|---|---|
| 3.427 | **Nonpriority creditor's name and mailing address** |
| | **Robinson, Jeanne** |
| | **Simon Greenstone** |
| | **Attn: President and/or Officer** |
| | **3760 Kilroy Airport Way** |
| | **Long Beach, CA 90806** |

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __                    Basis for the claim: __

Last 4 digits of account number __            Is the claim subject to offset? ☐ No ■ Yes

---

| | |
|---|---|
| 3.428 | **Nonpriority creditor's name and mailing address** |
| | **Robinson, Sonja** |
| | |
| | **16983 Carriage Horse Drive** |
| | **Denver, CO 80291** |

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __                    Basis for the claim: __

Last 4 digits of account number __            Is the claim subject to offset? ☐ No ■ Yes

---

| | |
|---|---|
| 3.429 | **Nonpriority creditor's name and mailing address** |
| | **Rodriguez Perez, Eluteria** |
| | |
| | **1121 N. Esperanza Ave** |
| | **McAllen, TX 78501** |

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __                    Basis for the claim: __

Last 4 digits of account number __            Is the claim subject to offset? ☐ No ■ Yes

---

| | |
|---|---|
| 3.430 | **Nonpriority creditor's name and mailing address** |
| | **Rodriquez, Jesus & Ana** |
| | **Attn: President and/or Officer** |
| | **c/o Simon Greenstone Panatier** |
| | **420 Lexington Avenue STE 2848** |
| | **New York, NY 10170** |

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __                    Basis for the claim: __

Last 4 digits of account number __            Is the claim subject to offset? ☐ No ■ Yes

---

| | |
|---|---|
| 3.431 | **Nonpriority creditor's name and mailing address** |
| | **Roland, Jacqueline** |
| | |
| | **1900 Martin Luther King Blvd** |
| | **Big Spring, TX 79720** |

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __                    Basis for the claim: __

Last 4 digits of account number __            Is the claim subject to offset? ☐ No ■ Yes

---

Debtor    **Charles B. Chrystal Co Inc.**
_____    Case number (if known) _____
Name

| 3.432 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rosales, Rozella**

**600 Linderbergh Ave. Lot 78**
**Rapid City, SD 57701**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

| 3.433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rosas, Otilia**
**Attn: President and/or Officer**
**C/o Meirowitz & Wassenberg**
**1040 6th Avenue**
**New York, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

| 3.434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Roth, Jill Miskelly**
**SII to Miskelly, Carol P.**
**8628 Vintage Club Dr**
**Leland, NC 28451**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Roush, David**

**19998 170th St.**
**Perry, IA 50220**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Routh, Mark e/o Marquee Routh**
**Attn: President and/or Officer**
**c/o Deblase Brown Eyerly LLC**
**680 S. Sante Fe Avenue**
**Los Angeles, CA 90021**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rowan, Dorothy**

**77 Fresh Pond Road**
**Northport, NY 11768**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rowan, Dorothy**

**77 Fresh Pond Road**
**Northport, NY 11768**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

Debtor   **Charles B. Chrystal Co Inc.**
_____   Case number _(if known)_ _____
Name

---

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |
|---|---|---|---|

**Rubio, Nellie**
**SII to Gloria Dominguez**
**1834 Arroya Vista Dr.**
**San Antonio, TX 78213**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.440 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |
|---|---|---|---|

**Rudnicki, Antony**
**Attn: President and/or Officer**
**C/O Simon Greenstone**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.441 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |
|---|---|---|---|

**Ruiz, Susana J.**
**Ruiz, Juan**
**200 Targee Street**
**Staten Island, NY 10304**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.442 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |
|---|---|---|---|

**Rusinko, Michelle**

**217 W. College Ave.**
**Saint Peter, MN 56082**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.443 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |
|---|---|---|---|

**Ryall, Nancy, Individually and**
**Next Friend of LR, A Minor**
**12612 Dringenberg Drive**
**Austin, TX 78729**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.444 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |
|---|---|---|---|

**Ryan, Sheila (Est. of)**
**Attn: President and/or Officer**
**1623 Thomas Road**
**Ottawa, KS 66067**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.445 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |
|---|---|---|---|

**Saams, Lucinda**

**4092 Chestnut Dr.**
**Flowery Branch, GA 30542**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

Debtor   **Charles B. Chrystal Co Inc.**

_____   Case number (if known) _____
Name

---

| 3.446 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sager, Jami L.**

**1824 River Rd.**
**Delaware, OH 43015**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Salmeron, Rosa Maria Hernandez**
**Attn: President and/or Officer**
**C/o Simon Greenstone**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Santana, Alberto**
**Santana Yesenia**
**11639 Rio Hondo Parkway**
**El Monte, CA 91732**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Santana, Dianna**

**118 Pebble Brook Dr. Apt. 118F**
**Easley, SC 29642**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Schlechter, Elaine**
**Attn: President and/or Officer**
**Dobs & Farinas LLP**
**302 N. Market Street #300**
**Dallas, TX 75202**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.451 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Schmidt, Grace**
**Attn: President and/or Officer**
**c/o Simon Greenstone**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Charles B. Chrystal Co Inc.** _____ Case number *(if known)* _____

Name

| 3.452 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Schultz, Beth**

**1291 East 22nd Street**
**Brooklyn, NY 11210**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

| 3.453 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Scott, Betty**

**11232 Villa Trace Place**
**Charlotte, NC 28277**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

| 3.454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Seal, Maureen**
**Attn: President and/or Officer**
**c/o Simon Greenstone Panatier**
**420 Lexington Ave., Ste 2848**
**New York, NY 10170**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

| 3.455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Searle, Graeme**
**Attn: President and/or Officer**
**c/o Simon Greenstone**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

| 3.456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Segal, Cecelia**

**106 Windsor Drive**
**Framingham, MA 01701**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

| 3.457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Segedie, Carole and Kenneth**
**Attn: President and/or Officer**
**c/o Kazan McClain Satterly & G**
**55 Harris St #400**
**Oakland, CA 94607**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

Debtor    **Charles B. Chrystal Co Inc.**                                    Case number *(if known)* _____
_____
Name

| 3.458 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Seitz, Mitchell**

■ Contingent
■ Unliquidated
■ Disputed

1582 SE 72nd Way
Hillsboro, OR 97123

Date(s) debt was incurred _     Basis for the claim: _

Last 4 digits of account number _     Is the claim subject to offset? ☐ No ■ Yes

---

| 3.459 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Selix, Linda eo Casey Scott**
Attn: President and/or Officer
c/o Kazan McClain Satterly & G
55 Harris St #400
Oakland, CA 94607

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _     Basis for the claim: _

Last 4 digits of account number _     Is the claim subject to offset? ☐ No ■ Yes

---

| 3.460 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sellman, Alison (Est. of)**

■ Contingent
■ Unliquidated
■ Disputed

10800 SE 17th Circle #25
Vancouver, WA 98664

Date(s) debt was incurred _     Basis for the claim: _

Last 4 digits of account number _     Is the claim subject to offset? ☐ No ■ Yes

---

| 3.461 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Shackelford, Melissa**
c/o Simon Greenstone
Attn: President and/or Officer
3760 Kilroy Airport Way
Long Beach, CA 90806

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _     Basis for the claim: _ SII to Marilyn P. Paternostro_

Last 4 digits of account number _     Is the claim subject to offset? ☐ No ■ Yes

---

| 3.462 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Shakour, Farghaly**

■ Contingent
■ Unliquidated
■ Disputed

1419 San Carlos Avenue
Concord, CA 94518

Date(s) debt was incurred _     Basis for the claim: _

Last 4 digits of account number _     Is the claim subject to offset? ☐ No ■ Yes

---

| 3.463 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sherman, Rebecca**
eo Heather Colding
1709 Montee Lane
Lakeland, FL 33811

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _     Basis for the claim: _

Last 4 digits of account number _     Is the claim subject to offset? ☐ No ■ Yes

---

| 3.464 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Shuck, Lloyd**

■ Contingent
■ Unliquidated
■ Disputed

13840 Hawthorn Rd.
Hannibal, MO 63401

Date(s) debt was incurred _     Basis for the claim: _

Last 4 digits of account number _     Is the claim subject to offset? ☐ No ■ Yes

---

| Debtor | **Charles B. Chrystal Co Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.465**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Siddiqui, Rafia

8484 Oakrun Way
Ellicott City, MD 21043

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

**3.466**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Sides, Yaniv EO Agnes Sides

320 Carvel Ave.
Cedarhurst, NY 11516

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

**3.467**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Siebert, Beverly

568 Fairway Drive
Gleneden Beach, OR 97388

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

**3.468**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Silva, Rebeca
c/o Simon Greenstone
Attn: President and/or Officer
3760 Kilroy Airport Way
Long Beach, CA 90806

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

**3.469**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Silva, Robert
SII to Marie Silva
109 Mail Rd
Exeter, RI 02822

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

**3.470**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Simmons, Manijeh

4714 Creekwood Road, Austin
Austin, TX 78723

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

**3.471**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Simmons, Sarah

20 East Wilde St.
Herington, KS 67449

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| Debtor | **Charles B. Chrystal Co Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.472 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Simon Greenstone**
**Attn: President and/or Officer**
**3760 Kilroy Airport Way**
**Suite 680**
**Long Beach, CA 90806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Sliz, Jeannie**
**Attn: President and/or Officer**
**1509 LeBlanc St.**
**Lincoln Park, MI 48146**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.474 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Smee, Lesley**

**25 Central Avenue, Gravesend,**
**Kent DA12 5AN**
**United Kingdom**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.475 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Smith, David (Est. of)**
**Attn: President and/or Officer**
**55 Plymouth Lane**
**Erlanger, KY 41018**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.476 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Smith, Jessie (Est. of)**
**Attn: President and/or Officer**
**1191 W. County Line Rd.**
**Hatboro, PA 19040**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.477 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Smith, Lisa**
**Attn: President and/or Officer**
**c/o Simon Greenstone**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

| Debtor | **Charles B. Chrystal Co Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.478** | Nonpriority creditor's name and mailing address
**Smith, Sheila Ann (Est. of)**
Attn: President and/or Officer
1107 Creek Lane
Saylorsburg, PA 18353

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

**3.479** | Nonpriority creditor's name and mailing address
**Smithers, Cynthia Lou**

5516 N. 40th Drive
Phoenix, AZ 85019

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

**3.480** | Nonpriority creditor's name and mailing address
**Smoltino, William**
SII to Angela M. Ferrara
28 Marine Ave Apr. 4-e
Brooklyn, NY 11209

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

**3.481** | Nonpriority creditor's name and mailing address
**Sneider, Patricia**
Attn: President and/or Officer
c/o Simon Greenston
3760 Kilroy Airport Way
Long Beach, CA 90806

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

**3.482** | Nonpriority creditor's name and mailing address
**Sniegocki, Joseph T.**
Watts Robbi
439 Cotswold Circle
Davenport, FL 33837

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

**3.483** | Nonpriority creditor's name and mailing address
**Snyder, Elizabeth**
E/O Mason Snyder
11 Brookland Apt. Gi
Bronxville, NY 10708

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

**3.484** | Nonpriority creditor's name and mailing address
**Soares, Susan**

76 Centracchio St
West Warwick, RI 02893

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

| Debtor | **Charles B. Chrystal Co Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Soley, George**

**4731 E. 64th St.**
**Indianapolis, IN 46220**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.486 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Solis, Sergio Lopez**
**Attn: President and/or Officer**
**Waters Kraus Paul & Siegel**
**Dallas, TX 75219**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.487 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Solomon, Beth**

**2016 31st Street, NW**
**Canton, OH 44709**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.488 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sorgi, Adam**
**Attn: President and/or Officer**
**C/O MRHFM Law Firm**
**659 Eagle Rock Avenue**
**West Orange, NJ 07052**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.489 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sorum, Mark James, and Barbara**
**Attn: President and/or Officer**
**c/o Kazan McClain Satterly & G**
**55 Harris St #400**
**Oakland, CA 94607**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.490 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Spayd, George**

**88 N. Greenview Road**
**Schuylkill Haven, PA 17972**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.491 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Spiegelman, Sheldon**
**Spiegelman, Sandra**
**8237 Cassia Drive**
**Boynton Beach, FL 33437**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

Debtor **Charles B. Chrystal Co Inc.**                                       Case number *(if known)* _____

Name

| 3.492 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Spingarn, Michael**

**7 Sherwood Ridge Road**
**Suffern, NY 10901**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.493 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**St. Onge, Valerie C.**
**St. Onge, Richard**
**427 Ocean Street**
**Hyannis, MA 02601**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.494 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Standley, Jon**
**MRHFM Law Firm**
**Attn: President and/or Officer**
**659 Eagle Road #28**
**West Orange, NJ 07052**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.495 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Stark, Patsy**
**Attn: President and/or Officer**
**c/o Kazan McClain Satterly & G**
**55 Harris St., #400**
**Oakland, CA 94607**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.496 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Starr, Taloa Crawford**

**717 5th Ave**
**Howard Lake, MN 55349**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.497 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Steggle, Susan**
**Attn: President and/or Officer**
**c/o Simon Greenstone**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

Debtor   **Charles B. Chrystal Co Inc.**
_____   Case number (if known) _____
          Name

---

| 3.498 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Stelzer, Sheila (Est. of)**
Attn: President and/or Officer
214 Barton Rd.
Greenfield, MA 01301

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.499 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Stephen, Wilma  (Est. of)**
Attn: President and/or Officer
18856 Highway 28
Vienna, MO 65582

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.500 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Steve Brockett**
802 Spruce Avenue
Alamogordo, NM 88310

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.501 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Stevens, Patricia W.**

1406 East Olive Drive SE
Huntsville, AL 35801

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Stipe, Pamela**

902 Arnold Street
Glenwood, IA 51534

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.503 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Stockbridge, Alan**
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.504 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Stone, Nicole**

31 Blackrock Rd.
Coventry, RI 02816

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

Debtor **Charles B. Chrystal Co Inc.** _____   Case number *(if known)* _____

Name

| 3.505 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Stratford, Sylvia**
**SII to Eva Stratford**
**1232 Martin Luther King Drive**
**AL 36382**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.506 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Stringfellow, Thomas (Est. of)**
**Attn: President and/or Officer**
**499 Squantum Dr.**
**Warwick, RI 02888**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.507 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Stuck, Michele, and Bannister**
**Attn: President and/or Officer**
**c/o Simon Greenstone**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **SIIs to Penelope Rigby**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.508 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Suedekum, Almon Lynn (Est. of)**
**Attn: President and/or Officer**
**5104 Kincannon Dr.**
**Nashville, TN 37220**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.509 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Sueko Brockett**
**802 Spruce Avenue**
**Alamogordo, NM 88310**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.510 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Sullivan, Joan**

**1311 West Matthews Avenue**
**Jonesboro, AR 72401**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.511 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Sutton, Robert (Est. of)**
**Attn: President and/or Officer**
**115 Hillside Dr.**
**Burlington, NC 27217**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| Debtor | Charles B. Chrystal Co Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.512**

Nonpriority creditor's name and mailing address
Sweeney, Donald
Sweeney, Roberta
10805 West 48th Terrace
Shawnee, KS 66203

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

Unknown

**3.513**

Nonpriority creditor's name and mailing address
Switalski Jurgen
Administrator Kathleen
218 Lake Street, Northville
Northville, MI 48167

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

Unknown

**3.514**

Nonpriority creditor's name and mailing address
Syed, Sadia (Est. of)
Attn: President and/or Officer
1353 North Rolfe St. Apt 615
Arlington, VA 22209

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

Unknown

**3.515**

Nonpriority creditor's name and mailing address
Synowicki, John
e/o Jane Davis
12929 Margo Street
Omaha, NE 68138

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

Unknown

**3.516**

Nonpriority creditor's name and mailing address
Tantillo, Dianne
Attn: President and/or Officer
c/o Dobs & Farinas LLP
302 N. Market St., #300
Dallas, TX 75202

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

Unknown

**3.517**

Nonpriority creditor's name and mailing address
Tarka, Stanley, W.

14219 State Highway 23
Davenport Center, NY 13751

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

Unknown

**3.518**

Nonpriority creditor's name and mailing address
Taylor, Debra (e/o) Latoya Tay

2632 W Somerset St.
Philadelphia, PA 19132

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

Unknown

---

Debtor　**Charles B. Chrystal Co Inc.**　　　　　　　　　Case number (if known)　_____
　　　　　　　Name

| 3.519 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Teffeteller, Jerry and Sharon**
**Attn: President and/or Officer**
**c/o Simon Greenstone**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset?  ☐ No ■ Yes

---

| 3.520 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Thomas, Gerard**
**Attn: President and/or Officer**
**c/o Meirowitz & Wasserberg**
**1040 6th Avenue 10th Floor**
**New York, NY 10018**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset?  ☐ No ■ Yes

---

| 3.521 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Thomas, Lisa**
**Schropfer, Jeffrey**
**SII to Carolyn Schroepfer**
**3015 South Ocean Blvd.**
**Boca Raton, FL 33487**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset?  ☐ No ■ Yes

---

| 3.522 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Thomas, Narcissus**

**590 Flatbush Avenue, Apt. 14L**
**Brooklyn, NY 11225**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset?  ☐ No ■ Yes

---

| 3.523 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tindall, Sarah**

**12390 Hwy 430**
**Greenwood, MS 38930**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset?  ☐ No ■ Yes

---

| 3.524 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tishman, Carol**

**2417 Cypress Way**
**Madison, WI 53713**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset?  ☐ No ■ Yes

---

Debtor    **Charles B. Chrystal Co Inc.**                                    Case number (if known) _____
          _____
          Name

| 3.525 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tomlinson, Wendy**
Attn: President and/or Officer
C/O Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **SII to Peter Johnson**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.526 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Toner-Johnson, Joy Wendy**
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **SII to Peter Johnson**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.527 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tootle, Fred**

1003 Avery Street
Morehead City, NC 28557

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.528 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Torrence, Cora Dean**

413 North Street
Magnolia, MS 39652

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.529 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tovagliari, Luigi**
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.530 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Townsend, Michelle (deceased)**
Attn: President and/or Officer
19 Willow Ct
Elkton, MD 21921

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

| Debtor | **Charles B. Chrystal Co Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.531** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Tushaj, Elizabeth**

793 McLean Avenue #4
Yonkers, NY 10704

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

**3.532** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Uribarri, Peter**

1344 Bonfire Hill Way
El Paso, TX 79936

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

**3.533** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Valega, Clinton**
c/o MRHFM Law Firm
Attn: President and/or Officer
659 Eagle Rock Ave. STE 28
West Orange, NJ 07052

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

**3.534** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Valega, Jamey D.**
c/o MRHFM Law Firm
Attn: President and/or Officer
659 Eagle Rock Ave. STE 28
West Orange, NJ 07052

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

**3.535** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Valega, Klayton D..**
c/o MRHFM Law Firm
Attn: President and/or Officer
659 Eagle Rock Ave. STE 28
West Orange, NJ 07052

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

**3.536** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Valega, Rita**
c/o MRHFM Law Firm
Attn: President and/or Officer
659 Eagle Rock Ave. STE 28
West Orange, NJ 07052

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

Debtor **Charles B. Chrystal Co Inc.** _____ Case number *(if known)* _____
　　　　　 Name

| 3.537 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Valley, Jody** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **522 Cowley Ave** | ■ Disputed | |
| | **East Lansing, MI 48823** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ■ Yes | |

| 3.538 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Vargas, Sara Ivonee Gonzalez** | ■ Contingent | |
| | **Attn: President and/or Officer** | ■ Unliquidated | |
| | **c/o Simon Greenstone** | ■ Disputed | |
| | **3760 Kilroy Airport Way** | | |
| | **Long Beach, CA 90806** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ■ Yes | |

| 3.539 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Vasquez, Jesse** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **3720 North University Drive** | ■ Disputed | |
| | **Pompano Beach, FL 33065** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ■ Yes | |

| 3.540 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Vasquez, Patricia (Est. of)** | ■ Contingent | |
| | **Attn: President and/or Officer** | ■ Unliquidated | |
| | **526 Dixie Lake Rd** | ■ Disputed | |
| | **Carthage, TX 75633** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ■ Yes | |

| 3.541 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Vasquez, Yanet (Est. of )** | ■ Contingent | |
| | **Attn: President and/or Officer** | ■ Unliquidated | |
| | **3720 North University Dr.** | ■ Disputed | |
| | **Pompano Beach, FL 33065** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ■ Yes | |

| 3.542 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Vaughn, Bobbie Jo (Est. of)** | ■ Contingent | |
| | **Attn: President and/or Officer** | ■ Unliquidated | |
| | **1794 Tonini Drive Apt. 58** | ■ Disputed | |
| | **San Luis Obispo, CA 93405** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ■ Yes | |

| 3.543 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Vessia-Ayoubi, Angelina** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **2730 Wollemi Pine Trail** | ■ Disputed | |
| | **Katy, TX 77493** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ■ Yes | |

Debtor    **Charles B. Chrystal Co Inc.**                              Case number (if known) _____
_____
Name

| 3.544 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Vice, Leslie**
**Vice, Sylvia**
**5413 Crossgate South, Corpus C**
**Corpus Christi, TX 78401**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.545 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Villareal, Blanca Estella Beru**

**7207 West 12th Street**
**Plainview, TX 79072**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.546 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Vyner, Myralynn**
**Attn: President and/or Officer**
**c/o Simon Greenstone**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.547 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Wager, Sue**

**3 Arbor Lane, Winnersh**
**Wokingham**
**United Kingdom**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.548 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Walsh, Barry William**
**SII to Walsh, Lillian Margaret**
**107 Quarry Hill Road**
**Tonbridge Kent**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.549 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Walsh, Lillian Margaret**
**Attn: President and/or Officer**
**c/o Simon Greenstone**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _SII Walsh, Barry William_

Last 4 digits of account number _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

Debtor **Charles B. Chrystal Co Inc.** _____ Case number (if known) _____

Name

---

| 3.550 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Walston, John**

**622 South Shady Lane**
**La Porte, TX 77571**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.551 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Wandsneider, John K.**

**5835 Moosehorn Ln**
**Rockford, IL 61109**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.552 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ward, Deborah**
**Attn: President and/or Officer**
**c/o Dean Omar Branhan Shirley**
**302 N. Market St #300**
**Dallas, TX 75202**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.553 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Waymack, Karen**

**7210 Laurel Spring Road**
**Prince George, VA 23875**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.554 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Weatherford, Clarence eo Lisa**
**Attn: President and/or Officer**
**c/o MRHFM Law Firm**
**659 Eagle Road Avenue**
**West Orange, NJ 07052**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.555 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Weatherford, Marva**
**Attn: President and/or Officer**
**Maune Reichle Hartley French &**
**6101 W. Centinela Ave Ste 340**
**Culver City, CA 90230**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

Debtor  **Charles B. Chrystal Co Inc.**
_____  Case number (if known) _____
Name

| 3.556 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Weatherford, Paul**
Attn: President and/or Officer
c/o MRHFM Law Firm
659 Eagle Rock Avenue
West Orange, NJ 07052

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? □ No ■ Yes

---

| 3.557 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Weber, Rhanda e/o Mark Weber**

1600 S. Ocean Lane, Unit 126,
Fort Lauderdale, FL 33316

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? □ No ■ Yes

---

| 3.558 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Welch, Gail**

1816 E. 29th St
Lawrence, KS 66046

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? □ No ■ Yes

---

| 3.559 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Welch, Kathleen**
Attn: President and/or Officer
c/o Dobs & Farinas LLP
302 N. Market St., #300
Dallas, TX 75202

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? □ No ■ Yes

---

| 3.560 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Weldon, Lois (Est. of)**

12262 258th Street
Lawrence, KS 66044

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? □ No ■ Yes

---

| 3.561 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Wentz, Sharon (Est. of)**

577 NC Highway 343 S
Camden, NC 27921

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? □ No ■ Yes

---

| 3.562 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Westover, Barbara**

37 Jacksonburg Road
Blairstown, NJ 07825

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? □ No ■ Yes

---

Debtor  **Charles B. Chrystal Co Inc.** _____  Case number (if known) _____
Name

---

| 3.563 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Westropp, Victoria**
**Attn: President and/or Officer**
**c/o Simon Greenstone**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.564 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Wewers, Tammie**
**Attn: President and/or Officer**
**1033 Gate Creek Ln., Schertz,**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.565 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**White, Carol**

**4415 Cragen Road**
**Martinsville, IN 46151**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.566 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Wilbanks, June V.**
**1207 E. Sycamore Avenue**
**El Segundo, CA 90245**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.567 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Wilbanks, Richard C.**
**1207 E. Sycamore Avenue**
**El Segundo, CA 90245**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.568 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Wilford, Lesley**
**Attn: President and/or Officer**
**c/o Simon Greenstone**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.569 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Wilks, Jason Lee (Est. of)**
**Attn: President and/or Officer**
**1100 Burnett Drive, Unit 361**
**Nampa, ID 83651**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

Debtor    **Charles B. Chrystal Co Inc.**                                        Case number *(if known)* _____

Name

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Willems, Henricus**

28120 Shock St.
Saint Clair Shores, MI 48081

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Williams, Candace C.**

1129 Fassett Ave
Columbus, OH 43201

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Williams, Jay**

3450 Stillwood Drive
Snellville, GA 30039

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.573 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Williams, Kent**

27727 Michigan Ave.
Inkster, MI 48141

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.574 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Williams, Shirley**

321 Beallsville Rd
Bentleyville, PA 15314

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.575 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Williams, Teras**

15918 Langhamwood Lane
Houston, TX 77084

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.576 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Williams, Teras**

15918 Langhamwood Lane
Houston, TX 77084

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

Debtor   **Charles B. Chrystal Co Inc.**                                    Case number *(if known)* _____
_____
Name

| 3.577 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Williamson, Stephen**

**74 County Route 560**
**Branchville, NJ 07826**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? □ No ■ Yes

---

| 3.578 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Wilson, David**

**806 N. 5th Street**
**Montevideo, MN 56265**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? □ No ■ Yes

---

| 3.579 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Wilson, Sandra**

**303 Brooks Road**
**De Queen, AR 71832**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? □ No ■ Yes

---

| 3.580 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Wilson, Virginia (Est. of)**
**Attn: President and/or Officer**
**303 Brooks Rd.**
**De Queen, AR 71832**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? □ No ■ Yes

---

| 3.581 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Windram, Jennifer (Est. of)**
**Attn: President and/or Officer**
**2921 Hudson St.**
**Denver, CO 80207**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? □ No ■ Yes

---

| 3.582 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Wintersteen, Robert**
**SII Bonita Wintersteen**
**35747 County Rd 17**
**Elizabeth, CO 80107**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? □ No ■ Yes

---

| 3.583 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Wisener. Roseanna**
**Robinson, Jonna & Michelle**
**515 Dublin Avenue**
**Tyler, TX 75703**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Executor for the Estate of Naomi Wisener and individually**

Is the claim subject to offset? □ No ■ Yes

---

Debtor    **Charles B. Chrystal Co Inc.**                                   Case number (if known) _____
                    Name

---

| 3.584 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Wolfe, Myrla Charlene**
**8217 S. Country Way**
**Sacramento, CA 95828**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.585 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Woolley, Kevin**

**192 Corbin Court**
**Lakewood, NJ 08701**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.586 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Woznica, Wieslawa**
**Woznica, Marek**
**362 Country Lane**
**Algonquin, IL 60102**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.587 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Wright, Allison**

**26 Castle Road, Prudhoe**
**Northumberland  NE42 6ND**
**England, UK**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.588 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Yates, Wendy (SII to Baran, Wi**
**SII to Baran William E.**
**704 West College Ave.**
**Waukesha, WI 53186**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.589 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Younger, Paul and Margaret**
**Attn: President and/or Officer**
**c/o Simon Greenstone**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.590 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Yurchick, Serenity**
**SII to Chedley Yurchick**
**1101 Kegg Avenue, Apt. #45**
**Johnstown, PA 15904**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

Debtor   **Charles B. Chrystal Co Inc.**   Case number (if known) _____
_____
Name

| 3.591 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Zachary, Julanda**

**856 Magnolia Ave #2**
**Daytona Beach, FL 32114**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

| 3.592 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Zane, David and Rachel**
**Attn: President and/or Officer**
**c/o Simon Greenstone**
**3760 Kilroy Airport Way**
**Long Beach, CA 90806**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

| 3.593 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Zenar, Rose (Est. of)**
**Attn: President and/or Officer**
**2098 SW Pruitt St**
**Port Saint Lucie, FL 34953**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

| 3.594 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Zimmer, Dieter**

**56 Roberts Road**
**Marlborough, CT 06447**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

| 3.595 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Zuniga, Fania**

**349 Upper Market Street**
**Milton, PA 17847**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Belluck & Fox**<br>**Attn: President and/or Officer**<br>**699 Boylston St**<br>**Boston, MA 02116** | Line **3.70**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Belluck & Fox**<br>**Attn: President and/or Officer**<br>**699 Boylston St**<br>**Boston, MA 02116** | Line **3.89**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **Charles B. Chrystal Co Inc.** | | Case number *(if known)* | |
|--|--|--|--|--|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--|--|--|--|
| 4.3 | **Belluck & Fox**<br>**Attn: President and/or Officer**<br>**699 Boylston St**<br>**Boston, MA 02116** | Line **3.309**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Belluck & Fox**<br>**Attn: President and/or Officer**<br>**699 Boylston St**<br>**Boston, MA 02116** | Line **3.483**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Belluck & Fox**<br>**Attn: President and/or Officer**<br>**699 Boylston St**<br>**Boston, MA 02116** | Line **3.465**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Belluck & Fox**<br>**Attn: President and/or Officer**<br>**699 Boylston St**<br>**Boston, MA 02116** | Line **3.409**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Belluck & Fox**<br>**Attn: President and/or Officer**<br>**699 Boylston St**<br>**Boston, MA 02116** | Line **3.28**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Belluck & Fox**<br>**Attn: President and/or Officer**<br>**699 Boylston St**<br>**Boston, MA 02116** | Line **3.90**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Brown Gould Kiely, LLP**<br>**Attn: President and/or Officer**<br>**7316 Wisconsin Avenue**<br>**Bethesda, MD 20814** | Line **3.111**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Bulluck & Fox**<br>**Attn: President and/or Officer**<br>**699 Boylston St., 14th Floor**<br>**Boston, MA 02116** | Line **3.335**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Bulluck & Fox**<br>**Attn: President and/or Officer**<br>**699 Boylston St., 14th Floor**<br>**Boston, MA 02116** | Line **3.376**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Dean Omar Branham Shirley LLP**<br>**Attn: President and/or Officer**<br>**302 N. Market St., #300**<br>**Dallas, TX 75202** | Line **3.94**<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Dean Omar Branham Shirley LLP**<br>**Attn: President and/or Officer**<br>**302 N. Market St., #300**<br>**Dallas, TX 75202** | Line **3.418**<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Deblase Brown Eyerly, LLP**<br>**Attn: President and/or Officer**<br>**680 S Sante Fe Avenue**<br>**Los Angeles, CA 90021** | Line **3.14**<br><br>☐ Not listed. Explain ____ | _ |

Debtor   **Charles B. Chrystal Co Inc.**
_____
Name

Case number (if known) _____

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.15 | **Devin Robinson PC**<br>**Attn: President and/or Officer**<br>**9450 SW Gemini Dr. PMP 27074**<br>**Beaverton, OR 97008** | Line **3.298**<br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Dobs & Farinas LLP**<br>**Attn: President and/or officer**<br>**302 N. Market St. #300**<br>**Dallas, TX 75202** | Line **3.226**<br>☐ Not listed. Explain ____ | _ |
| 4.17 | **Dobs & Farinas LLP**<br>**Attn: President and/or officer**<br>**302 N. Market St. #300**<br>**Dallas, TX 75202** | Line **3.141**<br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Dobs & Farinas LLP**<br>**Attn: President and/or officer**<br>**302 N. Market St. #300**<br>**Dallas, TX 75202** | Line **3.527**<br>☐ Not listed. Explain ____ | _ |
| 4.19 | **ELSM Law Firm**<br>**Attn: President and/or Officer**<br>**265 Church Street**<br>**New Haven, CT 06510** | Line **3.395**<br>☐ Not listed. Explain ____ | _ |
| 4.20 | **ELSM Law Firm**<br>**Attn: President and/or Officer**<br>**265 Church Street**<br>**New Haven, CT 06510** | Line **3.484**<br>☐ Not listed. Explain ____ | _ |
| 4.21 | **Fears Nachawti**<br>**Attn: President and/or Officer**<br>**5473 Blair Road**<br>**Dallas, TX 75231** | Line **3.429**<br>☐ Not listed. Explain ____ | _ |
| 4.22 | **Gori Law**<br>**122 E. 42nd Street**<br>**#4700**<br>**New York, NY 10168** | Line **3.255**<br>☐ Not listed. Explain ____ | _ |
| 4.23 | **Gori Law**<br>**122 E. 42nd Street**<br>**#4700**<br>**New York, NY 10168** | Line **3.316**<br>☐ Not listed. Explain ____ | _ |
| 4.24 | **Gori Law**<br>**122 E. 42nd Street**<br>**#4700**<br>**New York, NY 10168** | Line **3.417**<br>☐ Not listed. Explain ____ | _ |
| 4.25 | **Gori Law**<br>**122 E. 42nd Street**<br>**#4700**<br>**New York, NY 10168** | Line **3.446**<br>☐ Not listed. Explain ____ | _ |
| 4.26 | **Kapusta & Schweers**<br>**Attn: President and/or Officer**<br>**445 Fort Pitt Blvd. #500**<br>**Pittsburgh, PA 15219** | Line **3.490**<br>☐ Not listed. Explain ____ | _ |

Debtor   **Charles B. Chrystal Co Inc.**
_____
Name

Case number (if known) _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.27  **Kapusta & Schweers**<br>**Attn: President and/or Officer**<br>**445 Fort Pitt Blvd. #500**<br>**Pittsburgh, PA 15219** | Line  **3.299**<br><br>☐ Not listed. Explain ____ | _ |
| 4.28  **Karst & Von Oiste Law Firm**<br>**Attn: President and/or officer**<br>**576 5th Avenue**<br>**New York, NY 10036** | Line  **3.123**<br><br>☐ Not listed. Explain ____ | _ |
| 4.29  **Karst & Von Oiste Law Firm**<br>**Attn: President and/or officer**<br>**576 5th Avenue**<br>**New York, NY 10036** | Line  **3.290**<br><br>☐ Not listed. Explain ____ | _ |
| 4.30  **Karst & Von Oiste Law Firm**<br>**Attn: President and/or officer**<br>**576 5th Avenue**<br>**New York, NY 10036** | Line  **3.434**<br><br>☐ Not listed. Explain ____ | _ |
| 4.31  **Karst & Von Oiste Law Firm**<br>**Attn: President and/or officer**<br>**576 5th Avenue**<br>**New York, NY 10036** | Line  **3.421**<br><br>☐ Not listed. Explain ____ | _ |
| 4.32  **Lanier Law Firm PLLC**<br>**Attn: President and/or Officer**<br>**535 Madison Avenue**<br>**New York, NY 10022** | Line  **3.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.33  **Lanier Law Firm PLLC**<br>**Attn: President and/or Officer**<br>**535 Madison Avenue**<br>**New York, NY 10022** | Line  **3.491**<br><br>☐ Not listed. Explain ____ | _ |
| 4.34  **Lanier Law Firm PLLC**<br>**Attn: President and/or Officer**<br>**535 Madison Avenue**<br>**New York, NY 10022** | Line  **3.571**<br><br>☐ Not listed. Explain ____ | _ |
| 4.35  **Lanier Law Firm PLLC**<br>**Attn: President and/or Officer**<br>**535 Madison Avenue**<br>**New York, NY 10022** | Line  **3.319**<br><br>☐ Not listed. Explain ____ | _ |
| 4.36  **Law Offs of Michael P. Joyce**<br>**Attn: President and/or Officer**<br>**One International Place**<br>**Boston, MA 02110** | Line  **3.493**<br><br>☐ Not listed. Explain ____ | _ |
| 4.37  **Levy Konigsberg LLP**<br>**605 3rd Avenue, 33rd floor**<br>**New York, NY 10158** | Line  **3.181**<br><br>☐ Not listed. Explain ____ | _ |
| 4.38  **Levy Konigsberg LLP**<br>**605 3rd Avenue, 33rd floor**<br>**New York, NY 10158** | Line  **3.248**<br><br>☐ Not listed. Explain ____ | _ |

Debtor   **Charles B. Chrystal Co Inc.**
_____
Name

Case number *(if known)* _____

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.39 | **Levy Konigsberg LLP**<br>**605 3rd Avenue, 33rd floor**<br>**New York, NY 10158** | Line **3.522**<br>☐ Not listed. Explain ____ | _ |
| 4.40 | **Levy Konigsberg LLP**<br>**605 3rd Avenue, 33rd floor**<br>**New York, NY 10158** | Line **3.121**<br>☐ Not listed. Explain ____ | _ |
| 4.41 | **Levy Konigsberg LLP**<br>**605 3rd Avenue, 33rd floor**<br>**New York, NY 10158** | Line **3.193**<br>☐ Not listed. Explain ____ | _ |
| 4.42 | **Levy Konigsberg LLP**<br>**605 3rd Avenue, 33rd floor**<br>**New York, NY 10158** | Line **3.201**<br>☐ Not listed. Explain ____ | _ |
| 4.43 | **Levy Konigsberg LLP**<br>**605 3rd Avenue, 33rd floor**<br>**New York, NY 10158** | Line **3.364**<br>☐ Not listed. Explain ____ | _ |
| 4.44 | **Levy Konigsberg LLP**<br>**605 3rd Avenue, 33rd floor**<br>**New York, NY 10158** | Line **3.383**<br>☐ Not listed. Explain ____ | _ |
| 4.45 | **Levy Konigsberg LLP**<br>**605 3rd Avenue, 33rd floor**<br>**New York, NY 10158** | Line **3.506**<br>☐ Not listed. Explain ____ | _ |
| 4.46 | **Levy Konigsberg LLP**<br>**605 3rd Avenue, 33rd floor**<br>**New York, NY 10158** | Line **3.514**<br>☐ Not listed. Explain ____ | _ |
| 4.47 | **Levy Konigsberg LLP**<br>**605 3rd Avenue, 33rd floor**<br>**New York, NY 10158** | Line **3.182**<br>☐ Not listed. Explain ____ | _ |
| 4.48 | **Meirowitz & Wasseberg**<br>**Attn: President and/or Officer**<br>**1040 6th Avenue, 10th floor**<br>**New York, NY 10018** | Line **3.253**<br>☐ Not listed. Explain ____ | _ |
| 4.49 | **Meirowitz & Wasseberg**<br>**Attn: President and/or Officer**<br>**1040 6th Avenue, 10th floor**<br>**New York, NY 10018** | Line **3.126**<br>☐ Not listed. Explain ____ | _ |
| 4.50 | **Meirowitz & Wasseberg**<br>**Attn: President and/or Officer**<br>**1040 6th Avenue, 10th floor**<br>**New York, NY 10018** | Line **3.93**<br>☐ Not listed. Explain ____ | _ |
| 4.51 | **Meirowitz & Wasseberg**<br>**Attn: President and/or Officer**<br>**1040 6th Avenue, 10th floor**<br>**New York, NY 10018** | Line **3.202**<br>☐ Not listed. Explain ____ | _ |

| Debtor | Charles B. Chrystal Co Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.52 | **Meirowitz & Wasseberg** <br> **Attn: President and/or Officer** <br> **1040 6th Avenue, 10th floor** <br> **New York, NY 10018** | Line **3.223** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.53 | **Meirowitz & Wasseberg** <br> **Attn: President and/or Officer** <br> **1040 6th Avenue, 10th floor** <br> **New York, NY 10018** | Line **3.528** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.54 | **Meirowitz & Wasseberg** <br> **Attn: President and/or Officer** <br> **1040 6th Avenue, 10th floor** <br> **New York, NY 10018** | Line **3.424** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.55 | **Meirowitz & Wasseberg** <br> **Attn: President and/or Officer** <br> **1040 6th Avenue, 10th floor** <br> **New York, NY 10018** | Line **3.122** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.56 | **Meirowitz & Wasseberg** <br> **Attn: President and/or Officer** <br> **1040 6th Avenue, 10th floor** <br> **New York, NY 10018** | Line **3.595** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.57 | **Meirowitz & Wasseberg** <br> **Attn: President and/or Officer** <br> **1040 6th Avenue, 10th floor** <br> **New York, NY 10018** | Line **3.320** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.58 | **Menges Law Firm** <br> **Attn: President and/or Officer** <br> **6400 W. Main St., Suite 1G** <br> **Belleville, IL 62223** | Line **3.24** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.59 | **MRHFM Law Firm** <br> **Attn: President and/or Officer** <br> **659 Eagle Rock Ave., Ste 28** <br> **West Orange, NJ 07052** | Line **3.354** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.60 | **MRHFM Law Firm** <br> **Attn: President and/or Officer** <br> **659 Eagle Rock Ave., Ste 28** <br> **West Orange, NJ 07052** | Line **3.448** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.61 | **MRHFM Law Firm** <br> **Attn: President and/or Officer** <br> **659 Eagle Rock Ave., Ste 28** <br> **West Orange, NJ 07052** | Line **3.45** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.62 | **MRHFM Law Firm** <br> **Attn: President and/or Officer** <br> **659 Eagle Rock Ave., Ste 28** <br> **West Orange, NJ 07052** | Line **3.211** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.63 | **MRHFM Law Firm** <br> **Attn: President and/or Officer** <br> **659 Eagle Rock Ave., Ste 28** <br> **West Orange, NJ 07052** | Line **3.271** <br><br> ☐ Not listed. Explain ____ | _ |

Debtor    **Charles B. Chrystal Co Inc.**
_____    Case number (*if known*) _____
Name

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.64 | **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave, Ste 28**<br>**West Orange, NJ 07052** | Line __3.281__<br><br>☐ Not listed. Explain ____ | _ |
| 4.65 | **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line __3.231__<br><br>☐ Not listed. Explain ____ | _ |
| 4.66 | **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line __3.305__<br><br>☐ Not listed. Explain ____ | _ |
| 4.67 | **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line __3.330__<br><br>☐ Not listed. Explain ____ | _ |
| 4.68 | **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line __3.463__<br><br>☐ Not listed. Explain ____ | _ |
| 4.69 | **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line __3.482__<br><br>☐ Not listed. Explain ____ | _ |
| 4.70 | **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line __3.512__<br><br>☐ Not listed. Explain ____ | _ |
| 4.71 | **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line __3.544__<br><br>☐ Not listed. Explain ____ | _ |
| 4.72 | **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line __3.332__<br><br>☐ Not listed. Explain ____ | _ |
| 4.73 | **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line __3.59__<br><br>☐ Not listed. Explain ____ | _ |
| 4.74 | **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line __3.49__<br><br>☐ Not listed. Explain ____ | _ |
| 4.75 | **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line __3.425__<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Charles B. Chrystal Co Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.76 | **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave, Ste 28**<br>**West Orange, NJ 07052** | Line  **3.588**<br><br>☐  Not listed. Explain ____ | _ |
| 4.77 | **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line  **3.381**<br><br>☐  Not listed. Explain ____ | _ |
| 4.78 | **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line  **3.134**<br><br>☐  Not listed. Explain ____ | _ |
| 4.79 | **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line  **3.235**<br><br>☐  Not listed. Explain ____ | _ |
| 4.80 | **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line  **3.282**<br><br>☐  Not listed. Explain ____ | _ |
| 4.81 | **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line  **3.327**<br><br>☐  Not listed. Explain ____ | _ |
| 4.82 | **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line  **3.100**<br><br>☐  Not listed. Explain ____ | _ |
| 4.83 | **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line  **3.224**<br><br>☐  Not listed. Explain ____ | _ |
| 4.84 | **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line  **3.578**<br><br>☐  Not listed. Explain ____ | _ |
| 4.85 | **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line  **3.403**<br><br>☐  Not listed. Explain ____ | _ |
| 4.86 | **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line  **3.152**<br><br>☐  Not listed. Explain ____ | _ |
| 4.87 | **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line  **3.323**<br><br>☐  Not listed. Explain ____ | _ |

Debtor   **Charles B. Chrystal Co Inc.**
_____Name_____   Case number (if known) _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.88 **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line **3.167**<br>☐ Not listed. Explain ____ | _ |
| 4.89 **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line **3.196**<br>☐ Not listed. Explain ____ | _ |
| 4.90 **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line **3.189**<br>☐ Not listed. Explain ____ | _ |
| 4.91 **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line **3.239**<br>☐ Not listed. Explain ____ | _ |
| 4.92 **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line **3.69**<br>☐ Not listed. Explain ____ | _ |
| 4.93 **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line **3.72**<br>☐ Not listed. Explain ____ | _ |
| 4.94 **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line **3.261**<br>☐ Not listed. Explain ____ | _ |
| 4.95 **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line **3.420**<br>☐ Not listed. Explain ____ | _ |
| 4.96 **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line **3.414**<br>☐ Not listed. Explain ____ | _ |
| 4.97 **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line **3.551**<br>☐ Not listed. Explain ____ | _ |
| 4.98 **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line **3.242**<br>☐ Not listed. Explain ____ | _ |
| 4.99 **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line **3.435**<br>☐ Not listed. Explain ____ | _ |

| Debtor | Charles B. Chrystal Co Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.100 | **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line **3.13**<br>☐ Not listed. Explain ____ | _ |
| 4.101 | **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line **3.57**<br>☐ Not listed. Explain ____ | _ |
| 4.102 | **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line **3.118**<br>☐ Not listed. Explain ____ | _ |
| 4.103 | **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line **3.249**<br>☐ Not listed. Explain ____ | _ |
| 4.104 | **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line **3.296**<br>☐ Not listed. Explain ____ | _ |
| 4.105 | **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line **3.382**<br>☐ Not listed. Explain ____ | _ |
| 4.106 | **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line **3.338**<br>☐ Not listed. Explain ____ | _ |
| 4.107 | **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line **3.438**<br>☐ Not listed. Explain ____ | _ |
| 4.108 | **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line **3.458**<br>☐ Not listed. Explain ____ | _ |
| 4.109 | **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line **3.103**<br>☐ Not listed. Explain ____ | _ |
| 4.110 | **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line **3.234**<br>☐ Not listed. Explain ____ | _ |
| 4.111 | **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line **3.361**<br>☐ Not listed. Explain ____ | _ |

Debtor   **Charles B. Chrystal Co Inc.**
_____
Name

Case number *(if known)* _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.112 **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line **3.37**<br>☐ Not listed. Explain ____ | _ |
| 4.113 **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line **3.51**<br>☐ Not listed. Explain ____ | _ |
| 4.114 **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line **3.254**<br>☐ Not listed. Explain ____ | _ |
| 4.115 **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line **3.20**<br>☐ Not listed. Explain ____ | _ |
| 4.116 **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line **3.155**<br>☐ Not listed. Explain ____ | _ |
| 4.117 **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line **3.63**<br>☐ Not listed. Explain ____ | _ |
| 4.118 **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line **3.66**<br>☐ Not listed. Explain ____ | _ |
| 4.119 **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line **3.68**<br>☐ Not listed. Explain ____ | _ |
| 4.120 **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line **3.99**<br>☐ Not listed. Explain ____ | _ |
| 4.121 **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line **3.106**<br>☐ Not listed. Explain ____ | _ |
| 4.122 **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line **3.110**<br>☐ Not listed. Explain ____ | _ |
| 4.123 **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line **3.116**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **Charles B. Chrystal Co Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.124 **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line __3.138__<br><br>☐ Not listed. Explain ____ | _ |
| 4.125 **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line __3.172__<br><br>☐ Not listed. Explain ____ | _ |
| 4.126 **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line __3.187__<br><br>☐ Not listed. Explain ____ | _ |
| 4.127 **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line __3.200__<br><br>☐ Not listed. Explain ____ | _ |
| 4.128 **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line __3.208__<br><br>☐ Not listed. Explain ____ | _ |
| 4.129 **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line __3.217__<br><br>☐ Not listed. Explain ____ | _ |
| 4.130 **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line __3.233__<br><br>☐ Not listed. Explain ____ | _ |
| 4.131 **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line __3.236__<br><br>☐ Not listed. Explain ____ | _ |
| 4.132 **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line __3.156__<br><br>☐ Not listed. Explain ____ | _ |
| 4.133 **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line __3.289__<br><br>☐ Not listed. Explain ____ | _ |
| 4.134 **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line __3.322__<br><br>☐ Not listed. Explain ____ | _ |
| 4.135 **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line __3.333__<br><br>☐ Not listed. Explain ____ | _ |

Debtor  **Charles B. Chrystal Co Inc.**
_____
Name

Case number *(if known)* _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.136  **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave, Ste 28**<br>**West Orange, NJ 07052** | Line  **3.337**<br><br>☐ Not listed. Explain ____ | _ |
| 4.137  **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line  **3.345**<br><br>☐ Not listed. Explain ____ | _ |
| 4.138  **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line  **3.353**<br><br>☐ Not listed. Explain ____ | _ |
| 4.139  **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line  **3.356**<br><br>☐ Not listed. Explain ____ | _ |
| 4.140  **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line  **3.358**<br><br>☐ Not listed. Explain ____ | _ |
| 4.141  **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line  **3.405**<br><br>☐ Not listed. Explain ____ | _ |
| 4.142  **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line  **3.428**<br><br>☐ Not listed. Explain ____ | _ |
| 4.143  **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line  **3.453**<br><br>☐ Not listed. Explain ____ | _ |
| 4.144  **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line  **3.460**<br><br>☐ Not listed. Explain ____ | _ |
| 4.145  **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line  **3.498**<br><br>☐ Not listed. Explain ____ | _ |
| 4.146  **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line  **3.501**<br><br>☐ Not listed. Explain ____ | _ |
| 4.147  **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line  **3.510**<br><br>☐ Not listed. Explain ____ | _ |

Debtor  **Charles B. Chrystal Co Inc.**
_____
Name

Case number (if known) _____

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.148 | **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line **3.517**<br><br>☐ Not listed. Explain ____ | _ |
| 4.149 | **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line **3.532**<br><br>☐ Not listed. Explain ____ | _ |
| 4.150 | **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line **3.564**<br><br>☐ Not listed. Explain ____ | _ |
| 4.151 | **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line **3.565**<br><br>☐ Not listed. Explain ____ | _ |
| 4.152 | **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line **3.577**<br><br>☐ Not listed. Explain ____ | _ |
| 4.153 | **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line **3.581**<br><br>☐ Not listed. Explain ____ | _ |
| 4.154 | **MRHFM Law Firm**<br>**Attn: President and/or Officer**<br>**659 Eagle Rock Ave., Ste 28**<br>**West Orange, NJ 07052** | Line **3.593**<br><br>☐ Not listed. Explain ____ | _ |
| 4.155 | **Nelson MacNeil Rayfield**<br>**Attn: President and/or Officer**<br>**421 NE Water Avenue Ste 4200**<br>**Albany, OR 97321** | Line **3.467**<br><br>☐ Not listed. Explain ____ | _ |
| 4.156 | **Shepard O'Donnell**<br>**Attn: President and/or Officer**<br>**160 Federal St**<br>**Boston, MA 02110** | Line **3.35**<br><br>☐ Not listed. Explain ____ | _ |
| 4.157 | **Shepard O'Donnell**<br>**Attn: President and/or Officer**<br>**160 Federal St**<br>**Boston, MA 02110** | Line **3.180**<br><br>☐ Not listed. Explain ____ | _ |
| 4.158 | **Shepard O'Donnell**<br>**Attn: President and/or Officer**<br>**160 Federal St**<br>**Boston, MA 02110** | Line **3.144**<br><br>☐ Not listed. Explain ____ | _ |
| 4.159 | **Shepard O'Donnell**<br>**Attn: President and/or Officer**<br>**160 Federal St**<br>**Boston, MA 02110** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |

Debtor   **Charles B. Chrystal Co Inc.**
_____
Name

Case number *(if known)* _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.160  **Shrader & Associates**<br>**Attn: President and/or Officer**<br>**9 E. Greenway Plaza, Ste 2300**<br>**Houston, TX 77046** | Line  **3.114**<br><br>☐ Not listed. Explain ____ | _ |
| 4.161  **Shrader & Associates**<br>**Attn: President and/or Officer**<br>**9 E. Greenway Plaza, Ste 2300**<br>**Houston, TX 77046** | Line  **3.85**<br><br>☐ Not listed. Explain ____ | _ |
| 4.162  **Shrader & Associates**<br>**Attn: President and/or Officer**<br>**9 E. Greenway Plaza, Ste 2300**<br>**Houston, TX 77046** | Line  **3.513**<br><br>☐ Not listed. Explain ____ | _ |
| 4.163  **Simmons Hanly Conroy Law Firm**<br>**Attn: President and/or Officer**<br>**112 Madison Ave., 7 th Floor**<br>**New York, NY 10016** | Line  **3.22**<br><br>☐ Not listed. Explain ____ | _ |
| 4.164  **Simmons Hanly Conroy Law Firm**<br>**Attn: President and/or Officer**<br>**112 Madison Ave., 7 th Floor**<br>**New York, NY 10016** | Line  **3.148**<br><br>☐ Not listed. Explain ____ | _ |
| 4.165  **Simmons Hanly Conroy Law Firm**<br>**Attn: President and/or Officer**<br>**112 Madison Ave., 7 th Floor**<br>**New York, NY 10016** | Line  **3.518**<br><br>☐ Not listed. Explain ____ | _ |
| 4.166  **Simmons Hanly Conroy Law Firm**<br>**Attn: President and/or Officer**<br>**112 Madison Ave., 7 th Floor**<br>**New York, NY 10016** | Line  **3.213**<br><br>☐ Not listed. Explain ____ | _ |
| 4.167  **Simmons Hanly Conroy Law Firm**<br>**Attn: President and/or Officer**<br>**112 Madison Ave., 7 th Floor**<br>**New York, NY 10016** | Line  **3.244**<br><br>☐ Not listed. Explain ____ | _ |
| 4.168  **Simmons Hanly Conroy Law Firm**<br>**Attn: President and/or Officer**<br>**112 Madison Ave., 7 th Floor**<br>**New York, NY 10016** | Line  **3.279**<br><br>☐ Not listed. Explain ____ | _ |
| 4.169  **Simmons Hanly Conroy Law Firm**<br>**Attn: President and/or Officer**<br>**112 Madison Ave., 7 th Floor**<br>**New York, NY 10016** | Line  **3.280**<br><br>☐ Not listed. Explain ____ | _ |
| 4.170  **Simmons Hanly Conroy Law Firm**<br>**Attn: President and/or Officer**<br>**112 Madison Ave., 7 th Floor**<br>**New York, NY 10016** | Line  **3.321**<br><br>☐ Not listed. Explain ____ | _ |
| 4.171  **Simmons Hanly Conroy Law Firm**<br>**Attn: President and/or Officer**<br>**112 Madison Ave., 7 th Floor**<br>**New York, NY 10016** | Line  **3.398**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Charles B. Chrystal Co Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.172 **Simmons Hanly Conroy Law Firm**<br>**Attn: President and/or Officer**<br>**112 Madison Ave., 7 th Floor**<br>**New York, NY 10016** | Line __3.412__<br><br>☐ Not listed. Explain ____ | _ |
| 4.173 **Simmons Hanly Conroy Law Firm**<br>**Attn: President and/or Officer**<br>**112 Madison Ave., 7 th Floor**<br>**New York, NY 10016** | Line __3.426__<br><br>☐ Not listed. Explain ____ | _ |
| 4.174 **Simmons Hanly Conroy Law Firm**<br>**Attn: President and/or Officer**<br>**112 Madison Ave., 7 th Floor**<br>**New York, NY 10016** | Line __3.473__<br><br>☐ Not listed. Explain ____ | _ |
| 4.175 **Simmons Hanly Conroy Law Firm**<br>**Attn: President and/or Officer**<br>**112 Madison Ave., 7 th Floor**<br>**New York, NY 10016** | Line __3.479__<br><br>☐ Not listed. Explain ____ | _ |
| 4.176 **Simmons Hanly Conroy Law Firm**<br>**Attn: President and/or Officer**<br>**112 Madison Ave., 7 th Floor**<br>**New York, NY 10016** | Line __3.485__<br><br>☐ Not listed. Explain ____ | _ |
| 4.177 **Simmons Hanly Conroy Law Firm**<br>**Attn: President and/or Officer**<br>**112 Madison Ave., 7 th Floor**<br>**New York, NY 10016** | Line __3.266__<br><br>☐ Not listed. Explain ____ | _ |
| 4.178 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line __3.509__<br><br>☐ Not listed. Explain ____ | _ |
| 4.179 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line __3.500__<br><br>☐ Not listed. Explain ____ | _ |
| 4.180 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line __3.584__<br><br>☐ Not listed. Explain ____ | _ |
| 4.181 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line __3.55__<br><br>☐ Not listed. Explain ____ | _ |
| 4.182 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line __3.56__<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Charles B. Chrystal Co Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.183 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line **3.120**<br>☐ Not listed. Explain ____ | _ |
| 4.184 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line **3.192**<br>☐ Not listed. Explain ____ | _ |
| 4.185 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line **3.252**<br>☐ Not listed. Explain ____ | _ |
| 4.186 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line **3.311**<br>☐ Not listed. Explain ____ | _ |
| 4.187 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line **3.357**<br>☐ Not listed. Explain ____ | _ |
| 4.188 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line **3.411**<br>☐ Not listed. Explain ____ | _ |
| 4.189 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line **3.423**<br>☐ Not listed. Explain ____ | _ |
| 4.190 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line **3.474**<br>☐ Not listed. Explain ____ | _ |
| 4.191 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line **3.557**<br>☐ Not listed. Explain ____ | _ |
| 4.192 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line **3.291**<br>☐ Not listed. Explain ____ | _ |

Debtor **Charles B. Chrystal Co Inc.**
Name

Case number (if known) _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.193 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line **3.58**<br><br>☐ Not listed. Explain ____ | _ |
| 4.194 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line **3.314**<br><br>☐ Not listed. Explain ____ | _ |
| 4.195 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line **3.273**<br><br>☐ Not listed. Explain ____ | _ |
| 4.196 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line **3.359**<br><br>☐ Not listed. Explain ____ | _ |
| 4.197 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line **3.42**<br><br>☐ Not listed. Explain ____ | _ |
| 4.198 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line **3.33**<br><br>☐ Not listed. Explain ____ | _ |
| 4.199 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line **3.218**<br><br>☐ Not listed. Explain ____ | _ |
| 4.200 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line **3.334**<br><br>☐ Not listed. Explain ____ | _ |
| 4.201 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line **3.142**<br><br>☐ Not listed. Explain ____ | _ |
| 4.202 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line **3.62**<br><br>☐ Not listed. Explain ____ | _ |

Debtor    **Charles B. Chrystal Co Inc.**
_____
Name

Case number (if known)    _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.203 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line **3.67**<br><br>☐ Not listed. Explain ____ | _ |
| 4.204 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line **3.125**<br><br>☐ Not listed. Explain ____ | _ |
| 4.205 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line **3.128**<br><br>☐ Not listed. Explain ____ | _ |
| 4.206 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line **3.140**<br><br>☐ Not listed. Explain ____ | _ |
| 4.207 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line **3.355**<br><br>☐ Not listed. Explain ____ | _ |
| 4.208 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line **3.521**<br><br>☐ Not listed. Explain ____ | _ |
| 4.209 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line **3.547**<br><br>☐ Not listed. Explain ____ | _ |
| 4.210 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line **3.548**<br><br>☐ Not listed. Explain ____ | _ |
| 4.211 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line **3.587**<br><br>☐ Not listed. Explain ____ | _ |
| 4.212 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line **3.340**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Charles B. Chrystal Co Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.213 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line __3.76__<br><br>☐ Not listed. Explain ____ | _ |
| 4.214 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line __3.27__<br><br>☐ Not listed. Explain ____ | _ |
| 4.215 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line __3.12__<br><br>☐ Not listed. Explain ____ | _ |
| 4.216 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line __3.91__<br><br>☐ Not listed. Explain ____ | _ |
| 4.217 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line __3.133__<br><br>☐ Not listed. Explain ____ | _ |
| 4.218 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line __3.165__<br><br>☐ Not listed. Explain ____ | _ |
| 4.219 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line __3.230__<br><br>☐ Not listed. Explain ____ | _ |
| 4.220 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line __3.173__<br><br>☐ Not listed. Explain ____ | _ |
| 4.221 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line __3.297__<br><br>☐ Not listed. Explain ____ | _ |
| 4.222 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line __3.317__<br><br>☐ Not listed. Explain ____ | _ |

Debtor **Charles B. Chrystal Co Inc.**
_____
Name

Case number (if known) _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.223 **Simon Greenstone** **Attn: President and/or Officer** **3760 Kilroy Airport Way** **Suite 680** **Long Beach, CA 90806** | Line **3.326** ☐ Not listed. Explain ____ | _ |
| 4.224 **Simon Greenstone** **Attn: President and/or Officer** **3760 Kilroy Airport Way** **Suite 680** **Long Beach, CA 90806** | Line **3.344** ☐ Not listed. Explain ____ | _ |
| 4.225 **Simon Greenstone** **Attn: President and/or Officer** **3760 Kilroy Airport Way** **Suite 680** **Long Beach, CA 90806** | Line **3.336** ☐ Not listed. Explain ____ | _ |
| 4.226 **Simon Greenstone** **Attn: President and/or Officer** **3760 Kilroy Airport Way** **Suite 680** **Long Beach, CA 90806** | Line **3.437** ☐ Not listed. Explain ____ | _ |
| 4.227 **Simon Greenstone** **Attn: President and/or Officer** **3760 Kilroy Airport Way** **Suite 680** **Long Beach, CA 90806** | Line **3.401** ☐ Not listed. Explain ____ | _ |
| 4.228 **Simon Greenstone** **Attn: President and/or Officer** **3760 Kilroy Airport Way** **Suite 680** **Long Beach, CA 90806** | Line **3.432** ☐ Not listed. Explain ____ | _ |
| 4.229 **Simon Greenstone** **Attn: President and/or Officer** **3760 Kilroy Airport Way** **Suite 680** **Long Beach, CA 90806** | Line **3.471** ☐ Not listed. Explain ____ | _ |
| 4.230 **Simon Greenstone** **Attn: President and/or Officer** **3760 Kilroy Airport Way** **Suite 680** **Long Beach, CA 90806** | Line **3.515** ☐ Not listed. Explain ____ | _ |
| 4.231 **Simon Greenstone** **Attn: President and/or Officer** **3760 Kilroy Airport Way** **Suite 680** **Long Beach, CA 90806** | Line **3.543** ☐ Not listed. Explain ____ | _ |
| 4.232 **Simon Greenstone** **Attn: President and/or Officer** **3760 Kilroy Airport Way** **Suite 680** **Long Beach, CA 90806** | Line **3.487** ☐ Not listed. Explain ____ | _ |

Debtor **Charles B. Chrystal Co Inc.**
Name

Case number (if known) _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.233 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line __3.34__<br><br>☐ Not listed. Explain ____ | _ |
| 4.234 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line __3.505__<br><br>☐ Not listed. Explain ____ | _ |
| 4.235 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line __3.60__<br><br>☐ Not listed. Explain ____ | _ |
| 4.236 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line __3.150__<br><br>☐ Not listed. Explain ____ | _ |
| 4.237 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line __3.343__<br><br>☐ Not listed. Explain ____ | _ |
| 4.238 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line __3.351__<br><br>☐ Not listed. Explain ____ | _ |
| 4.239 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line __3.431__<br><br>☐ Not listed. Explain ____ | _ |
| 4.240 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line __3.443__<br><br>☐ Not listed. Explain ____ | _ |
| 4.241 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line __3.470__<br><br>☐ Not listed. Explain ____ | _ |
| 4.242 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line __3.575__<br><br>☐ Not listed. Explain ____ | _ |

Debtor **Charles B. Chrystal Co Inc.**
_____
Name

Case number *(if known)* _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.243 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line **3.583**<br>☐ Not listed. Explain ____ | _ |
| 4.244 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line **3.590**<br>☐ Not listed. Explain ____ | _ |
| 4.245 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line **3.284**<br>☐ Not listed. Explain ____ | _ |
| 4.246 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line **3.285**<br>☐ Not listed. Explain ____ | _ |
| 4.247 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line **3.1**<br>☐ Not listed. Explain ____ | _ |
| 4.248 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line **3.95**<br>☐ Not listed. Explain ____ | _ |
| 4.249 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line **3.117**<br>☐ Not listed. Explain ____ | _ |
| 4.250 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line **3.222**<br>☐ Not listed. Explain ____ | _ |
| 4.251 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line **3.292**<br>☐ Not listed. Explain ____ | _ |
| 4.252 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line **3.404**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **Charles B. Chrystal Co Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.253 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line __3.444__<br><br>☐ Not listed. Explain ____ | _ |
| 4.254 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line __3.475__<br><br>☐ Not listed. Explain ____ | _ |
| 4.255 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line __3.499__<br><br>☐ Not listed. Explain ____ | _ |
| 4.256 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line __3.511__<br><br>☐ Not listed. Explain ____ | _ |
| 4.257 **Simon Greenstone**<br>**Attn: President and/or Officer**<br>**3760 Kilroy Airport Way**<br>**Suite 680**<br>**Long Beach, CA 90806** | Line __3.560__<br><br>☐ Not listed. Explain ____ | _ |
| 4.258 **Simon Greenstone Panatier**<br>**Attn: President/or Officer**<br>**420 Lexington Avenue**<br>**Suite 2848**<br>**New York, NY 10170** | Line __3.413__<br><br>☐ Not listed. Explain ____ | _ |
| 4.259 **Simon Greenstone Panatier**<br>**Attn: President/or Officer**<br>**420 Lexington Avenue**<br>**Suite 2848**<br>**New York, NY 10170** | Line __3.367__<br><br>☐ Not listed. Explain ____ | _ |
| 4.260 **Simon Greenstone Panatier**<br>**Attn: President/or Officer**<br>**420 Lexington Avenue**<br>**Suite 2848**<br>**New York, NY 10170** | Line __3.576__<br><br>☐ Not listed. Explain ____ | _ |
| 4.261 **Simon Greenstone Panatier**<br>**Attn: President/or Officer**<br>**420 Lexington Avenue**<br>**Suite 2848**<br>**New York, NY 10170** | Line __3.75__<br><br>☐ Not listed. Explain ____ | _ |
| 4.262 **Simons Hanly Conroy**<br>**Attn: President and/or Officer**<br>**112 Madison Ave., 7th floor**<br>**New York, NY 10016** | Line __3.582__<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | Charles B. Chrystal Co Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.263 | **Simons Hanly Conroy**<br>**Attn: President and/or Officer**<br>**112 Madison Ave., 7th floor**<br>**New York, NY 10016** | Line **3.274**<br><br>☐ Not listed. Explain ____ | _ |
| 4.264 | **Simons Hanly Conroy**<br>**Attn: President and/or Officer**<br>**112 Madison Ave., 7th floor**<br>**New York, NY 10016** | Line **3.553**<br><br>☐ Not listed. Explain ____ | _ |
| 4.265 | **The Deaton Law Firm**<br>**Attn: President and/or Officer**<br>**450 N. Broadway**<br>**East Providence, RI 02914** | Line **3.469**<br><br>☐ Not listed. Explain ____ | _ |
| 4.266 | **Thornton & Naumes LLP**<br>**Attn: President and/or Officer**<br>**100 Summer Street**<br>**Boston, MA 02109** | Line **3.64**<br><br>☐ Not listed. Explain ____ | _ |
| 4.267 | **Thornton Law Firm**<br>**Attn: President and/or Officer**<br>**84 State Street**<br>**Boston, MA 02109** | Line **3.195**<br><br>☐ Not listed. Explain ____ | _ |
| 4.268 | **Thornton Law Firm**<br>**Attn: President and/or Officer**<br>**84 State Street**<br>**Boston, MA 02109** | Line **3.31**<br><br>☐ Not listed. Explain ____ | _ |
| 4.269 | **Thornton Law Firm**<br>**Attn: President and/or Officer**<br>**84 State Street**<br>**Boston, MA 02109** | Line **3.174**<br><br>☐ Not listed. Explain ____ | _ |
| 4.270 | **Thornton Law Firm**<br>**Attn: President and/or Officer**<br>**84 State Street**<br>**Boston, MA 02109** | Line **3.288**<br><br>☐ Not listed. Explain ____ | _ |
| 4.271 | **Thornton Law Firm**<br>**Attn: President and/or Officer**<br>**84 State Street**<br>**Boston, MA 02109** | Line **3.40**<br><br>☐ Not listed. Explain ____ | _ |
| 4.272 | **Thornton Law Firm**<br>**Attn: President and/or Officer**<br>**84 State Street**<br>**Boston, MA 02109** | Line **3.40**<br><br>☐ Not listed. Explain ____ | _ |
| 4.273 | **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.315**<br><br>☐ Not listed. Explain ____ | _ |
| 4.274 | **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.251**<br><br>☐ Not listed. Explain ____ | _ |

Debtor **Charles B. Chrystal Co Inc.**
_____
Name

Case number (if known) _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.275 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.149**<br>☐ Not listed. Explain ____ | _ |
| 4.276 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.46**<br>☐ Not listed. Explain ____ | _ |
| 4.277 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.146**<br>☐ Not listed. Explain ____ | _ |
| 4.278 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.166**<br>☐ Not listed. Explain ____ | _ |
| 4.279 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.169**<br>☐ Not listed. Explain ____ | _ |
| 4.280 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.209**<br>☐ Not listed. Explain ____ | _ |
| 4.281 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.250**<br>☐ Not listed. Explain ____ | _ |
| 4.282 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.303**<br>☐ Not listed. Explain ____ | _ |
| 4.283 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.306**<br>☐ Not listed. Explain ____ | _ |
| 4.284 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.350**<br>☐ Not listed. Explain ____ | _ |

Debtor    **Charles B. Chrystal Co Inc.**
Name

Case number (if known) _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.285 **Weitz & Luxenberg** **Attn: President and/or Officer** **1880 Century Park East** **Suite 700** **Los Angeles, CA 90067** | Line **3.331** ☐ Not listed. Explain ____ | _ |
| 4.286 **Weitz & Luxenberg** **Attn: President and/or Officer** **1880 Century Park East** **Suite 700** **Los Angeles, CA 90067** | Line **3.366** ☐ Not listed. Explain ____ | _ |
| 4.287 **Weitz & Luxenberg** **Attn: President and/or Officer** **1880 Century Park East** **Suite 700** **Los Angeles, CA 90067** | Line **3.391** ☐ Not listed. Explain ____ | _ |
| 4.288 **Weitz & Luxenberg** **Attn: President and/or Officer** **1880 Century Park East** **Suite 700** **Los Angeles, CA 90067** | Line **3.415** ☐ Not listed. Explain ____ | _ |
| 4.289 **Weitz & Luxenberg** **Attn: President and/or Officer** **1880 Century Park East** **Suite 700** **Los Angeles, CA 90067** | Line **3.419** ☐ Not listed. Explain ____ | _ |
| 4.290 **Weitz & Luxenberg** **Attn: President and/or Officer** **1880 Century Park East** **Suite 700** **Los Angeles, CA 90067** | Line **3.416** ☐ Not listed. Explain ____ | _ |
| 4.291 **Weitz & Luxenberg** **Attn: President and/or Officer** **1880 Century Park East** **Suite 700** **Los Angeles, CA 90067** | Line **3.439** ☐ Not listed. Explain ____ | _ |
| 4.292 **Weitz & Luxenberg** **Attn: President and/or Officer** **1880 Century Park East** **Suite 700** **Los Angeles, CA 90067** | Line **3.441** ☐ Not listed. Explain ____ | _ |
| 4.293 **Weitz & Luxenberg** **Attn: President and/or Officer** **1880 Century Park East** **Suite 700** **Los Angeles, CA 90067** | Line **3.452** ☐ Not listed. Explain ____ | _ |
| 4.294 **Weitz & Luxenberg** **Attn: President and/or Officer** **1880 Century Park East** **Suite 700** **Los Angeles, CA 90067** | Line **3.462** ☐ Not listed. Explain ____ | _ |

Debtor  **Charles B. Chrystal Co Inc.**
_____
Name

Case number *(if known)* _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.295 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.466**<br><br>☐ Not listed. Explain ____ | _ |
| 4.296 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.480**<br><br>☐ Not listed. Explain ____ | _ |
| 4.297 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.492**<br><br>☐ Not listed. Explain ____ | _ |
| 4.298 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.531**<br><br>☐ Not listed. Explain ____ | _ |
| 4.299 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.591**<br><br>☐ Not listed. Explain ____ | _ |
| 4.300 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.572**<br><br>☐ Not listed. Explain ____ | _ |
| 4.301 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.54**<br><br>☐ Not listed. Explain ____ | _ |
| 4.302 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.352**<br><br>☐ Not listed. Explain ____ | _ |
| 4.303 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.304 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.9**<br><br>☐ Not listed. Explain ____ | _ |

Debtor **Charles B. Chrystal Co Inc.**
_____
Name

Case number *(if known)* _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.305 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.36**<br>☐ Not listed. Explain ____ | _ |
| 4.306 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.157**<br>☐ Not listed. Explain ____ | _ |
| 4.307 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.50**<br>☐ Not listed. Explain ____ | _ |
| 4.308 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.52**<br>☐ Not listed. Explain ____ | _ |
| 4.309 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.77**<br>☐ Not listed. Explain ____ | _ |
| 4.310 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.83**<br>☐ Not listed. Explain ____ | _ |
| 4.311 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.86**<br>☐ Not listed. Explain ____ | _ |
| 4.312 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.115**<br>☐ Not listed. Explain ____ | _ |
| 4.313 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.124**<br>☐ Not listed. Explain ____ | _ |
| 4.314 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.129**<br>☐ Not listed. Explain ____ | _ |

Debtor    **Charles B. Chrystal Co Inc.**
_____
Name

Case number (if known) _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.315 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line __3.135__<br><br>☐ Not listed. Explain ____ | _ |
| 4.316 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line __3.147__<br><br>☐ Not listed. Explain ____ | _ |
| 4.317 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line __3.168__<br><br>☐ Not listed. Explain ____ | _ |
| 4.318 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line __3.178__<br><br>☐ Not listed. Explain ____ | _ |
| 4.319 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line __3.204__<br><br>☐ Not listed. Explain ____ | _ |
| 4.320 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line __3.205__<br><br>☐ Not listed. Explain ____ | _ |
| 4.321 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line __3.212__<br><br>☐ Not listed. Explain ____ | _ |
| 4.322 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line __3.220__<br><br>☐ Not listed. Explain ____ | _ |
| 4.323 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line __3.229__<br><br>☐ Not listed. Explain ____ | _ |
| 4.324 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line __3.237__<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Charles B. Chrystal Co Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.325 | **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line  **3.265**<br><br>☐  Not listed. Explain ____ | _ |
| 4.326 | **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line  **3.269**<br><br>☐  Not listed. Explain ____ | _ |
| 4.327 | **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line  **3.270**<br><br>☐  Not listed. Explain ____ | _ |
| 4.328 | **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line  **3.275**<br><br>☐  Not listed. Explain ____ | _ |
| 4.329 | **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line  **3.278**<br><br>☐  Not listed. Explain ____ | _ |
| 4.330 | **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line  **3.295**<br><br>☐  Not listed. Explain ____ | _ |
| 4.331 | **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line  **3.301**<br><br>☐  Not listed. Explain ____ | _ |
| 4.332 | **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line  **3.304**<br><br>☐  Not listed. Explain ____ | _ |
| 4.333 | **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line  **3.307**<br><br>☐  Not listed. Explain ____ | _ |
| 4.334 | **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line  **3.310**<br><br>☐  Not listed. Explain ____ | _ |

Debtor    **Charles B. Chrystal Co Inc.**
_____    Case number _(if known)_ _____
Name

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.335 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.324**<br>☐ Not listed. Explain ____ | _ |
| 4.336 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.325**<br>☐ Not listed. Explain ____ | _ |
| 4.337 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.348**<br>☐ Not listed. Explain ____ | _ |
| 4.338 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.349**<br>☐ Not listed. Explain ____ | _ |
| 4.339 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.360**<br>☐ Not listed. Explain ____ | _ |
| 4.340 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.365**<br>☐ Not listed. Explain ____ | _ |
| 4.341 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.368**<br>☐ Not listed. Explain ____ | _ |
| 4.342 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.373**<br>☐ Not listed. Explain ____ | _ |
| 4.343 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.375**<br>☐ Not listed. Explain ____ | _ |
| 4.344 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.377**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **Charles B. Chrystal Co Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.345 | **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line __3.400__<br>☐ Not listed. Explain ____ | _ |
| 4.346 | **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line __3.402__<br>☐ Not listed. Explain ____ | _ |
| 4.347 | **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line __3.407__<br>☐ Not listed. Explain ____ | _ |
| 4.348 | **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line __3.408__<br>☐ Not listed. Explain ____ | _ |
| 4.349 | **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line __3.442__<br>☐ Not listed. Explain ____ | _ |
| 4.350 | **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line __3.445__<br>☐ Not listed. Explain ____ | _ |
| 4.351 | **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line __3.449__<br>☐ Not listed. Explain ____ | _ |
| 4.352 | **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line __3.464__<br>☐ Not listed. Explain ____ | _ |
| 4.353 | **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line __3.476__<br>☐ Not listed. Explain ____ | _ |
| 4.354 | **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line __3.478__<br>☐ Not listed. Explain ____ | _ |

Debtor    **Charles B. Chrystal Co Inc.**
_____
Name

Case number *(if known)* _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.355 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.496**<br>☐ Not listed. Explain ____ | _ |
| 4.356 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.504**<br>☐ Not listed. Explain ____ | _ |
| 4.357 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.508**<br>☐ Not listed. Explain ____ | _ |
| 4.358 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.523**<br>☐ Not listed. Explain ____ | _ |
| 4.359 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.524**<br>☐ Not listed. Explain ____ | _ |
| 4.360 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.537**<br>☐ Not listed. Explain ____ | _ |
| 4.361 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.539**<br>☐ Not listed. Explain ____ | _ |
| 4.362 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.541**<br>☐ Not listed. Explain ____ | _ |
| 4.363 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.540**<br>☐ Not listed. Explain ____ | _ |
| 4.364 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.542**<br>☐ Not listed. Explain ____ | _ |

Debtor    **Charles B. Chrystal Co Inc.**
_____
Name

Case number (if known) _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.365 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.561**<br><br>☐ Not listed. Explain ____ | _ |
| 4.366 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.562**<br><br>☐ Not listed. Explain ____ | _ |
| 4.367 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.569**<br><br>☐ Not listed. Explain ____ | _ |
| 4.368 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.570**<br><br>☐ Not listed. Explain ____ | _ |
| 4.369 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.574**<br><br>☐ Not listed. Explain ____ | _ |
| 4.370 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.579**<br><br>☐ Not listed. Explain ____ | _ |
| 4.371 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.580**<br><br>☐ Not listed. Explain ____ | _ |
| 4.372 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.585**<br><br>☐ Not listed. Explain ____ | _ |
| 4.373 **Weitz & Luxenberg**<br>**Attn: President and/or Officer**<br>**1880 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | Line **3.594**<br><br>☐ Not listed. Explain ____ | _ |
| 4.374 **Worthington & Caron PC**<br>**Attn: President and/or Officer**<br>**273 W 7th Street**<br>**San Pedro, CA 90731** | Line **3.566**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Charles B. Chrystal Co Inc.** | | |
|---|---|---|---|
| | Name | | |

Case number (if known) _____

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.375 | **Worthington & Caron PC**<br>**Attn: President and/or Officer**<br>**273 W 7th Street**<br>**San Pedro, CA 90731** | Line  **3.567**<br><br>☐  Not listed. Explain _____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.  **Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $                            0.00 |
| **5b. Total claims from Part 2** | 5b.  + | $                  550,000.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $                  550,000.00 |

**Fill in this information to identify the case:**

Debtor name    **Charles B. Chrystal Co Inc.**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name        **Charles B. Chrystal Co Inc.**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)    _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.1 | _____ | Street _____ <br> City        State        Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> City        State        Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> City        State        Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> City        State        Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name    **Charles B. Chrystal Co Inc.**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ☐ Operating a business<br>■ Other   **Sales** | $220,303.00 |
| **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ☐ Operating a business<br>■ Other   **Sales** | $597,490.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |

Debtor    **Charles B. Chrystal Co Inc.**                                    Case number *(if known)*

---

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Bo Prybula<br>89 coachlight Circle<br>Prospect, CT 06712** | **5/2023 to<br>12/28/2023** | **$58,500.00** | **Salary** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **See attached Excel Sheet attached hereto and made a part hereof.** | | | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☑ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

Debtor    **Charles B. Chrystal Co Inc.** _____    Case number _(if known)_ _____

---

| **Part 5:** | **Certain Losses** |

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B _(Schedule A/B: Assets – Real and Personal Property)._ | Dates of loss | Value of property lost |
|---|---|---|---|

---

| **Part 6:** | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **George C. Tzepos<br>444 Middlebury Road<br>Middlebury, CT 06762** | | **5/22/2024** | **$4,162.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

---

Debtor   **Charles B. Chrystal Co Inc.**                         Case number *(if known)* _____

| Address | Dates of occupancy From-To |
|---|---|

---

**Part 8:** Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:** Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

Debtor   **Charles B. Chrystal Co Inc.** _____   Case number *(if known)* _____

---

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:**   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.   **Almax LLC**<br>**89 Coachlight Circle**<br>**Prospect, CT 06712** | **Sale of Talc** | EIN:   **13-4996780**<br><br>From-To   **1921 to 10/2023** |

26. **Books, records, and financial statements**

Debtor    **Charles B. Chrystal Co Inc.**                                          Case number *(if known)*

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **GLMGROUP, LLC**<br>**104 Auger Street**<br>**Hamden, CT 06517** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Reilly McDeritt & Henrich, PC**<br>**Widemer Buidling - Suite 410**<br>**One South Penn Square**<br>**Philadelphia, PA 19107** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

| Debtor | **Charles B. Chrystal Co Inc.** | Case number *(if known)* | |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

### Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 21, 2024**

**/s/ Bohdan Prybyla**                              **Bohdan Prybyla**
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
■ Yes

Attachment to SoFA 7.1

| Case Caption | Docket # | Jurisdiction |
|---|---|---|
| Mohammad El Abbasi, et al v. Avon Products Inc. a New York Corporation, et al | CV2023-013113 | |
| | | AZ |
| Sueko Brockett and Steve Brockett v. Avon Products, Inc. et al | 23STCV05437 | CA |
| Lynda Leblanc, an individual James Leblanc, an individual v. Ace Hardware Corporation et al | 22STCV35762 | |
| | | CA |
| Gustavo Zepeda and Rosale Zepeda v. Avon Products, Inc. | JCCP 4674 (22-CV-01768) | CA |
| Kunigar Haney v. Avon Products, Inc. et al | 23STCV06726 | CA |
| Justin Baylis, individually and as successor-in-interest to Lorie Baylis, Deceased, Garret Baylis and Jennifer Galloway, Individually v. Jafra Cosmetic International, Inc. f/k/a CDRJ Acquisition Corporation, (sued individually and as successor-in-interest to Jafra Cosmetics International, Inc. et al | 22ST-CV-4868 | |
| | | CA |
| June V. Wilbanks and Richards C. Wilbanks v. Aegion Energy Services, Inc. et al | 22ST-CV-02413 | |
| | | CA |
| Karol A. Matthews v. Avon Products, Inc. et al | 23CV045781 | CA |
| Myrla Charlene Wolfe v. Avon Products, Inc. et al | 22STCV35680 | CA |
| Stephen Anderson and Robin Anderson v. Borgwarner Morse Tec Inc. as successor by Merger t Borg-Warner Corporation et al | 000067; 000069-000113; 000119-000437; 000455-000630 | |
| | | CA |
| Mauricio Jesus Gonzalez Perez, individually and as successor-in-interest to Luz Virginia Perez Nunez, Deceased, Jaqueline Stefania Gonzalez Perez, and Daniela Ossiris Gonzalez, Perez, individually v. Jafra Cosmetic International, Inc. f/k/a CDRJ Acquisition Corporation, (sued individually and as successor-in-interest to Jafra Cosmetics International, Inc. et al | 22STC20267 | |
| | | CA |
| Elizabeth Bowman and Gary Bowman v. Autozone, inc. et al | 23STCV06876 | CA |
| Rita M. Valega, Individually and as Successor-in-interest to Walter E. Valega, deceased; Clinton D. Valega; Jamey D. Valega; Klayton D. Valega; and Terri L. Farnsworth v. Alberstons Companies, Inc. et al | 21ST-CV-46564 | |
| | | CA |
| Alberto Santana, an individual; Yesenia Santana, an individual; v. Chattem, Inc. sued individually and as successor-in-interest to Martin-Himmel, Inc., successor-in-interest to Block Drug Corporation, successor-in-interest to Block Drug Company, successor -in-interest to The Gold Bond Company a/k/a The Gold Bond Company, successor-in-interest to Gold Bond Pharmaceutical Corp. et al | 23STCV11688 | |
| | | CA |
| Laura Garces v. A VON PRODUCTS, INC.; BARRETTS MINERALS INC.; BATUS HOLDINGS INC., sued individually and as successor-in-interest to BRITISH AMERICAN COSMETICS, YARDLEY CO. and YARDLEY OF LONDON, INC et al | 23CV032898 | |
| | | CA |
| Mary Catherine McNamee v. Barretts Minerals Inc. et al | 23CV030500 | CA |
| Jessica Ibarra Granillo v. Avon Products, Inc. et al | 22STCV14155 | CA |
| Juan Silva Perez Chica and Rebeca Silva v. Avon Products, Inc. et al | 23STCV06756 | CA |
| Nancy Lawrence, individually and as successor in interest to John Lawrence deceased; and Jackson Lawrence, an individual v. Barretts Minerals, Inc. et al | 22STCV15173 | |
| | | CA |
| Margarita Colemenero v. Avon Products, Inc. et al | 23STCV11921 | CA |
| Jeanne Robinson v. Avon Products, Inc. et al | 23STCV15780 | CA |
| Irma B. Ballesteros v. Alberstons Companies,Inc. (sued individually and as successor-in-interest to Albertson's LLC f/k/a Albertson's Inc. d/b/a Monte Mart et al | 23STCV06710 | |
| | | CA |
| James Barker, individually and as successor in interest to the estate of Leslie Barker, Wyatt Barker and Nicole Barker v. 3M Company f/k/a Minnesota Mining & Manufacturing Company et al | No. 23CV047061Alemda | |
| | | CA |
| Deborah Bartlett and Shawn Bartlett v. Avon Products, Inc. et al | 24STCV04012 | CA |
| Adele Caswell and Mark Caswell v. Safeway, Inc. et al | 23CV055632 | CA |
| Lilo Cooper and Leslie Cooper v. Arkema, Inc. f/k/a Pennwalt Corporation and Elf Atochem North America, Inc. (sued individually and as successor by mergerto Wallace & Tiernan d/b/a WTS Pharmacraft et al | 23STCV15823 | |
| | | CA |
| Paula Corin; 23STCV26571 | 23 ST CV 26571 | CA |
| Gilbert Cornejo, an individual; Mary Cornejo, an individual; 23ST30056 | 23 ST CV 30056 | CA |
| Jill Diaz, Individually and as Successor-in-Interest to Teresa P. Pardo, Deceased; Michael Pardo, Jon Standley and Darren Pardo; 23STCV08409 | 23CV08409 | |
| | | CA |

| | | |
|---|---|---|
| Diaz, Tammy Evett, SII to Diaz, Walter Nestor | 22CV022885 | CA |
| Evans, Dolores (e/o); Chrytsal Evans-Bowman | 23CV043499 | CA |
| Grundfast, David, SII to Grundfast, Michael A., and Cameron, Erika | 23STCV07224 | CA |
| Hatcher, Kimberly | 22CV021209 | CA |
| Herman, Elaine Adelia Hickey, and Herman, Jacob Russell Sr. | 22STCV32540 | CA |
| Kalpakoff, Deborah and Steve | 22STCV33326 | CA |
| Lambert, Charles eo Whitney Lambert | 23STCV27302 | CA |
| Lozano, Laura | 23STCV06787 | CA |
| Lozano, Maria | 23 ST CV 16061 | CA |
| Mager, Jenifer | 23DTCV09956 | CA |
| Meade, Jody Kay | 23 ST CV 23517 | CA |
| Garcia, Maria Teresa Olivas | 23 ST CV 25156 | CA |
| Pickering, Mcihelle | 23 ST CV 19273 | CA |
| Paes, Verginio | 24 CV 060231 | CA |
| Perez, Maria Elena (e/o) Johanna Ortiz | 23STCV14552 | CA |
| Phillips, David | 23CV045879 | CA |
| Quiroga, Maria | 23STCV26207 | CA |
| Rosas, Otilia | 23 ST CV 21311 | CA |
| Routh, Mark e/o Marquee Routh, inidvidually and successor-in-interest | 22 ST CV 22651 | CA |
| Schmidt, Grace | 23 STCV 18513 | CA |
| Selix, Linda eo Casey Scott | 23 CV 055121 | CA |
| Segedie, Carole and Kenneth | 22CV019385 | CA |
| Stark, Patsy | 22CV018867 | CA |
| Sorgi, Adam | 23 ST CV 23360 | CA |
| Sorum, Mark James, and Barbara | 23STCV031203 | CA |
| Sneider, Patricia | 23 ST CV 25951 | CA |
| Weatherford, Clarence eo Lisa Grewe, Paul Weatherford | No. 24 ST CV 06147 | CA |
| Fon-Ndikum, Tinzim | 24 ST CV 06965 | CA |
| Teffeteller, Jerry and Sharon | 23STCV07392 | CA |
| Kemph, Jefferey (eo) Jenifer Saccuzzio | 23 CV 046551 | CA |
| Ward, Deborah | 22CV016505 | CA |
| E/O John C. Donnatin | 24STCV09343 | CA |
| Jesus & Ana Rodriguez | 24STCV11423 | CA |
| Marva Weatherford | 24TCV06147 | CA |
| Phelen, Marlene Theresa | FBT-CV23-6124450-S | CT |
| Martha & Justin King | 24-005989 | FL |
| Ashelford, Susan, SII to Ashelford, John | CACE-23-002556 | FL |
| Bezanilla, Bernadette A. and Leopoldo G | CACE-23-003072 | FL |
| Cubberley, Gladys | 23-020045 CA 27 | FL |
| Guth Cook, Denise | CACE-24-003818 | FL |
| Chason-Gregory, Amanda | No. 24-002569 CA 27 | FL |
| Deadman, Jane (eo) Anthony Deadman | 23-022397 CA 27 | FL |
| Gilbank, Allison | 24-005477-CA-01 | FL |
| Jarvis, Patricia | CACE-23-015081 | FL |
| King, Elizabeth (e/o) Stanley | CACE-23-017495 | FL |
| Kopel, Robert eo Cynthia Kelley | CACE-23-19145 | FL |
| Hidvegi, Mubia | 24-000642-CA-01 | FL |
| Lowe, Celia | 23-022591 CA 27 | FL |
| Little, Robert | CACE-23-020780 | FL |
| Morgan, Colin | CAUSE-23-021465 CA 27 | FL |
| Morgan, Sandra | CACE-24-001329 | FL |
| Maute, Tucker D. | CACE-22-008500 | FL |
| Redgewell, David | 23-019797 | FL |
| Richardson, Patricia | 24-04504CA27 | FL |
| Sherman, Rebecca eo Heather Colding | CACE-24-003940 | FL |
| Smee, Lesley | CACE-23-017696 | FL |
| Sniegocki, Joseph T. and Watts, Robbi n E. | CACE-23-010939 | FL |
| Weber, Rhanda e/o Mark Weber | 23-016220 CA 27 | FL |

| | | |
|---|---|---|
| Zane, David and Rachel | CACE-23-013057 | FL |
| Lauding, Kathleen eo Elizabeth Ann Laudig | 49D13-2312-CT-050425 | IA |
| Helmuth, Leland | 49D13-2402-CT-008670 | IA |
| DuBois, Timothy | 49D13-2404-CT-015028 | IA |
| Elaine Johnsone | 2024L03829 | IL |
| Debra & William Kantor | 2024L003627 | IL |
| Mukomela, Gwendolyn J., SII for Mukomela, Kenneth D. | 22-LA-962 | IL |
| Sweeney, Donald E. and Roberta | 22-LA-724 | IL |
| Vice, Leslie and Sylvia | 2022LA001394 | IL |
| McAllister, James and Jacki | 2021L 000870 | IL |
| Braun, James M. Jr. | 22-LA-1010 | IL |
| Blue, Kenneth A. and Terri L. | 2022LA001565 | IL |
| Rikkola, James | 23 LA 1060 | IL |
| Yates, Wendy (SII to Baran, William E.) | 22 LA 84 | IL |
| Parr, David (SII to Vaughn, Eugenia) | 21-LA-254 | IL |
| Woznica, Wieslawa and Marek | 2023LA000210 | IL |
| Dietzman, Heather | 23 LA 1587 | IL |
| Hoeppner, Gerald | 23 LA 1697 | IL |
| Kral, Janet | 23 LA 1419 | IL |
| Matsch, Sandra | No. 23 LA 1528 | IL |
| Conway, Thomas P. | 21 L 1012 | IL |
| Haynes, Charles E. | 21-L-1301 | IL |
| Wilson, David | 2020L 000774 | IL |
| Prince, Duane | 21-L-1264 | IL |
| Epstein, Ira J. | 23 L 10467 | IL |
| Jersey, Karen M., SII to Jersey, Clarence L. | 2022LA001350 | IL |
| Martin, Hilborg | 2023 LA 000926 | IL |
| Feldt, Carolyn (e/0) Kimblery Dronen | 23 LA 1382 | IL |
| Switalski Jurgen; Adminstrator Kathleen | 23-LA-822 | IL |
| Machado, Humberto (eo) Humberto Machado | 23 LA 1307 | IL |
| Goodman, Steven | 2024MR000010 | IL |
| Degado, Ana M. | 24-LA-0232 | IL |
| Geittmann, Peter B. | No. 24 L 1848 | IL |
| Holloway, James | 2024 LA 000200 | IL |
| Jimenez, Luis | 2023L011613 | IL |
| Byrd, Richard | 23 LA 1670 | IL |
| Calvetti, Aventino | 23 L 8998 | IL |
| Jovanovich, Sam | 19015524 LA 509 | IL |
| Reyes, Jaime | 22-LA-593 | IL |
| Rhoades, Bonnie | 23 L 8925 | IL |
| Perkins, Lorraine | No. 24 L 3861 | IL |
| Rego, John eo Raymond Brown | 24 LA 30 | IL |
| Wandsneider, John K. | No. 24 LA 444 | IL |
| Stipe, Pamela | No. 23 LA 1579 | IL |
| How, Karen | No. 24 L 3974 | IL |
| Roush, David | 24 LA 316 | IL |
| Verda Haney | 49013-2404-CT-019200 | IN |
| Brantley, Kelly | C717978321 | LA |
| Forbes, Willie | 2021-7939 | LA |
| Giroir, Glenda | C-745104 32 | LA |
| Lupton, Johnnie (e/o) Phyllis Johnson | C-148470 | LA |
| Kinler, Leonard | 2021-07239 | LA |
| Tantillo, Dianne | 2024--01705 | LA |
| Shackelford, Melissa (SII to Paternostro, Marilyn P. | 666833 | LA |
| Cynthia & Paul O'Bierne | 24-0940 | MA |
| Budge, Darryl H., Sr. | 22-2402 | MA |
| Basili, Gina | 23-0784 | MA |
| Goode-Evans, Dorothy | 23-2731 | MA |
| Frost, Richard | 23-3167 | MA |

| | | |
|---|---|---|
| Barry, Edward c/o Kelley McCauley | 2181CV06625 | MA |
| Segal, Cecelia | 23-0638 | MA |
| Fogg, Robert | 2481CV00315 | MA |
| Ebua, Jay, SII to Ebua, Regina | 23-1980 | MA |
| Lamlein, Curtis eo Jean Lamlein | 2181CV01002 | MA |
| St. Onge, Valerie C. and Richard | 2381CV00546 | MA |
| Alicea, Maria | 23CV1551 | MA |
| Beaudoin, Roger | 21-6632 | MA |
| Craft, Cherie | No. 24-X-24-000005 | MD |
| Berris, Susan W. and Bruce C. | Not available | MN |
| Bartolo, Mona and Manuel | Not available | MN |
| Harper, Meredith, SII to Harper, Charlene | 62-CV-23-2656 | MN |
| Latterell, Rice, Rebecca | 190155-23 | MN |
| Williams, Kent | 2122-CC09485 | MO |
| Roth, Jill Miskelly, SII to Miskelly, Carol P. | 2222-CC00812 | MO |
| Richards, Janis S. | 2222-CC009392 | MO |
| Baladejo, Maria Tatiana Martinez, and Borst, Jurriaan | 2222-CC10118 | MO |
| Sager, Jami L. | 2422-CC00137 | MO |
| Dunn, Lou Ann | 2122-CC09045 | MO |
| McDonald, Stella | DV-23-157 | MT |
| Acevedo, Yolanda | MID-L-3625-23 | NJ |
| Alber, Zachary        (Est. of) | MID-L-955-21 | NJ |
| Allen, Mary Lois (Est. of) | MID-L-4107-23 | NJ |
| Ashoori, Shanaz | MID-L-1341-23 | NJ |
| Austin, Barbara | MID-L-2486-22 | NJ |
| Barker, Shonda | MID-L-5531-23 | NJ |
| Basser, Carol | MID-L-432-23 | NJ |
| Bisceglio, Janice (Deceased) | MID-L-3853-21 | NJ |
| Bloomberg, Jac M.        (Est. of) | MID-L-2608-22 | NJ |
| Blue, Vertis | MID-L-2677-21 | NJ |
| Bolen, Barbara Ellen (Est. of) | MID-L-404-22 | NJ |
| Brown-Lyons, Jayshawn | MID-L-5973-23 | NJ |
| Burchette, Kimberly | MID-L-4582-22 | NJ |
| Bus, Laura | MID-L-3086-22 | NJ |
| Cantu, Juan | MID-L-572-21 | NJ |
| Cavalluzzi, John | MID-L-2519-22 | NJ |
| Chelikowsky, Jeanne (Est. of) | MID-L-292-23 | NJ |
| Clinton (Riggins), Amanda | MID-L-2337-19 | NJ |
| Conti, Carmela (Est. of) | MID-L-3823-23 | NJ |
| Cooper, Michelle | MID-L-1326-21 | NJ |
| Corum, Scott | MID-L-1294-22 | NJ |
| Cummings, James | MID-L-6171-20 | NJ |
| Cummings, Laurie | MID-L-4046-22 | NJ |
| Curtis, Erik (Est of) | MID-L-6225-20 | NJ |
| Dayal, Gurmit | MID-L-969-24 | NJ |
| Deal, Michael | MID-L-551-22 | NJ |
| DeGannett, Paul (Deceased?) | MID-L-179-22 | NJ |
| DeSaussure, Vashti (Est. of) | MID-L-5713-22 | NJ |
| Dobbs, Sheryl | MID-L-2462-24 | NJ |
| Dotson, Ronald | MID-L-5986-21 | NJ |
| Eichler, Jay | MID-L-394-24 | NJ |
| Fielder, Frazier | MID-L-2315-24 | NJ |
| Fitch, John (Est. of) | MID-L-5992-23 | NJ |
| Frissora, Annette        (Est. of) | MID-L-4867-21 | NJ |
| Garrett, Linda | MID-L-1659-24 | NJ |
| Gilbride, Elyn | MID-L-2848-21 | NJ |
| Granchelli, Georgina | MID-L-2784-23 | NJ |
| Gray, Juliet | MID-L-513-23 | NJ |
| Gray, Kim | MID-L-5932-19 | NJ |

| | | |
|---|---|---|
| Griffith, Richard | MID-L-154-23 | NJ |
| Grimes-Love, Toni R. (est of) | MID-L-1991-22 | NJ |
| Guffey, William | MID-L-6146-23 | NJ |
| Hagwood, Steven | MID-L-1267-22 | NJ |
| Hamilton, Theresa | MID-L-3071-23 | NJ |
| Hardin, Diana        (Deceased) | MID-L-3834-22 | NJ |
| Harris, Kimberly | MID-L-4711-21 | NJ |
| Haus, Elizabeth (deceased) | MID-L-895-21 | NJ |
| Heston, Raymond (Deceased) | MID-L-07187-20 | NJ |
| Hilton, Patsy | MID-L-6154-23 | NJ |
| Hoffman, Joyce (Est. of) | MID-L-4071-22 | NJ |
| Hohing, Winnette | MID-L-2758-23 | NJ |
| Horanyi, Tanya        (Deceased) | MID-L-1859-23 | NJ |
| Hunter, Jacqueline | MID-L-7131-23 | NJ |
| Kelz, Robin | MID-L-6353-22 | NJ |
| Kershner, Barbara (Est. of) | MID-L-7200-23 | NJ |
| Keshavarz-Joud, Amir | MID-L-1409-22 | NJ |
| Klar, Ilona | MID-L-176-24 | NJ |
| Klick III, Paul (Est. of). | MID-L-7305-20 | NJ |
| Knox, Anthony        (Deceased) | MID-L-4081-20 | NJ |
| Knox, Margaret (Est. of) | MID-L-786-24 | NJ |
| Koeberl, Renee | MID-L-2945-23 | NJ |
| Lane, Thurman D. | MID-L-5938-23 | NJ |
| Laughlin, Dennis        (Est. of) | MID-L-7803-19 | NJ |
| Lazette, Dianne | MID-L-7561-20 | NJ |
| Letizia, Joseph | MID-L-2232-22 | NJ |
| Little, Christopher | MID-L-3868-23 | NJ |
| Lodovico, Cynthia | MID-L-1418-23 | NJ |
| Lorenzo, Richard (Est. of) | MID-L-1187-22 | NJ |
| Maloney-Najjar, Kelley | MID-L-3900-22 | NJ |
| Marceau, Deborah        (deceased) | MID-L-4127-23 | NJ |
| Martin, Gerald | MID-L-3576-23 | NJ |
| Martin, James P.        (Est. of) | MID-L-6575-23 | NJ |
| Martines, Ottavio (Est. of) | MID-L-371-24 | NJ |
| McCollum, Beverlee | MID-L-4678-22 | NJ |
| McKnight Foster, Carol  (Est. of) | MID-L-312-21 | NJ |
| Meyer, Carol | MID-L-1860-23 | NJ |
| Miller, Ann | MID-L-2710-21 | NJ |
| Miller, Dale (Est. of) | MID-L-5953-23 | NJ |
| Mizer, Barbara | MID-L-4279-22 | NJ |
| Moreno, Amelia L.        (deceased) | MID-L-3387-22 | NJ |
| Morgan, June Rose | MID-L-3282-23 | NJ |
| Morrison, Carolyn | MID-L-6026-23 | NJ |
| Mullet, Anne Marie | MID-L-929-24 | NJ |
| Muster, Sophia | MID-L-5232-22 | NJ |
| Nicholson, Harold        (est of) | MID-L-4402-21 | NJ |
| Padilla, Eric | MID-L-4609-20 | NJ |
| Page, Joseph | MID-L-2379-19 | NJ |
| Pallotta, Josephine | MID-L-3512-23 | NJ |
| Penny, Sherry        (Est. of) | MID-L-918-22 | NJ |
| Pettigrew, Gary (Deceased) | MID-L-3979-23 | NJ |
| Phipps, Maria | MID-L-3953-23 | NJ |
| Pidge, Pamela (Est. of) | MID-L-1407-22 | NJ |
| Price, Shannon | MID-L-1640-24 | NJ |
| Pryor, Michael | MID-L-0022-21 | NJ |
| Przekop, Charles | MID-L-3328-21 | NJ |
| Rand, Charlene | MID-L-7180-23 | NJ |
| Randolph, Bernice (Est. of) | MID-L-59-22 | NJ |
| Reed, Kimberly | MID-L-5221-23 | NJ |

| | | |
|---|---|---|
| Robbins, Vicki | MID-L-1231-22 | NJ |
| Robinson, Sonja | MID-L-5394-23 | NJ |
| Rusinko, Michelle | MID-L-6742-23 | NJ |
| Ryan, Sheila         (Est. of) | MID-L-4589-19 | NJ |
| Saams, Lucinda | MID-L-1562-23 | NJ |
| Santana, Dianna | MID-L-881-21 | NJ |
| Scott, Betty | MID-L-1269-24 | NJ |
| Sellman, Alison (Est. of) | MID-L-3809-22 | NJ |
| Shuck, Lloyd | MID-L-5145-23 | NJ |
| Sliz, Jeannie | MID-L-5334-23 | NJ |
| Smith, David (Est. of) | MID-L-2887-21 | NJ |
| Smith, Jessie (Est. of) | MID-L-5114-23 | NJ |
| Smith, Sheila Ann (Est. of) | MID-L-3507-23 | NJ |
| Smithers, Cynthia Lou | MID-L-5778-23 | NJ |
| Soley, George | MID-L-6739-23 | NJ |
| Starr, Taloa Crawford | MID-L-1278-24 | NJ |
| Stelzer, Sheila (Est. of) | MID-L-1821-24 | NJ |
| Stephen, Wilma         (Est. of) | MID-L-1373-21 | NJ |
| Stevens, Patricia W. | MID-L-2979-22 | NJ |
| Stone, Nicole | MID-L-1972-22 | NJ |
| Stringfellow, Thomas    (Est. of) | MID-L-2906-21 | NJ |
| Suedekum, Almon Lynn (Est. of) | MID-L-1859-21 | NJ |
| Sullivan, Joan | MID-L-1278-23 | NJ |
| Sutton, Robert (Est. of) | MID-L-1903-22 | NJ |
| Syed, Sadia         (est. of) | MID-L-462-23 | NJ |
| Tarka, Stanley, W. | MID-L-6850-23 | NJ |
| Tindall, Sarah | MID-L-7453-20 | NJ |
| Tishman, Carol | MID-L-5500-21 | NJ |
| Tootle, Fred | MID-L-7289-23 | NJ |
| Townsend, Michelle (deceased) | MID-L-2370-23 | NJ |
| Uribarri, Peter | MID-L-3279-23 | NJ |
| Valley, Jody | MID-L-2212-24 | NJ |
| Vasquez, Jesse         (Est. of Yanet Vasquez) | MID-L-595-21 | NJ |
| Vasquez, Patricia (Est. of) | MID-L-296-21 | NJ |
| Vaughn, Bobbie Jo (Est. of) | MID-L-7699-20 | NJ |
| Villareal, Blanca Estella Berumen De | MID-L-686-24 | NJ |
| Waymack, Karen | MID-L-5220-23 | NJ |
| Welch, Gail | MID-L-3376-17 | NJ |
| Weldon, Lois (Est. of) | MID-L-1874-22 | NJ |
| Wentz, Sharon (Est. of) | MID-L-2540-23 | NJ |
| Westover, Barbara | MID-L-3011-22 | NJ |
| Wewers, Tammie | MID-L-2895-23 | NJ |
| White, Carol | MID-L-5771-21 | NJ |
| Wilks, Jason Lee (Est. of) | MID-L-6750-23 | NJ |
| Willems, Henricus | MID-L-5697-22 | NJ |
| Williams, Shirley | MID-L-3872-21 | NJ |
| Williamson, Stephen | MID-L-4277-22 | NJ |
| Wilson, Sandra | MID-L-5552-23 | NJ |
| Wilson, Virginia         (Est. of) | MID-L-6292-18 | NJ |
| Windram, Jennifer         (Est. of). | MID-L-3103-21 | NJ |
| Woolley, Kevin | MID-L-4659-19 | NJ |
| Zenar, Rose (Est. of) | MID-L-784-22 | NJ |
| Zimmer, Dieter | MID-L-1470-24 | NJ |
| Gerard & June Galloway | 002470-24 | NJ |
| Scott & Carmen Kemper | MID-L-002348-24 | NJ |
| Lawrence J. Chancey | Mid-2793-24 | NJ |
| Wesley & Judy Reed | 004170/2024 | NY |
| Patricia & Roger Bagley | 190122/2024 | NY |
| Susan Betts | 190119/2024 | NY |

| | | |
|---|---|---|
| Irene & Andres Castigan | 190120/2024 | NY |
| Aleksandra and Howard Huxley | 190116/2024 | NY |
| Louise & Christopher Milford | 190128/2024 | NY |
| Josephine & John Navaretta | 19117/2024 | NY |
| Maureen Seal | 19129/2024 | NY |
| Teras Williams | 19031/2024 | NY |
| Elizabeth & Russell Atkinson | 190134/2024 | NY |
| Kyung Cho & Sam Shin | 19021/2024 | NY |
| Teresa & Frank Raso | 907336-23 | NY |
| Marlene Heard | Unknown | NY |
| McFarland, Karen | 800616/2023 | NY |
| Palermo, Evelyn (eo) Louise Iatomoasi | E2023000702 | NY |
| Broughton, Kathleen | 1901341/2022 | NY |
| Burt, Nicholas (Bolt) | 190155/2022 | NY |
| Delaney, Josephine | 190114/2023 | NY |
| Denham, Clive, SII to Denham, Jennifer | 190181/2022 | NY |
| Drayner, Monica | 190124-22 | NY |
| Jauregui, Maria | 190189/2022 | NY |
| Molyneaux, Yvonne and Andrew | 190078/2022 | NY |
| Thomas, Lisa, and Schropfer, Jeffry, SII to Schroepfer, Carolyn | UNASSIGNED | NY |
| Wager, Sue | 190254/2022 | NY |
| Walsh, Barry William, SII to Walsh, Lillian Margaret | 190123/2022 | NY |
| Wright, Allison | 1901007/2022 | NY |
| Cagliostro, Michele EO Teresa Domicello | E202209319 | NY |
| Kucharski, Robert | 809856/2023 | NY |
| McMahon, April | 811407/2023 | NY |
| Garnes, Rosa and David Rodney | EF2022-00000051 | NY |
| Crosby, Mary (SII is Crosby, David) | E2022-0467CV | NY |
| Elmer, Robert H. | 1EFC-2022-0597 | NY |
| Amerosa, Elaine | EFC-2023-002100 | NY |
| Campbell-Wright, Lorna and Rodrick | 190228/2022 | NY |
| Castelli, Gerlando | 190090/2023 | NY |
| Conrad, Janet | 190246/2023 | NY |
| Barraclough, Susan | 190296/2023 | NY |
| Barker, Maureen (e/o) Georgina Jane Barker | 190299/2023 | NY |
| Bill, Lorraine, and South, Thomas | 190065-22 | NY |
| Bacsin, Alicia and Kenneth | 190069/2023 | NY |
| Bennett-Turner, Alan | 190118/2023 | NY |
| Biswas, Rohan and Jaclyn | 190004/2023 | NY |
| Deng, Jian Kang, and Deng, Li Ying | 190181/2022 | NY |
| Adams, Jacqueline | 190017/2024 | NY |
| Adam, Laura eo Lloyd Adam | 190016/2024 | NY |
| Albasry, Dan, SII to Al Saad, Newal, and Mohammad, Firas | 190002/2023 | NY |
| Adams, Sheri | 190233-23 | NY |
| Ashdown, Janet | 190018/2024 | NY |
| Allder, Daren, Walmsley, Chantelle, Wood, Leonie (SII to Allder, Patricia) | 190195/2022 | NY |
| Allison, Janis | 190286/2022 | NY |
| Armstrong, Anne | 190308/2023 | NY |
| Ashby, Doreen | 190305/2023 | NY |
| Ambers, Felicia | 190040/2023 | NY |
| Berry, Sara | 190274/2023 | NY |
| Brand, Karen and Ronald | 190206-21 | NY |
| Brooks, Anne and David | 190043/2023 | NY |
| Burch, Tesa Alaine, SII to Powell, Dena Vee | 190122/2022 | NY |
| Carter, L. Michael and L. Kathleen | 190262/2022 | NY |
| Collier, Kevin | 190086/2024 | NY |
| Cairns, Jodi | 190168/2023 | NY |
| Champion, Jennifer and Alan | 190007/2023 | NY |
| Chestnutt, Valerie | 190251/2023 | NY |

| | | |
|---|---|---|
| Ciminelli, Anthony | 190092/2021 | NY |
| Clawson, Linda | 190157/2023 | NY |
| Chinnicci, Lorraine EO Kathleen Nath | 609112/2023 | NY |
| Clark, Jean eo Trevor Clark | 190021/2024 | NY |
| Coombes, Heather | 190300/2023 | NY |
| Cross, Margaret M. | 190155/2023 | NY |
| Cooke, John | 190209/2023 | NY |
| Davis, Leslea, SII to Monroe, Joan | EC2023-35161 | NY |
| Denham, Ann | 190067/2023 | NY |
| Diebolt, Katie and Douglas | 190062/2023 | NY |
| Doonan, Elizabeth | 190190-23 | NY |
| DVir, Jessica and Jehoshua | 190247/2023 | NY |
| Dove, Rosemary | 190218/2023 | NY |
| Edginton, Gail and Stephen | 190182/2022 | NY |
| Egert, Ilene G. (SII is Egert, Lewis) | 190204-21 | NY |
| Elacqua, Ann | EF2023-275144 | NY |
| England, Carolyn | 190250/2023 | NY |
| Evans, Laura | 190112/2023 | NY |
| Farris, Diane, SII to Gallo, John | 190027/2023 | NY |
| Feldman-Nagel, Sharon and Christopher | 190191/2022 | NY |
| Filip, Sharon and John | EFCA2022001356 | NY |
| Forster, Albert and Nicola | 190283/2022 | NY |
| Galan, Melvin | 190287 / 2020 | NY |
| Gardener, John and Vivienne | 190172/2022 | NY |
| Gee, Margaret | 190076/2023 | NY |
| Gridley, June | 190315/2023 | NY |
| Gough, Claire | 190192/2022 | NY |
| Greenage, William | 190093/2023 | NY |
| Gumpert, Esther | 190056-22 | NY |
| Gibbs, Elaine | | NY |
| Bishop, Olive eo Lloyd Bishop | 190032/2024 | NY |
| Borthwick, Anne | 190031/2024 | NY |
| Hawkins, Terrance | 190028/2024 | NY |
| Harper, Pamela eo Christopher Harper | 190030/2024 | NY |
| Hammond, Jane and Colin | 190162/2022 | NY |
| Hicks, Frank, SII to Hicks, Teresa | 190014/2023 | NY |
| Houlgate, Karen, SII to Floyd, John Robert | 190265/2022 | NY |
| Hollifield, Pattie eo Brenda Bost | 190295/2023 | NY |
| Huntley, Yvonne | 190313/2023 | NY |
| Hutchings, Catherine | 190265/2022 | NY |
| Jack, Mary L. | 190035/2024 | NY |
| Fitzpatrick, Patricia eo Richard Fitzpatrick | 1911055-23 | NY |
| Frizzley, Vikki | 190007/2024 | NY |
| Fish, Janet | 19017112023 | NY |
| Hill, Duane | 190094/2024 | NY |
| Iacovangelo, Jean | 2023005779 | NY |
| Jacoby, Lisa and William | 190174-21 | NY |
| Johnson, Neil | 190266/2023 | NY |
| Kernahan, Louise | 190283/2023 | NY |
| Knight, Julie | 190173/2023 | NY |
| Knight, Sharon | 190235/2023 | NY |
| Lee, Gladys eo Linda Reza | 790015/2024 | NY |
| Lees, Kathryn and Stephen | 190042/2023 | NY |
| Linde, Stuart and Eileen | 190127/2023 | NY |
| Loconte, Barbarann | 190289/20 | NY |
| Longo, Rosanne | 612331/2023 | NY |
| Lowis, Barbara and Trevor | 190234/2022 | NY |
| Macron, Marilyn | 190214-23 | NY |
| Matthews, Caroline | 190077/2022 | NY |

| | | |
|---|---|---|
| McLoughlin, Carmel | 190302-2023 | NY |
| Mirochin, Helen | 190185/2023 | NY |
| Masterson, Leo | 190172/23 | NY |
| Mays, Latoya eo Lakeya King | 190298-23 | NY |
| Mendoza, Patra eo Patricia Cruz | 190317/2023 | NY |
| Mullan, Robert | 190066/2024 | NY |
| McGuire, Kevin and Mary Jane | 190154/2023 | NY |
| McMahon, Anne | 190304/2023 | NY |
| Nasr, Yehia A. and Deborah | 190066/2023 | NY |
| North, Carol | 190289/2023 | NY |
| Lee, Cynthia June | | NY |
| Oakenfold, Sheila | 190238/2023 | NY |
| Owen, John EO Doreen Owen | 190306/2023 | NY |
| Perrett, Janet | 190057/2024 | NY |
| Parker, Pauline and James | 190186/2022 | NY |
| Payne, Clark and Barbara | 190307/2019 | NY |
| Rowan, Dorothy | 190102-24 | NY |
| Appleby-Scott, Ann e/o David Scott | 190103/2024 | NY |
| Smith, Lisa | 190101/2024 | NY |
| Perl, Rosemarie | 190087-21 | NY |
| Phillips, Patricia | 190111/2023 | NY |
| Pitcher, John | No. 1:22-CV-09813 | NY |
| Rentko, John, SII to Rentko, Marilyn | 190267/2020 | NY |
| Reyes-Vasquez, Jose and Ramona | 190216-21 | NY |
| Richardson, Karen and Ian | 190071/2023 | NY |
| Reshad, Ghulam eo Mary Rehsad | 628415-23 | NY |
| Rosales, Rozella | 190189-23 | NY |
| Rubio, Nellie, SII to Dominguez, Gloria | 190227-21 | NY |
| Rudnicki, Antony | 190070/2023 | NY |
| Ruiz, Susana J. and Juan | 190230/2022 | NY |
| Snyder, Elizabeth EO Mason Snyder | ECFA2022-002448 | NY |
| Salmeron, Rosa Maria Hernandez | 190267/2023 | NY |
| Stockbridge, Alan | 190096/2024 | NY |
| Schultz, Beth | 190179-21 | NY |
| Shakour, Farghaly | 190097/2022 | NY |
| Sides, Yaniv EO Agnes Sides | 190150/2021 | NY |
| Siddiqui, Rafia | EF2023-1251 | NY |
| Simmons, Sarah | 190049/2023 | NY |
| Smoltino, William, SII to Ferrara, Angela M. | 190219/20 | NY |
| Spiegelman, Sheldon and Sandra | 190149-2021 | NY |
| Spingarn, Michael | 190137-22 | NY |
| Stuck, Michele, and Bannister, Jack, SIIs to Rigby, Penelope | 190096/2022 | NY |
| Steggle, Susan | 190174/2023 | NY |
| Thomas, Narcissus | 190126/2018 | NY |
| Searle, Graeme | 190104/2024 | NY |
| Synowicki, John (e/o) Jane Davis | 190208/2022 | NY |
| Tushaj, Elizabeth | 190327/2023 | NY |
| Tomlinson, Wendy (SII to Poole, Irene) | 190237/2022 | NY |
| Toner-Johnson, Joy Wendy, SII to Johnson, Peter | 190177/2022 | NY |
| Torrence, Cora Dean | 190170/2023 | NY |
| Raso, Angelina eo Teresa and Frank Raso | 907336-23 | NY |
| Tovagliari, Luigi | 190193/2023 | NY |
| Vyner, Myralynn | 190077/2023 | NY |
| Walsh, Lillian Margaret (SII is Walsh, Barry William) | 190136-22 | NY |
| Westropp, Victoria | 190228/2023 | NY |
| Williams, Candace C. | 190253-21 | NY |
| Wilford, Lesley | 190265/2023 | NY |
| Wintersteen, Robert, SII to Wintersteen, Bonita | 190034/2022 | NY |
| Younger, Paul and Margaret | 190190/2022 | NY |

| Name | Case Number | State |
|---|---|---|
| Vessia-Ayoubi, Angelina | 190088/2024 | NY |
| Zachary, Julanda | 190095-22 | NY |
| Williams, Jay | EFCA 2024 000998 | NY |
| Solomon, Beth | CV-22-964799 | OH |
| Barton, Harold and Patricia | CV-21-955385 | OH |
| Stratford, Sylvia, (SII to Stratford, Eva) | CV-21-957443 | OH |
| Lomax, Kevin P., SII to Lomax, Vlesta K. | CV 2022-178 | OK |
| Siebert, Beverly | 23CV22790 | OR |
| Lee, Kyunh | 23CV40369 | OR |
| Seitz, Mitchell | 23 CV 44833 | OR |
| Bowers Jr. , Bernard P. and Jeanne | 210902481 | PA |
| Cooper, Frederick E., Jr. | 221200021 | PA |
| Spayd, George | G.D. No. 23-010209 | PA |
| Cline, Susan | 23-012897 | PA |
| Hinkle, Sandra L. | 230401956 | PA |
| Mize, William & Dillie | 2205-1903 | PA |
| Richardson, Phillip and Eroh, Larry | 2303-3073 | PA |
| Taylor, Debra (e/o) Latoya Taylor | 2307-2624 | PA |
| Decembrino, Richard | 2310-0319 | PA |
| Lee, Michaeleen | GD 23-00805 | PA |
| Moss, Susan | 2306-1201 | PA |
| Welch, Kathleen (e/o) Edward Welch | GD 23-013392 | PA |
| Reyes, Joel | GD-23-008144 | PA |
| Zuniga, Fania. | 2403-0655 | PA |
| Schlechter, Elaine e/o Myron, Administrator | 24-003216 | PA |
| Marabella, John & Kathleen (NOT SERVED) | 2403-0130 | PA |
| Perkins, Barbara | | |
| Silva, Robert, SII to Silva, Marie | PC-2018-9367 | RI |
| Soares, Susan | No. PC-2024-01631 | RI |
| Gerken, Anna Marie EO Andrew Gerken | 2023CP4006111 | SC |
| Howard, Elizabeth eo Christopher Lewis | No. 2024 CP 4000458 | SC |
| Cameron, Jacqueline | No. 2024CP001758 | SC |
| Johnson, Gregory | 2023CP4006819 | SC |
| Thomas, Gerard | 2023CP4006323 | SC |
| Perry, Michael | 2023 CP 4004072 | SC |
| Britt, Dennis | DC-23-06700 | TX |
| Enciso, Hortensia | 2022-DVC1582 | TX |
| Mendoza, Julio, SII to Reyes, Lidia; Reyes, Antonio and Reyes, Nidia, Individually | 2019-55560 | TX |
| Meza, Maria De Lourdes Velasquez, and Solis, Sergio Lopez | DC-23-04666 | TX |
| Mize, Johnnie, SII to Kier, Edward | 2022-55642 | TX |
| Rodriguez Perez, Eluteria | CL-20-4341-B | TX |
| Roland, Jacqueline | DC-2315790 | TX |
| Ryall, Nancy, Individually and as Next Friend of LR, A Minor Child | 2022-CI-12540 | TX |
| Simmons, Manijeh | 2022CI13440 | TX |
| Walston, John | 2020-76107 | TX |
| Williams, Teras | 2023350984 | TX |
| Vargas, Sara Ivonee Gonzalez | No. 2023-08174-ASB | TX |
| Wisener, Naomi [Roseanna Wisener McCreary, Individually and as Executor to the Estate of Naomi Wisener, Deceased, Jonna Robison and Michelle Robinson] | 2021-70594 | TX |
| Yurchick, Serenity, SII to Yurchick, Chedley | 2022-14971 | TX |
| Bast, Donna | 23-2-15056-2 | WA |
| Boice, Denise EO Debbie Boice | 23-2-22519 | WA |
| Laine, Gherud | 2021 CV 1269 | WI |
| Jeardeau, David A., SII to Jeardeau, Joyce F. | 2023CV000104 | WI |
| **Carla & Blake Forslund** | | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Connecticut

In re   **Charles B. Chrystal Co Inc.**

Case No.

Debtor(s)

Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .................................................... $ **4,162.00**

   Prior to the filing of this statement I have received ...................................... $ **4,162.00**

   Balance Due ............................................................................................... $ **0.00**

2. $ **338.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 21, 2024**

*Date*

**/s/ George C. Tzepos**
**George C. Tzepos**
*Signature of Attorney*
**Law Offices of George C. Tzepos**
**444 Middlebury Road**
**Middlebury, CT 06762**
**203-598-0520  Fax: 203-598-0522**
**zepseven@sbcglobal.net**
*Name of law firm*

# United States Bankruptcy Court
## District of Connecticut

In re    **Charles B. Chrystal Co Inc.**

Debtor(s)

Case No.

Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **May 21, 2024**

**/s/ Bohdan Prybyla**

**Bohdan Prybyla/President**

Signer/Title

Acevedo, Yolanda
5810 Sorngf Cabin
San Antonio, TX 78247

Adam, Laura eo Lloyd Adam
Attn: President and/or Officer
Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

Adams, Jacqueline
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

Adams, Sheri
1007 West Hickory
Duncan, OK 73533

Albasry, Dan, SII to Al Saad,
Attn: President and/or Officer
Lanier Law Firm
535 Madison Avenue
New York, NY 10022

Alber, Zachary
52 Atladena Drive
Pueblo, CO 81005

Alicea, Maria
203 West Street
Lawrence, MA 01841

Allder, Daren
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

Allen, Mary Lois
1629 Espanola Avenue
Daytona Beach, FL 32117

Allison, Janis
Attn: President and/or Officer
C/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806


Almax LLC
Attn: President and/or Officer
89 Coachlight Circle
Prospect, CT 06712


Ambers, Felicia
1820 Cotton Ct
Montgomery, AL 36110


Amerosa, Elaine
177 Kranz Road
Mexico, NY 13114


Anderson, Stephen
Anderson, Robin
867 Uintah Avenue
Tooele, UT 84074


Appleby-Scott, Ann
Attn: President and/or Officer
C/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806


Armstrong, Anne
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806


Ashby, Doreen
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806


Ashdown, Janet
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

Ashelford, Susan, S &  John
c/o Simon Greenstone
Attn: President and/or officer
3760 Kilroy Airport Way
Long Beach, CA 90806

Ashoori, Shanaz
3912 Turquiose Drive
McKinney, TX 75070

Atkinson, Elizabeth & Russell
Attn: President and/or Officer
c/o Simon Greenstone Panatier
420 Lexington Avenue Ste 2848
New York, NY 10170

Bacsin, Alicia
Bacsin, Kenneth
6316 South 68th Ave.
Laveen, AZ 85339

Bagley, Patricia & Roger
Attn: President and/or Officer
c/o Simon Greenstone Panatier
420 Lexington Avenue STe 2848
New York, NY 10170

Baladejo, Maria Tatiana Martin
Borst, Jurriaan
4896 Grubers Rd
New Tripoli, PA 18066

Ballesteros, Irma B.
C/o Frost Law Firm PC
Attn: President and/or Officer
273 W. 7th St.
San Pedro, CA 90731

Barker, James
Attn: President and/or Officer
c/o James & Bendon
2251 Hidalgo Avenue
Los Angeles, CA 90021

Barker, Maureen
e/o Georgina Jane Barker
165 Chertsey Road, Addlestone,
KT15 2EL, England
United Kingdom

Barker, Shonda
38-40 Homestead Park, 1st Fl
Newark, NJ 07108

Barlett, Shawn
c/o Simon Greenstone
Attn: President and/or Officer
3760 Kilroy Airport Way
Long Beach, CA 90806

Barraclough, Susan
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

Barry, Edward
c/o Kelley McCauley
31 Westboro Road
Upton, MA 01568

Bartlett, Deborah
c/o Simon Greenstone
Attn: President and/or Officer
3760 Kilroy Airport Way
Long Beach, CA 90806

Bartolo, Mona and Manuel
2956 126th Lane NW
Minneapolis, MN 55448

Barton, Harold
Barton, Patricia
622 Clinton Street
Sandusky, OH 44870

Basili, Gina
95 Center Depot Road, Apt. 52,
Charlton, MA 01507

Basser, Carol
571 River Ridge
McKeesport, PA 15133

Bast, Donna
66007 N. Demoss Road
Benton City, WA 99320

Baylis, Garret
c/o Simon Greenstone
Attn: President and/or officer
3760 Kilroy Airport Way
Long Beach, CA 90806

Baylis, Justin
c/o Simon Greenstone
Attn: President and/or Officer
Long Beach, CA 90806

Beaudoin, Roger
70 Old Farm Road
East Longmeadow, MA 01028

Belluck & Fox
Attn: President and/or Officer
699 Boylston St
Boston, MA 02116

Bennett-Turner, Alan
c/o Simon Greenstone
Attn: President and/or Officer
3760 Kilroy Airport Way
Long Beach, CA 90806

Berris, Susan W.
Berris, Bruce C.
5675 Dallas Lane N

Berry, Sara
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

Betts, Susan
Attn: President and/or officer
Simon Greenstone Panatier
420 Lexington Avenue Ste 2848
New York, NY 10170

Bezanilla, Bernadette A.
Bezanilla, Leipoldo G.
15429 SW 151st Terrace
Miami, FL 33196

Bill, Lorraine
South, Thomas
8883 SW 86th Loop
Ocala, FL 34481

Bishop, Olive eo Lloyd Bishop
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

Biswas, Rohan & Jaclyn
Meirowitz & Wasserberg
Attn: President and/or Officer
1040 6th Avenue, 10th Floor
New York, NY 10018

Blue, Kenneth A.
Blue, Terri L
106 S. Breezy Point Circle
Wichita, KS 67201

Blue, Vertis
907 Blue Hill Ave
Boston, MA 02124

Boice, Denise EO Debbie Boice
2405 E. Division, Apt. B
Mount Vernon, WA 98274

Bolen, Barbara Ellen (Est. of)
Attn: President and/or Officer
2865 Alex Lane
Tallahassee, FL 32317

Borthwick, Anne
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

Bowers Jr. , Bernard P.
Bowers, Jeanne
2675 Leisczs Bridge Road
Leesport, PA 19533

Bowman, Elizabeth
750 W 59th Street
Casper, WY 82601

Bowman, Gary
750 W. 59th St.
Casper, WY 82601

Brand, Karen
Brand, Ronald
196 East 75th Street, Apt. 17A
New York, NY 10021

Brantley, Kelly
378 Jill Loop
Ruston, LA 71270

Braun, James M. Jr.
125 Otto Drive Midway
Midway, GA 31320

Britt, Dennis
11137 San Pedro Street
Frisco, TX 75035

Brooks, Anne and Brooks, David
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

Broughton, Kathleen
9 Eden Grove  Paignton
Devon TQ 32JL
United Kingdom

Brown Gould Kiely, LLP
Attn: President and/or Officer
7316 Wisconsin Avenue
Bethesda, MD 20814


Brown-Lyons, Jayshawn
12868 Grove Circle


Budge, Darryl H., Sr.
169 Worcester Street
North Grafton, MA 01536


Bulluck & Fox
Attn: President and/or Officer
699 Boylston St., 14th Floor
Boston, MA 02116


Burch, Tesa Alaine, SII to Pow
Attn: President and/or Officer
c/o Meirowitz & Wasserberg
1040 6th Avenue, 10th floor
New York, NY 10018


Burchette, Kimberly
774 Antioch Road
Sparta, NC 28675


Burt, Nicholas (Bolt)
13 Clay Ponds Gardens
London, England W5 4RE
United Kingdom


Bus, Laura
1335 Cathedral Lane
Orefield, PA 18069


Byrd, Richard
Attn: President and/or Officer
170 Ridgemont Road
Paducah, KY 42001


Cagliostro, Michele
EO Teresa Domicello
215 Berg Rd.
Ontario, NY 14519

Cairns, Jodi
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

Calvetti, Aventino
207 Hickory Hill Dr.
Hattiesburg, MS 39402

Cameron, Erika
c/ The Frost Law Firm
Attn: President and/or Officer
273 W. 7th Street
San Pedro, CA 90731

Cameron, Jacqueline
Attn: President and/or Officer
c/o Meirowitz & Wasserberg
1040 6th Avenue 10th Floor
New York, NY 10018

Campbell, Lori Lee
Estate of Scott Moore
Attn: President and/or Officer
580 Yates Ford Road
Etters, PA 17319

Campbell-Wright, Lorna
Campbell-Wright, Rodrick
1672 East 46th Street
Brooklyn, NY 11234

Cantu, Juan
2266 E 2nd Street
Roma, TX 78584

Carter, L. Michael & Kathleen
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

Castelli, Gerlando
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport
Long Beach, CA 90806

Castigan, Irene & Andres
Attn: President and/or Officer
Simon Greenstone Panatier
420 Lexington Ave., STE 2848
New York, NY 10170

Caswell, Adele
c/o Simon Greenstone
Attn: President and/or Officer
3760 Kilroy Airport Way
Long Beach, CA 90806

Caswell, Mark
c/o Simon Greenstone
Attn: President and/or Officer
3760 Kilroy Airport Way
Long Beach, CA 90806

Cavalluzzi, John
315 Stephan Avenue
Toms River, NJ 08753

Champion, Jennifer and Alan
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

Chason-Gregory, Amanda
86 Harry Morrison Road
Crawfordville, FL 32327

Chelikowsky, Jeanne (Est. of)
President and/or Officer
1312 Brendel Hill Drive NW
Cedar Rapids, IA 52405

Chestnutt, Valerie
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806


Chica, Juan Silva Perez
c/o Simon Greenstone
Attn: President and/or Officer
3760 Kilroy Airport Way
Long Beach, CA 90806


Chinnicci, Lorraine
e/o Kathleen Hath
9312 Cranesbill Court
Las Vegas, NV 89149


Cho, Kyung
Shin, Sam
1 Bridle Path #
Port Washington, NY 11056


Ciminelli, Anthony
434 Manitoba Street
Playa Del Rey, CA 90293


Clark, Jean eo Trevor Clark
Attn: President and/or Officer
c/o Simon Grenstone
3760 Kilroy Airport Way
Long Beach, CA 90806


Clawson, Linda
13152 4-Star Blvd., Apt 231
Austin, TX 78737


Cline, Susan
23 Alexandra Way
Cape May Court House, NJ 08210


Clinton (Riggins), Amanda
1115 E. Timber Ridge Bend
Kansas, OK 74347

Colemenero, Margarita
c/o Dean Omar Branham Shirley
Attn: President and/or Officer
302 N. Market St., #300
Dallas, TX 75202

Collier, Kevin
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport
Long Beach, CA 90806

Conrad, Janet
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

Conti, Carmela (Est. of)
1506 Caracara Drive
New Bern, NC 28560

Conway, Thomas P.
265 Hogsed Rd
Hiawassee, GA 30546

Cooke, John
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

Coombes, Heather
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

Cooper, Frederick E., Jr.
663 Robinwood Drive Apt. A
Imperial, PA 15126

Cooper, Leslie
c/o Simon Greenstone
Attn: President and/or Officer
3760 Kilroy Airport Way
Long Beach, CA 90806

Cooper, Lilo
c/o Simon Greenstone
Attn: President and/or Officer
3760 Kilroy Airport Way
Long Beach, CA 90806


Cooper, Michelle
261 N. Chicago Ave., Apt. 8
South Milwaukee, WI 53172


Corin, Paula
Simon Greenstone
Attn: President and/ or Office
3760 Kilroy Airport Way
Long Beach, CA 90806


Cornejo, Gilbert
Weitz & Luxenberg
Attn: President and/or Officer
1880 Century Park East #700
Los Angeles, CA 90067


Cornejo, Mary
Weitz & Luxenberg
Attn: President and/or Officer
1880 Century Park East #700
Los Angeles, CA 90067


Corum, Scott
5460 Bushnell Court
Flowery Branch, GA 30542


Craft, Cherie
5224 Calvada Court
White Plains, MD 20695


Crosby, Mary
SII David Crosby
367 Seneca Road
Hornell, NY 14843


Cross, Margaret M.
Attn: President and/or Officer
c/o Weitz & Luxenberg
1880 Centry Park East, Ste 700
Los Angeles, CA 90067

Cubberley, Gladys
1715 Sherwood St.
Clearwater, FL 33755


Cummings, James
20 Hudson St.
Falmouth, MA 02540


Cummings, Laurie
8580 NW 4th Street
Hollywood, FL 33024


Curtis, Erik (Est of)
Attn: President and/or Officer
428 Crooked Creek
Buda, TX 78610


Davis, Leslea
SII to Joan Monroe
716 Edie Road
Argyle, NY 12809


Dayal, Gurmit
Attn: President and/or Officer
c/o Belluck & Fox
699 Boylston St., 14th floor
Boston, MA 02116


Deadman, Jane (eo)
Deadman, Anthony
94A Bonner Road
London England
E2 9JU United Kingdom


Deal, Michael
259 Lincoln Avenue
Williamsport, PA 17701


Dean Omar Branham Shirley LLP
Attn: President and/or Officer
302 N. Market St., #300
Dallas, TX 75202

Deblase Brown Eyerly, LLP
Attn: President and/or Officer
680 S Sante Fe Avenue
Los Angeles, CA 90021


Decembrino, Richard
768 North Wales Rd.
North Wales, PA 19454


Degado, Ana M.
10621 Blue Coral Lane
Tampa, FL 33647


DeGannett, Paul
11 Wilbur Hill Road
Carolina, RI 02812


Delaney, Josephine
13 Clayponds Gardens
London, England W5 4RE
United Kingdom


Deng, Jian Kang
Deng, Li Ying
2270 East First Street
Brooklyn, NY 11223


Denham, Ann
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806


Denham, Clive
SII to Jennifer Denham
6 Ridings Court, Lofthouse
Wakefield WF3 3JI
United Kingdom


DeSaussure, Vashti (Est. of)
Attn: President and/or Officer
800 Concourse Village West, #1
Bronx, NY 10451

Devin Robinson PC
Attn: President and/or Officer
9450 SW Gemini Dr. PMP 27074
Beaverton, OR 97008


Diaz, Jill
MRHFM Law Firm
Attn: President and/or Officer
659 Eagle Road # 28
West Orange, NJ 07052


Diaz, Tammy Evett, SII
c/o Kazan McClain
Attn: President and/or Officer
55 Harris ST., #400
Oakland, CA 94607


Diaz, Walter Nestor
c/o Kazan McClain
Attn: President and/or Officer
55 Harris Street
Oakland, CA 94607


Diebolt, Katie and Douglas
Diebolt, Douglas
NG 5 Lake Cherokee
Longview, TX 75603


Dietzman, Heather
1907 Mallard Point Circle
Unit B
Waukesha, WI 53186


Dobbs, Sheryl
11426 Harbour Lights Drive
North Royalton, OH 44133


Dobs & Farinas LLP
Attn: President and/or officer
302 N. Market St. #300
Dallas, TX 75202


Donnatin, John C.
Attn: President and/or Officer
Dean Omar Branham & Shirley
302 N. Market St., Ste 300
Dallas, TX 75202

Doonan, Elizabeth
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806


Dotson, Ronald
4 Willowdale Court
Montclair, NJ 07042


Dove, Rosemary
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806


Drayner, Monica
12 Dove Close
Hythe, Kent England CT21 6RB
United Kingdom


DuBois, Timothy
514 N. Water St.
Peru, IN 46970


Dunn, Lou Ann
988 Reddington Timbers Circle,
Saint Charles, MO 63304


DVir, Jessica and Jehoshua
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806


Ebua, Jay, SII to Ebua, Regina
17 Harrison Street
Lowell, MA 01852


Edginton, Gail and Stephen
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

Egert, Ilene G.
SII :ewos Egert
2912 Helsinki Circle
Hollywood, FL 33026


Eichler, Jay
5290 Fairway Wood Dr., # 4441
Delray Beach, FL 33484


Elacqua, Ann
1776 S. Ogden St.
Denver, CO 80210


Elmer, Robert H.
923 Emery Street
Fulton, NY 13069


ELSM Law Firm
Attn: President and/or Officer
265 Church Street
New Haven, CT 06510


Enciso, Hortensia
11668 Norman Montion Drive
El Paso, TX 79936


England, Carolyn
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806


Epstein, Ira J.
5258 Calle Real Apt. 2B
Santa Barbara, CA 93111


Est.  Luz Virginia Perez Nunez
Waters Kraus Paul & Siegel
Attn: President and/or Officer
3141 Hood St., #700
Dallas, TX 75219

Est. of Walter E. Valega
c/o MRHFM Law Firm
Attn: President and/or Officer
659 Eagle Rock Ave.STE 28
West Orange, NJ 07052


Estate of Bisceglio, Janice
Attn: President and/or Officer
26 Fischer Drive, Apt S
North Kingstown, RI 02852


Estate of Horanyi, Tanya
Attn: President and/or Officer
1009 Nordale Ave
Dayton, OH 45449


Estate of Jac. M. Bloomberg
Attn: President and/or Officer
45 Heron Rd
Livingston, NJ 07039


Estate of John Lawrence
c/o Weitz & Luxenberg
Attn: President and/or officer
1880 Century Park East #700
Los Angeles, CA 90067


Estate of Lorie Baylis
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806


Estate of Teresa P. Pardo
MRHFM Law Firm
Attn: President and/or Officer
659 Eagle Road # 28
West Orange, NJ 07052


Evans, Dolores
c/o Kazan McClain
Attn: President and/or Officer
55 Harris St., $400
Oakland, CA 94607

Evans, Laura
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

Evans-Bowman, Chrystsal
c/o Kazan McClain
Attn: President and/or Officer
55 Harris St., #400
Oakland, CA 94607

Farnsworth, Terri
c/o MRHFM Law Firm
Attn: President and/or Officer
659 Eagle Rock Ave. STE 28
West Orange, NJ 07052

Farris, Diane
SII to John Gallo
3828 Wenlock Court
Virginia Beach, VA 23456

Fears Nachawti
Attn: President and/or Officer
5473 Blair Road
Dallas, TX 75231

Feldman-Nagel, Sharon and Chri
Feldman-Nagel, Christopher
15471 SW 151st St
Miami, FL 33196

Feldt, Carolyn
eo Kimberly Dronen
1800 111th Ave. NW, Apt. 104,
Minneapolis, MN 55448

Fielder, Frazier
5207 Saundersville Road
Old Hickory, TN 37138

Filip, Sharon
Filip, John
308 Magnolia Drive
Vestal, NY 13850

```
Firas, Mohammad & Newal
Attn: President and/or Officer
c/o Lanier Law Firm
535 Madison Avenue
New York, NY 10022


Fish, Janet
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806


Fitch, John (Est. of)
Attn: President and/or Officer
7320 E. 62nd Place
Tulsa, OK 74133


Fitzpatrick, Patricia
eo Richard Fitzpatrick
345 New Scotland Avenue
Albany, NY 12208


Fogg, Robert
17 Antrim Road
Hancock, NH 03449


Fon-Ndikum, Tinzim
Attn: President and/or Officer
c/o Deblase Brown Eyerly, LLP
680 S. Sante Fe Avenue
Los Angeles, CA 90021


Forbes, Willie
c/o Simon Greenstoone
Attn: President and/or officer
3760 Kilroy Airport Way
Long Beach, CA 90806


Forster, Albert and Nicola
Attn: President and/or Officer
C/O Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806
```

Frissora, Annette  (Est. of)
Attn: President and/or Officer
45 Brentwood Drive
Holden, MA 01520


Frizzley, Vikki
Attn: President and/or Officer
c/o Levy Konigsberg LLP
605 3rd Avenue, 33rd Floor
New York, NY 10158


Frost, Richard
36 Virginia Drive
Rochdale, MA 01542


Galan, Melvin
59 Clubhouse Circle
Melville, NY 11747


Galloway, Gerard
Galloway, June
24 Goldenrod Dr.
Charlotte, NC 28237


Galloway, Jennifer
c/o Simon Greenstone
Attn: President and/or Officer
3760 Kilroy Airport Way
Long Beach, CA 90806


Garces, Laura
c/o Simon Greenstone
Attn: President and/or Officer
3760 Kilroy Airport Way
Long Beach, CA 90806


Gardener, John and Vivienne
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806


Garnes, Rosa and David Rodney
4340 NY 6th Street
Fort Lauderdale, FL 33317

Garrett, Linda
2247 Earlham Ln.
Indianapolis, IN 46231

Gee, Margaret
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

Geittmann, Peter B.
276 Lake Brittany Court
Lake Mary, FL 32746

Gerken, Anna Marie
Attn: President and/or Officer
Dean Omar Branham Shirley LLP
Dallas, TX 75202

Gibbs, Elaine
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

Gilbank, Allison
25 Park Road, Norton, Malton
North Yorkshire YO17 9DZ
United Kingdom

Gilbride, Elyn
6841 Day Drive, Apt. 306
Cleveland, OH 44129

Giroir, Glenda
C/o Dobs & Farinas LLP
Attn: President and/or Officer
302 N. Market St #300
Dallas, TX 75202

Goode-Evans, Dorothy
20 Woodland Drive, Unit 36B
Lowell, MA 01852

Goodman, Steven
3150 Gracefield Rd, Apt. 509,
Silver Spring, MD 20904

Gori Law
122 E. 42nd Street
#4700
New York, NY 10168

Gough, Claire
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

Granchelli, Georgina
Attn: President and/or Officer
c/o Cohen Placitella & Roth
2001 Market St. #2900
Philadelphia, PA 19103

Granillo, Jessica Ibarra
c/o MRHFM Law Firm
Attn: President and/or Officer
659 Eagle Rock Ave., STE 28
West Orange, NJ 07052

Gray, Juliet
1312 Randle Street
Edwardsville, IL 62025

Gray, Kim
462A Liberty St., #203
Little Ferry, NJ 07643

Greenage, William
3A Sherwood Forest
Wappingers Falls, NY 12590

Gridley, June
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

Griffith, Richard
4237 Belvoir Rd.
Marshall, VA 22115


Grimes-Love, Toni R. (est of)
Attn: President and/or Officer
417 Teresita Blvd.
San Francisco, CA 94127


Grundfast, David S, II
c/o Frost Law Firm, PC
Attn: President and/or Officer
273 W. 7th Street
San Pedro, CA 90731


Grundfast, Michael
c/o Frost Law Firm PC
Attn: President and/or Officer
273 W. 7th St.
San Pedro, CA 90731


Guffey, William
2260 N. State Road 9
Columbus, IN 47203


Gumpert, Esther
6 Fourth Road
Great Neck, NY 11021


Gustavo Zepeda and Rosale Zepe
c/o Simon Greenstone
Attn: President and/or Officer
3769 Kilroy Airport Way
Long Beach, CA 90806


Guth Cook, Denise
1412 N. Franklin Avenue
Springfield, IL 62702


Hagwood, Steven
10469 Poppy St.
Boise, ID 83704


Hamilton, Theresa
1770 29th Street S., Apt. 103
Fargo, ND 58103

Hammond, Jane and Colin
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806


Haney, Kunigar
c/o Simon Greenstone
Attn: President and/or Officer
Long Beach, CA 90806


Haney, Verda
Attn: President and/or Officer
c/o Dean Omar Branham & Shirle
302 N. Market St., STE 300
Dallas, TX 75202


Hardin, Diana  (Deceased)
Attn: President and/or Officer
11340 South 60th Ct #2
Papillion, NE 68133


Harper, Meredith
SII to Charlene Harper
10213 Hillside Lane W
Hopkins, MN 55305


Harper, Meredith
Attn: President and/or Officer
c/o Simon Greenstone
3760 kilroy Airport Way
Long Beach, CA 90806


Harris, Kimberly
1860 Halifax St.
Emporia, VA 23847


Hatcher, Kimberly
Attn: President and/or Officer
Simmons Hanly Conroy
100 N. Pacific Coast Highway
El Segundo, CA 90245


Haus, Elizabeth (deceased)
Attn: President and/or Officer
1819 Oakwood Avenue
New Ulm, MN 56073

Hawkins, Terrance
7411 Mead Drive
Spring Hill, FL 34606-6000

Haynes, Charles E.
382 Highway W
Walnut Grove, MO 65770

Heard, Marlene
Attn: President and/or Officer
c/o Simon Greenstone Panatier
420 Lexington Avenue Ste 2848
New York, NY 10170

Helmuth, Leland
11132 Witmer Road
Grabill, IN 46741

Herman, Elaine Aidelia Hickey
C/o Dean Omar Branhan Shirley
Attn: President and/or Officer
302 N. Market St. #302
Dallas, TX 75202

Herman, Jacob Russell, Sr.
c/o Dean Omar Branhan Shirley
Attn: President and/or Officer
302 N. Market St
Dallas, TX 75202

Heston, Raymond (Deceased)
Attn: President and/or Officer
2745 E. Grant Ave.
Williamstown, NJ 08094

Hicks, Frank
SII to Teresa Hicks
2284 County Road 386
Boaz, AL 35957

Hidvegi, Mubia
7010 SW 102 Court
Miami, FL 33173

Hill, Duane
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

Hilton, Patsy
995 Wire Road
Dorchester, SC 29437

Hinkle, Sandra L.
937 N. Duke St.
York, PA 17404

Hoeppner, Gerald
N67 W28389 Weber Ave
Hartland, WI 53029

Hoffman, Joyce (Est. of)
Attn: President and/or Officer
1510 Maseno Drive
Venice, FL 34292

Hohing, Winnette
101-02 220th St., Queens Villa
Queens Village, NY 11429

Hollifield, Pattie eo Brenda B
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

Holloway, James
207 Jackson Street
Barnesville, GA 30204

Houlgate, Karen, SII to Floyd,
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

How, Karen
828 West Partridge Drive
Palatine, IL 60067

How, Karen
828 West Partridge Drive
Palatine, IL 60067

Howard, Elizabeth
Attn: President and/or Officer
c/o Dean Omar Branham Shirley
302 N. Market St., #300
Dallas, TX 75202

Hunter, Jacqueline
195 Futrell Ridge Court
Chapel Hill, NC 27517

Huntley, Yvonne
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

Hutchings, Catherine
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

Huxley, Aleksandra & Howard
Attn: President and/or Officer
Simon Greenstone Panatier
420 Lexington Avenue
New York, NY 10170

Iacovangelo, Jean
10 Autumn Wood
Rochester, NY 14624

Jack, Mary L.
913 Marco Place
Venice, CA 90291

Jacoby, Lisa
Jacoby, William
935 Winthrop Drive
East Meadow, NY 11554

James Leblanc
16681 Sunburst Lane
Huntington Beach, CA 92647


Jarvis, Patricia
1 Rumdewan Crescent
Kettlebridge, Cupar KY15 7QN
Scotland, United Kingdom


Jauregui, Maria
16114 Callahan Street
North Hills, CA 91343


Jeardeau, David A.
SII Joyce F. Jeandeau
121 Meadow Ridge Lane
Madison, WI 53704


Jersey, Karen M SII to Jerse
SII to Jersey, Clarence L
626 Swiss Drive
Cornwall Bridge, CT 06754


Jimenez, Luis
Attn: President and/or Officer
c/o Gianaris Trial Lawyers LLC
1 Court Street
Alton, IL 62002


Johnson, Gregory
Attn: President and/or Officer
c/o Dean Omar Branham Shirley
302 N. Market Street #300
Dallas, TX 75202


Johnson, Neil
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806


Johnsone, Elaine
Attn: President and/or officer
c/o Vogelzang Law
401 N. Michigan Avenue Ste 350
Chicago, IL 60611

Joseph Rini, Esq.
51 Elm Street
Suite 420
New Haven, CT 06510


Jovanovich, Sam
N3684 Van Kirk Rd
Humbird, WI 54746


Kalpakoff, Steve
Attn: President and/or Officer
Weitz & Luxenberg
1880 Centry Park East
Los Angeles, CA 90067


Kalpakoff, Deborah
Attn: President and/or Officer
Weitz & Luxenberg
1880 Centry Park East
Los Angeles, CA 90067


Kantor, Debra & William
Attn: President and/or Officer
c/o Vogelzang Law
401 N. Michigan Avenue Ste 350
Chicago, IL 60611


Kapusta & Schweers
Attn: President and/or Officer
445 Fort Pitt Blvd. #500
Pittsburgh, PA 15219


Karst & Von Oiste Law Firm
Attn: President and/or officer
576 5th Avenue
New York, NY 10036


Kelz, Robin
106 Barringer Court
West Orange, NJ 07052


Kemper, Scott
Kemper, Carmen
908 Ivy Glen
Prescott, AZ 86305

Kemph, Jefferey (eo) Jenifer S
Attn: President and/or Officer
c/o MRHFM Law Firm
659 Eagle Rock Avenue
West Orange, NJ 07052


Kernahan, Louise
Attn: President and/or Officer
c/o Simon Greenhouse
3760 Kilroy Airport Way
Long Beach, CA 90806


Kershner, Barbara (Est. of)
Attn: President and/or Officer
92 Harris Road NE
Fort Walton Beach, FL 32547


Keshavarz-Joud, Amir
3212 Pablo Creek Way
Tallahassee, FL 32312


King, Elizabeth (e/o) Stanley
2551 Hathaway Drive
Cocoa, FL 32926


King, Justin & Martha
Attn: President and/or Officer
c/o Maune Reichle Hartley Fren
777 S. Harbour Island Blvd
Tampa, FL 33602


Kinler, Leonard
105 Braden Drive
Luling, LA 70070


Klar, Ilona
20701 La Barranca Ave.
Tehachapi, CA 93561


Klick III, Paul (Est. of).
Attn: President and/or Officer
1450 Harbor Sound Drive
Longboat Key, FL 34228

Knight, Julie
Attn: President and/or Officer
c/o Simone Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806


Knight, Sharon
Attn: President and/or Officer
c/o Simon Greenstone
3760 Airport Way
Long Beach, CA 90806


Knox, Anthony (Estate of )
Attn: President and/or Officer
126 Spearhead Lane
Vienna, GA 31092


Knox, Margaret (Est. of)
Attn: President and/or Officer
11523 State Highway 37
Benton, IL 62812


Koeberl, Renee
718 N 66th Street, Wauwatosa,
Benton, IL 62812


Kopel, Robert eo Cynthia Kelle
1620 SW 66th Ave.
Boca Raton, FL 33428


Kral, Janet
16496 County Road 10
Sleepy Eye, MN 56085


Kucharski, Robert
63 Pavonia Street
Buffalo, NY 14207


Laine, Gherud
560 Van Caster Drive
Green Bay, WI 54311

Lambert, Charles
Attn: President and/or Officer
c/o Lanier Law Firm PLLC
535 Madison Avenue
New York, NY 10022


Lambert, Whitney
Attn: President and/or Officer
c/o Lanier Law Firm PLLC
535 Madison Avenue
New York, NY 10022


Lamlein, Curtis eo Jean Lamlei
54 Mount View Drive
Clinton, MA 01510


Lane, Thurman D.
2849 W. Meadowlark Drive, Faye
Fayetteville, AR 72704


Lanier Law Firm PLLC
Attn: President and/or Officer
535 Madison Avenue
New York, NY 10022


Latterell, Rice, Rebecca
1505 S Campbell Trail
Sioux Falls, SD 57106


Lauding, Kathleen
eo Elizabeth Ann Lauding
102 Cherokee Ct.
Waxahachie, TX 75165


Laughlin, Dennis (Est. of)
Attn: President and/or Officer
705 Jefferson Street South
Shakopee, MN 55379


Law Offs of Michael P. Joyce
Attn: President and/or Officer
One International Place
Boston, MA 02110

Lawrence, Jackson
c/o Weitz & Luxenberg
1880 Century Park East #700
Los Angeles, CA 90067


Lawrence, Nancy
c/o Weitz & Luxenberg
Attn: President and/or Officer
1880 Century Park East #700
Los Angeles, CA 90067


Lazette, Dianne
4728 Musselshell Drive
New Port Richey, FL 34655


Lee, Cynthia June
100 Hulda Park Apt. 118
Rochester, NY 14609


Lee, Gladys eo Linda Reza
38 Pheasant Road
Artesia, NM 88210


Lee, Kyunh
17166 NW Gables Creek Ln.
Beaverton, OR 97006


Lee, Michaeleen
315 Bel Air Road
Southampton, PA 18966


Lees, Kathryn and Stephen
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806


Letizia, Joseph
1020 East Butler Avenue
Vineland, NJ 08361


Levy Konigsberg LLP
605 3rd Avenue, 33rd floor
New York, NY 10158

Lewis, Barbara & Trevor
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

Linde, Stuart
Linde, Eileen
35 Phaetons Drive
Melville, NY 11747

Little, Christopher
585 Prairie Road
Hillsboro, TN 37342

Little, Robert
5687 S.E. Major Way
Stuart, FL 34994

Loconte, Barbarann
12 Seba Ave
Brooklyn, NY 11229

Lodovico, Cynthia
Sunrise Senior Living
2220 Fountain Sq. Dr. #113
Lombard, IL 60148

Lomax, Kevin P.
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

Longo, Rosanne
277 Seabird Road
Myrtle Beach, SC 29579

Lorenzo, Richard (Est. of)
Attn: President and/or Officer
228 Woodruff Street
Plantsville, CT 06479

Lowe, Celia
4 Petercole Dr, Bishopsworth
Bristol, England BS13 8JP

Lozano, Laura
Attn: President and/or Officer
Waters Kraus Paul & Siegel
3141 Hood St #700
Dallas, TX 75219

Lozano, Maria
Attn: President and/or Officer
c/o Dean Omar Branhan Shirley
303 N. Market St., #300
Dallas, TX 75202

Lupton, Johnnie
eo Phyllis Johnson
9100 Harvest Lane
Irvington, AL 36544

Lynda Leblanc
16681 Sunburst Lane
Huntington Beach, CA 92647

Machado, Humberto
3610 Battersea Road
Miami, FL 33133

Macron, Marilyn
3546 S. Ocean Blvd., Unit 322
Palm Beach, FL 33480

Mager, Jenifer
Attn: President and/or Officer
c/o Frost Law Firm PC
273 W. 7th Street
San Pedro, CA 90731

Maloney-Najjar, Kelley
66 East Cedar St.
Livingston, NJ 07039

Marabella, John
Marabella, Kathleen
1409 Durwood Drive
Reading, PA 19609

Marceau, Deborah  (Est. of )
Attn: President and/or Officer
12021 31st Place NE
Lake Stevens, WA 98258


Martin, Gerald
259 McMahon Drive
Bronson, MI 49028


Martin, Hilborg
22500 Everton Ave N., Apt. 104
Forest Lake, MN 55025


Martin, James P. ( Est. of)
Attn: President and/or Officer
4013 Ethan Ct
Wilmington, NC 28412


Martines, Ottavio (Est. of)
Attn: President and/or Officer
234 Society Hill Blvd.
Cherry Hill, NJ 08002


Masterson, Leo
17 Gideon Reynolds Road
Cross River, NY 10518


Matsch, Sandra
N. Maple Street
Ellsworth, WI 54011


Matthews, Caroline
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806


Matthews, Karol
c/o MRHFM Law Firm
659 Eagle Rock Avenue, Ste 28
West Orange, NJ 07052


Maute, Tucker D.
17204 Hidden Estates Circle
Fort Meyers, FL 33900

Mays, Latoya eo Lakeya King
9107 Stansberry Avenue NA
Saint Louis, MO 63134

McAllister, James
McAllister, Jacki
32597 Long Lake Rd
Richville, MN 56576

McCollum, Beverlee
11031 Hilltop Ave
Omaha, NE 68164

McDonald, Stella
5408 North Walnut Street
Everett, WA 98205

McFarland, Karen
344 Woodward Avenue
Woodhaven, NY 11421-4000

McGuire, Kevin
McGuire, Mary Jane
8 Gawain Dr.
Englishtown, NJ 07726

McKnight Foster, Carol  (Est)
Attn: President and/or Officer
3617 Fleetwood Dr.
Rockford, IL 61101

McLoughlin, Carmel
4333 Katonah Avenue

McMahon, Anne
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

McMahon, April
213 Atlantic Avenue
Buffalo, NY 14212

McNamee, Mary Catherine
c/o MRHFM
Attn: President and/or Officer
659 Eagle Rock Ave STE 28
West Orange, NJ 07052


Meade, Jody Kay
Attn: President and/or Officer
Attn: Simons Hanly Conroy
112 Madison Avenue 7th floor
New York, NY 10016


Meirowitz & Wasseberg
Attn: President and/or Officer
1040 6th Avenue, 10th floor
New York, NY 10018


Mendoza, Julio,  Antonio, Nidi
SII to Lidia Reyes
312 Schoellkope Place
El Paso, TX 79928


Mendoza, Patra eo Patricia Cru
24243 Gravel Hill Road
Georgetown, DE 19947


Menges Law Firm
Attn: President and/or Officer
6400 W. Main St., Suite 1G
Belleville, IL 62223


Meyer, Carol
118 Highway U
Iberia, MO 65486


Meza, Maria De Lourdes Velasqu
Attn: President and/or Officer
C/O Waters Kraus Paul & Siegel
3141 Hood St #700
Dallas, TX 75219


Milford, Louise & Christopher
Attn: President and/or Officer
c/o Simon Greenstone
420 Lexington Avenue STE 2848
New York, NY 10170

Miller, Ann
90 Turtlehead Rd
Wilton, CT 06897

Miller, Dale (Est. of)
Attn: President and/or Officer
9677 Pine Point Dr.
Arlington, TN 38002

Mirochin, Helen
187 Garth Road #2B
Scarsdale, NY 10583

Mize, Johnnie
SII to Edward Kier
1301 Harbor View Drive
Galveston, TX 77550

Mize, William
Mize, Dillie
2355 Freestone Ridge Cove
Birmingham, AL 35226

Mizer, Barbara
4 Mohawk Lane
Hague, NY 12836

Mohammad El Abbasi
6107 E. Hobart Street
Mesa, AZ 85205

Molyneaux, Yvonne
Molyneaux, Andrew
10 Nant Y. Nandy Llangefni
LL77 7JF Wales
United Kingdom

Moreno, Amelia L.  (Est)
Attn: President and/or Officer
695 Cottage Avenue E
Saint Paul, MN 55106

Morgan, Colin
12 Buddleia Close
Preston Downs, Weymouth
Dorset DT3 6SG United Kingdom

```
Morgan, June Rose
174 Rainsong Street
Farmington, AR 72730


Morgan, Sandra
811 Adonis Pl.
Venice, FL 34292


Morrison, Carolyn
7291 Mustang Drive, Clarkson
Clarkston, MI 48346


Moss, Susan
1 Calvert Road
Earleville, MD 21919


MRHFM Law Firm
Attn: President and/or Officer
659 Eagle Rock Ave., Ste 28
West Orange, NJ 07052


Mukomela, Gwendolyn J.
S11 for Mukomela, Kenneth D.
204 Park Ave.
Marshall, MN 56258


Mullan, Robert
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806


Mullet, Anne Marie
57607 Boulder Ct
Goshen, IN 46528


Muster, Sophia
70 Hull Hills
Staunton, VA 24401


Nasr, Yehia A.
Nasr, Deborah
2144 E 15th St.
Brooklyn, NY 11229
```

Navaretta, Josephine
Navaretta, John
2165 Casper Drive
Lake Havasu City, AZ 86406


Nelson MacNeil Rayfield
Attn: President and/or Officer
421 NE Water Avenue Ste 4200
Albany, OR 97321


Nicholson, Harold (Est of)
Attn: President and/or Officer
3619 Roxane Blvd.
Sarasota, FL 34235


North, Carol
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806


O'Bierne, Cynthia
O'Bierne, Paul
12 Lanes End
Ipswich, MA 10938


Oakenfold, Sheila
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806


Owen, John EO Doreen Owen
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806


Padilla, Eric
13132 Islamorada Drive
Orlando, FL 32837


Paes, Verginio
Attn: President and/or Officer
c/o Meirowitz & Wassenberg
1040 6th Avenue
New York, NY 10018

Page, Joseph
2507 W. Highway 76
Marion, SC 29571


Palermo, Evelyn
eo Louise Iatomoasi
82 Summit Hill Drive
Rochester, NY 14612


Pallotta, Josephine
151 Prospect Ave.
Maywood, NJ 07607


Pardo, Darren
MRHFM Law Firm
Attn: President and/or Officer
659 Eagle Road # 28
West Orange, NJ 07052


Pardo, Michael
MRHFM Law Firm
Attn: President and/or Officer
659 Eagle Road # 28
West Orange, NJ 07052


Parker, Pauline and James
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806


Parr, David
SII to Vaughn Eugenia
1557 Westwood Ave.
Lakewood, OH 44107


Payne, Clark
Payne, Barbara
401 Fairview Ave., Apt. 117
Colonia, NJ 07067


Penny, Sherry (Est of)
Attn: President and/or Officer
483 Coleman Cemetery Road
Cerro Gordo, NC 28430

Perez, Daniela Ossiris Gonzale
c/o Waters Kraus Paul & Siegel
AttN: President and/ Officer
3141 Hood St. # 700
Dallas, TX 75219


Perez, Jaqueline Stefania Gonz
c/o Waters Kraus Paul & Siegel
Attn: President and/or Officer
3141 Hood St., # 700
Dallas, TX 75219


Perez, Maria Elena
Attn: President and/or Officer
c/o Waters Kraus & Paul
11601 Wilshire Blvd. Ste 1900
Los Angeles, CA 90025


Perez, Mauricio Jesus Gonzalez
c/o Waters Kraus Paul & Siegel
Attn: President and/or Officer
3141 Hood St., #700
Dallas, TX 75219


Perkins, Barbara
Attn: President and/or Officer
c/o Frost Law Firm PC
273 W. 7th Street
San Pedro, CA 90731


Perkins, Barbara
Attn: President and/or Officer
C/O Simons Hanly Conroy
112 Madison Avenue 7th floor
New York, NY 10016


Perkins, Lorraine
Attn: President and/or Officer
c/o MRHFM Law Firm
659 Eagle Rock Avenue
West Orange, NJ 07052


Perl, Rosemarie
4 Alexander Dr.
Farmingdale, NY 11735

Perrett, Janet
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

Perry, Michael
Attn: President and/or Officer
c/o Kassel McVey
1330 Laurel Street
Columbia, SC 29202

Pettigrew, Gary (Est. of)
Attn: President and/or Officer
c/o Belluck & Fox
699 Boyston St, 14th floor
Boston, MA 02116

Phelen, Marlene Theresa
37 Stonebridge Way
Berlin, CT 06037

Phillips, David
Attn: President and/or Officer
c/o MRHFM Law Firm
659 Eagle Rock Avenue
West Orange, NJ 07052

Phillips, Patricia
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

Phipps, Maria
1110 North Lakeshore Drive
Rockwall, TX 75087

Pickering, Michelle
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

Pidge, Pamela (Est. of)
Attn: President and/or Officer
601 Pheasant Run Drive
Riverton, NJ 08077

Pitcher, John
300 Burning Tree Drive
Georgetown, TX 78628

Price, Shannon
21489 Country Club Road
Poteau, OK 74953

Prince, Duane
1514 Silver Creek Street
Alger, MI 48610

Pryor, Michael
384 Aquaview Drive
Shepherdsville, KY 40165

Przekop, Charles
2510 Lake Michigan Drive, Apt.
Grand Rapids, MI 49504

Quiroga, Maria
Attn: President and/or Officer
c/o Weitz & Luxenberg
1880 Centry Park East #700
Los Angeles, CA 90067

Rand, Charlene
20 Brookside Drive
Bath, ME 04530

Randolph, Bernice (Est. of)
Attn: President and/or Officer
121 L. The Orchard
Cranbury, NJ 08512

Raso, Angelina
e/o Teresa and Frank Raso
13 Homestead Street
Albany, NY 12203

Raso, Teresa & Frank
Attn: President and/or Officer
c/o Belluck & Fox
546 Fifth Avenue, 5th floor
New York, NY 10036

Redgewell, David
24 Upminster Road, Hornchurch,
Essex RM12 6PA
United Kingdom

Reed, Kimberly
511 Burleson St.
Cedar Hill, TX 75104

Reed, Wesley
Reed, Judy
425 Johnson Road
Penn Yan, NY 14527

Rego, John eo Raymond Brown
2300 Park Lane, Apt. 202
Hollywood, FL 33021

Rentko, John
SII to Marilyn Rentko
22 North Hill Road
Colonia, NJ 07067

Reshad, Ghulam
eo Mary Reshad
20 Penn Drive
Huntington Station, NY 11746

Reyes, Jaime
17824 E. Tennessee Ave.
Aurora, CO 80017

Reyes, Joel
21309 Wilmiller Lane
Pflugerville, TX 78660

Reyes-Vasquez, Jose
Reyes-Vasquez, Ramona
643 W. 172nd Street, #23
New York, NY 10032

Rhoades, Bonnie
36 Robert Road
Oswego, IL 60543

Richards, Janis S.
4528 Westchester Drive
Waco, TX 76710

Richardson, Karen and Ian
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

Richardson, Patricia
24 Stratford Way, Huntington,
York YO32 9YW
United KIngdom

Richardson, Phillip
Emh, Larry
2980 Croyden Road
Harrisburg, PA 17104

Rikkola, James
10537 Maryland Circle
Minneapolis, MN 55438

Robbins, Vicki
47 Pine Bluff Ct.
Clementon, NJ 08021

Robinson, Jeanne
Simon Greenstone
Attn: President and/or Officer
3760 Kilroy Airport Way
Long Beach, CA 90806

Robinson, Sonja
16983 Carriage Horse Drive
Denver, CO 80291

Rodriguez Perez, Eluteria
1121 N. Esperanza Ave
McAllen, TX 78501

Rodriquez, Jesus & Ana
Attn: President and/or Officer
c/o Simon Greenstone Panatier
420 Lexington Avenue STE 2848
New York, NY 10170

Roland, Jacqueline
1900 Martin Luther King Blvd
Big Spring, TX 79720

Rosales, Rozella
600 Linderbergh Ave. Lot 78
Rapid City, SD 57701

Rosas, Otilia
Attn: President and/or Officer
C/o Meirowitz & Wassenberg
1040 6th Avenue
New York, NY 10018

Roth, Jill Miskelly
SII to Miskelly, Carol P.
8628 Vintage Club Dr
Leland, NC 28451

Roush, David
19998 170th St.
Perry, IA 50220

Routh, Mark e/o Marquee Routh
Attn: President and/or Officer
c/o Deblase Brown Eyerly LLC
680 S. Sante Fe Avenue
Los Angeles, CA 90021

Rowan, Dorothy
77 Fresh Pond Road
Northport, NY 11768

Rubio, Nellie
SII to Gloria Dominguez
1834 Arroya Vista Dr.
San Antonio, TX 78213

Rudnicki, Antony
Attn: President and/or Officer
C/O Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

Ruiz, Susana J.
Ruiz, Juan
200 Targee Street
Staten Island, NY 10304

Rusinko, Michelle
217 W. College Ave.
Saint Peter, MN 56082

Ryall, Nancy, Individually and
Next Friend of LR, A Minor
12612 Dringenberg Drive
Austin, TX 78729

Ryan, Sheila (Est. of)
Attn: President and/or Officer
1623 Thomas Road
Ottawa, KS 66067

Saams, Lucinda
4092 Chestnut Dr.
Flowery Branch, GA 30542

Sager, Jami L.
1824 River Rd.
Delaware, OH 43015

Salmeron, Rosa Maria Hernandez
Attn: President and/or Officer
C/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

Santana, Alberto
Santana Yesenia
11639 Rio Hondo Parkway
El Monte, CA 91732

Santana, Dianna
118 Pebble Brook Dr. Apt. 118F
Easley, SC 29642

Schlechter, Elaine
Attn: President and/or Officer
Dobs & Farinas LLP
302 N. Market Street #300
Dallas, TX 75202

Schmidt, Grace
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

Schultz, Beth
1291 East 22nd Street
Brooklyn, NY 11210

Scott, Betty
11232 Villa Trace Place
Charlotte, NC 28277

Seal, Maureen
Attn: President and/or Officer
c/o Simon Greenstone Panatier
420 Lexington Ave., Ste 2848
New York, NY 10170

Searle, Graeme
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

Segal, Cecelia
106 Windsor Drive
Framingham, MA 01701

Segedie, Carole and Kenneth
Attn: President and/or Officer
c/o Kazan McClain Satterly & G
55 Harris St #400
Oakland, CA 94607

Seitz, Mitchell
1582 SE 72nd Way
Hillsboro, OR 97123


Selix, Linda eo Casey Scott
Attn: President and/or Officer
c/o Kazan McClain Satterly & G
55 Harris St #400
Oakland, CA 94607


Sellman, Alison (Est. of)
10800 SE 17th Circle #25
Vancouver, WA 98664


Shackelford, Melissa
c/o Simon Greenstone
Attn: President and/or Officer
3760 Kilroy Airport Way
Long Beach, CA 90806


Shakour, Farghaly
1419 San Carlos Avenue
Concord, CA 94518


Shepard O'Donnell
Attn: President and/or Officer
160 Federal St
Boston, MA 02110


Sherman, Rebecca
eo Heather Colding
1709 Montee Lane
Lakeland, FL 33811


Shrader & Associates
Attn: President and/or Officer
9 E. Greenway Plaza, Ste 2300
Houston, TX 77046


Shuck, Lloyd
13840 Hawthorn Rd.
Hannibal, MO 63401


Siddiqui, Rafia
8484 Oakrun Way
Ellicott City, MD 21043

Sides, Yaniv EO Agnes Sides
320 Carvel Ave.
Cedarhurst, NY 11516


Siebert, Beverly
568 Fairway Drive
Gleneden Beach, OR 97388


Silva, Rebeca
c/o Simon Greenstone
Attn: President and/or Officer
3760 Kilroy Airport Way
Long Beach, CA 90806


Silva, Robert
SII to Marie Silva
109 Mail Rd
Exeter, RI 02822


Simmons Hanly Conroy Law Firm
Attn: President and/or Officer
112 Madison Ave., 7 th Floor
New York, NY 10016


Simmons, Manijeh
4714 Creekwood Road, Austin
Austin, TX 78723


Simmons, Sarah
20 East Wilde St.
Herington, KS 67449


Simon Greenstone
Attn: President and/or Officer
3760 Kilroy Airport Way
Suite 680
Long Beach, CA 90806


Simon Greenstone Panatier
Attn: President/or Officer
420 Lexington Avenue
Suite 2848
New York, NY 10170

Simons Hanly Conroy
Attn: President and/or Officer
112 Madison Ave., 7th floor
New York, NY 10016


Sliz, Jeannie
Attn: President and/or Officer
1509 LeBlanc St.
Lincoln Park, MI 48146


Smee, Lesley
25 Central Avenue, Gravesend,
Kent DA12 5AN
United Kingdom


Smith, David (Est. of)
Attn: President and/or Officer
55 Plymouth Lane
Erlanger, KY 41018


Smith, Jessie (Est. of)
Attn: President and/or Officer
1191 W. County Line Rd.
Hatboro, PA 19040


Smith, Lisa
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806


Smith, Sheila Ann (Est. of)
Attn: President and/or Officer
1107 Creek Lane
Saylorsburg, PA 18353


Smithers, Cynthia Lou
5516 N. 40th Drive
Phoenix, AZ 85019


Smoltino, William
SII to Angela M. Ferrara
28 Marine Ave Apr. 4-e
Brooklyn, NY 11209

Sneider, Patricia
Attn: President and/or Officer
c/o Simon Greenston
3760 Kilroy Airport Way
Long Beach, CA 90806

Sniegocki, Joseph T.
Watts Robbi
439 Cotswold Circle
Davenport, FL 33837

Snyder, Elizabeth
E/O Mason Snyder
11 Brookland Apt. Gi
Bronxville, NY 10708

Soares, Susan
76 Centracchio St
West Warwick, RI 02893

Soley, George
4731 E. 64th St.
Indianapolis, IN 46220

Solis, Sergio Lopez
Attn: President and/or Officer
Waters Kraus Paul & Siegel
Dallas, TX 75219

Solomon, Beth
2016 31st Street, NW
Canton, OH 44709

Sorgi, Adam
Attn: President and/or Officer
C/O MRHFM Law Firm
659 Eagle Rock Avenue
West Orange, NJ 07052

Sorum, Mark James, and Barbara
Attn: President and/or Officer
c/o Kazan McClain Satterly & G
55 Harris St #400
Oakland, CA 94607

Spayd, George
88 N. Greenview Road
Schuylkill Haven, PA 17972


Spiegelman, Sheldon
Spiegelman, Sandra
8237 Cassia Drive
Boynton Beach, FL 33437


Spingarn, Michael
7 Sherwood Ridge Road
Suffern, NY 10901


St. Onge, Valerie C.
St. Onge, Richard
427 Ocean Street
Hyannis, MA 02601


Standley, Jon
MRHFM Law Firm
Attn: President and/or Officer
659 Eagle Road #28
West Orange, NJ 07052


Stark, Patsy
Attn: President and/or Officer
c/o Kazan McClain Satterly & G
55 Harris St., #400
Oakland, CA 94607


Starr, Taloa Crawford
717 5th Ave
Howard Lake, MN 55349


Steggle, Susan
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806


Stelzer, Sheila (Est. of)
Attn: President and/or Officer
214 Barton Rd.
Greenfield, MA 01301

Stephen, Wilma  (Est. of)
Attn: President and/or Officer
18856 Highway 28
Vienna, MO 65582


Steve Brockett
802 Spruce Avenue
Alamogordo, NM 88310


Stevens, Patricia W.
1406 East Olive Drive SE
Huntsville, AL 35801


Stipe, Pamela
902 Arnold Street
Glenwood, IA 51534


Stockbridge, Alan
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806


Stone, Nicole
31 Blackrock Rd.
Coventry, RI 02816


Stratford, Sylvia
SII to Eva Stratford
1232 Martin Luther King Drive
AL 36382


Stringfellow, Thomas (Est. of)
Attn: President and/or Officer
499 Squantum Dr.
Warwick, RI 02888


Stuck, Michele, and Bannister
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

Suedekum, Almon Lynn (Est. of)
Attn: President and/or Officer
5104 Kincannon Dr.
Nashville, TN 37220


Sueko Brockett
802 Spruce Avenue
Alamogordo, NM 88310


Sullivan, Joan
1311 West Matthews Avenue
Jonesboro, AR 72401


Sutton, Robert (Est. of)
Attn: President and/or Officer
115 Hillside Dr.
Burlington, NC 27217


Sweeney, Donald
Sweeney, Roberta
10805 West 48th Terrace
Shawnee, KS 66203


Switalski Jurgen
Administrator Kathleen
218 Lake Street, Northville
Northville, MI 48167


Syed, Sadia (Est. of)
Attn: President and/or Officer
1353 North Rolfe St. Apt 615
Arlington, VA 22209


Synowicki, John
e/o Jane Davis
12929 Margo Street
Omaha, NE 68138


Tantillo, Dianne
Attn: President and/or Officer
c/o Dobs & Farinas LLP
302 N. Market St., #300
Dallas, TX 75202

Tarka, Stanley, W.
14219 State Highway 23
Davenport Center, NY 13751

Taylor, Debra (e/o) Latoya Tay
2632 W Somerset St.
Philadelphia, PA 19132

Teffeteller, Jerry and Sharon
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

The Deaton Law Firm
Attn: President and/or Officer
450 N. Broadway
East Providence, RI 02914

Thomas, Gerard
Attn: President and/or Officer
c/o Meirowitz & Wasserberg
1040 6th Avenue 10th Floor
New York, NY 10018

Thomas, Lisa
Schropfer, Jeffrey
SII to Carolyn Schroepfer
3015 South Ocean Blvd.
Boca Raton, FL 33487

Thomas, Narcissus
590 Flatbush Avenue, Apt. 14L
Brooklyn, NY 11225

Thornton & Naumes LLP
Attn: President and/or Officer
100 Summer Street
Boston, MA 02109

Thornton Law Firm
Attn: President and/or Officer
84 State Street
Boston, MA 02109

Tindall, Sarah
12390 Hwy 430
Greenwood, MS 38930

Tishman, Carol
2417 Cypress Way
Madison, WI 53713

Tomlinson, Wendy
Attn: President and/or Officer
C/O Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

Toner-Johnson, Joy Wendy
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

Tootle, Fred
1003 Avery Street
Morehead City, NC 28557

Torrence, Cora Dean
413 North Street
Magnolia, MS 39652

Tovagliari, Luigi
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

Townsend, Michelle (deceased)
Attn: President and/or Officer
19 Willow Ct
Elkton, MD 21921

Tushaj, Elizabeth
793 McLean Avenue #4
Yonkers, NY 10704

Uribarri, Peter
1344 Bonfire Hill Way
El Paso, TX 79936

Valega, Clinton
c/o MRHFM Law Firm
Attn: President and/or Officer
659 Eagle Rock Ave. STE 28
West Orange, NJ 07052

Valega, Jamey D.
c/o MRHFM Law Firm
Attn: President and/or Officer
659 Eagle Rock Ave. STE 28
West Orange, NJ 07052

Valega, Klayton D..
c/o MRHFM Law Firm
Attn: President and/or Officer
659 Eagle Rock Ave. STE 28
West Orange, NJ 07052

Valega, Rita
c/o MRHFM Law Firm
Attn: President and/or Officer
659 Eagle Rock Ave. STE 28
West Orange, NJ 07052

Valley, Jody
522 Cowley Ave
East Lansing, MI 48823

Vargas, Sara Ivonee Gonzalez
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

Vasquez, Jesse
3720 North University Drive
Pompano Beach, FL 33065

Vasquez, Patricia (Est. of)
Attn: President and/or Officer
526 Dixie Lake Rd
Carthage, TX 75633

Vasquez, Yanet (Est. of )
Attn: President and/or Officer
3720 North University Dr.
Pompano Beach, FL 33065

Vaughn, Bobbie Jo (Est. of)
Attn: President and/or Officer
1794 Tonini Drive Apt. 58
San Luis Obispo, CA 93405


Vessia-Ayoubi, Angelina
2730 Wollemi Pine Trail
Katy, TX 77493


Vice, Leslie
Vice, Sylvia
5413 Crossgate South, Corpus C
Corpus Christi, TX 78401


Villareal, Blanca Estella Beru
7207 West 12th Street
Plainview, TX 79072


Vyner, Myralynn
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806


Wager, Sue
3 Arbor Lane, Winnersh
Wokingham
United Kingdom


Walsh, Barry William
SII to Walsh, Lillian Margaret
107 Quarry Hill Road
Tonbridge Kent


Walsh, Lillian Margaret
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806


Walston, John
622 South Shady Lane
La Porte, TX 77571

Wandsneider, John K.
5835 Moosehorn Ln
Rockford, IL 61109

Ward, Deborah
Attn: President and/or Officer
c/o Dean Omar Branhan Shirley
302 N. Market St #300
Dallas, TX 75202

Waymack, Karen
7210 Laurel Spring Road
Prince George, VA 23875

Weatherford, Clarence eo Lisa
Attn: President and/or Officer
c/o MRHFM Law Firm
659 Eagle Road Avenue
West Orange, NJ 07052

Weatherford, Marva
Attn: President and/or Officer
Maune Reichle Hartley French &
6101 W. Centinela Ave Ste 340
Culver City, CA 90230

Weatherford, Paul
Attn: President and/or Officer
c/lo MRHFM Law Firm
659 Eagle Rock Avenue
West Orange, NJ 07052

Weber, Rhanda e/o Mark Weber
1600 S. Ocean Lane, Unit 126,
Fort Lauderdale, FL 33316

Weitz & Luxenberg
Attn: President and/or Officer
1880 Century Park East
Suite 700
Los Angeles, CA 90067

Welch, Gail
1816 E. 29th St
Lawrence, KS 66046

Welch, Kathleen
Attn: President and/or Officer
c/o Dobs & Farinas LLP
302 N. Market St., #300
Dallas, TX 75202

Weldon, Lois (Est. of)
12262 258th Street
Lawrence, KS 66044

Wentz, Sharon (Est. of)
577 NC Highway 343 S
Camden, NC 27921

Westover, Barbara
37 Jacksonburg Road
Blairstown, NJ 07825

Westropp, Victoria
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

Wewers, Tammie
Attn: President and/or Officer
1033 Gate Creek Ln., Schertz,

White, Carol
4415 Cragen Road
Martinsville, IN 46151

Wilbanks, June V.
1207 E. Sycamore Avenue
El Segundo, CA 90245

Wilbanks, Richard C.
1207 E. Sycamore Avenue
El Segundo, CA 90245

Wilford, Lesley
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

Wilks, Jason Lee (Est. of)
Attn: President and/or Officer
1100 Burnett Drive, Unit 361
Nampa, ID 83651

Willems, Henricus
28120 Shock St.
Saint Clair Shores, MI 48081

Williams, Candace C.
1129 Fassett Ave
Columbus, OH 43201

Williams, Jay
3450 Stillwood Drive
Snellville, GA 30039

Williams, Kent
27727 Michigan Ave.
Inkster, MI 48141

Williams, Shirley
321 Beallsville Rd
Bentleyville, PA 15314

Williams, Teras
15918 Langhamwood Lane
Houston, TX 77084

Williamson, Stephen
74 County Route 560
Branchville, NJ 07826

Wilson, David
806 N. 5th Street
Montevideo, MN 56265

Wilson, Sandra
303 Brooks Road
De Queen, AR 71832

Wilson, Virginia (Est. of)
Attn: President and/or Officer
303 Brooks Rd.
De Queen, AR 71832


Windram, Jennifer (Est. of)
Attn: President and/or Officer
2921 Hudson St.
Denver, CO 80207


Wintersteen, Robert
SII Bonita Wintersteen
35747 County Rd 17
Elizabeth, CO 80107


Wisener. Roseanna
Robinson, Jonna & Michelle
515 Dublin Avenue
Tyler, TX 75703


Wolfe, Myrla Charlene
8217 S. Country Way
Sacramento, CA 95828


Woolley, Kevin
192 Corbin Court
Lakewood, NJ 08701


Worthington & Caron PC
Attn: President and/or Officer
273 W 7th Street
San Pedro, CA 90731


Woznica, Wieslawa
Woznica, Marek
362 Country Lane
Algonquin, IL 60102


Wright, Allison
26 Castle Road, Prudhoe
Northumberland NE42 6ND
England, UK

Yates, Wendy (SII to Baran, Wi
SII to Baran William E.
704 West College Ave.
Waukesha, WI 53186

Younger, Paul and Margaret
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

Yurchick, Serenity
SII to Chedley Yurchick
1101 Kegg Avenue, Apt. #45
Johnstown, PA 15904

Zachary, Julanda
856 Magnolia Ave #2
Daytona Beach, FL 32114

Zane, David and Rachel
Attn: President and/or Officer
c/o Simon Greenstone
3760 Kilroy Airport Way
Long Beach, CA 90806

Zenar, Rose (Est. of)
Attn: President and/or Officer
2098 SW Pruitt St
Port Saint Lucie, FL 34953

Zimmer, Dieter
56 Roberts Road
Marlborough, CT 06447

Zuniga, Fania
349 Upper Market Street
Milton, PA 17847

# United States Bankruptcy Court
## District of Connecticut

In re    **Charles B. Chrystal Co Inc.** _____    Case No. _____
                                    Debtor(s)    Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Charles B. Chrystal Co Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Almax LLC**
**89 Coachlight Circle**
**Prospect, CT 06712**

☐ None [*Check if applicable*]

**May 21, 2024**_____    **/s/ George C. Tzepos**_____
Date                                    **George C. Tzepos**
                                    Signature of Attorney or Litigant
                                    Counsel for   **Charles B. Chrystal Co Inc.**
                                    **Law Offices of George C. Tzepos**
                                    **444 Middlebury Road**
                                    **Middlebury, CT 06762**
                                    **203-598-0520 Fax:203-598-0522**
                                    **zepseven@sbcglobal.net**